# EXHIBIT 1

Department of the Interior
Bureau of Land Management
Utah State Office

# Visual Resource Inventory

Prepared for:

NATIONAL SYSTEM OF PUBLIC LANDS

Price Field Office
125 South 600 West
Price, UT 84501

Prepared by:

Logan Simpson Design Inc.

Logan Simpson Design Inc.
51 West Third Street
Tempe, Arizona 85281

November 2011

*This Page Intentionally Left Blank*

# Contents


**List of Figures and Tables** ........ **iv**

**List of Abbreviations** ........ **v**

**1.0 Introduction** ........ **1-1**
- 1.1 Background and Purpose ........ 1-1
- 1.2 Analysis Area ........ 1-1
- 1.3 Visual Resource Management Process and Overview ........ 1-2
  - 1.3.1 Visual Resource Inventory Classes ........ 1-2
  - 1.3.2 Visual Resource Management Objectives ........ 1-3
- 1.4 Data Standards ........ 1-3

**2.0 Scenic Quality Evaluation** ........ **2-1**
- 2.1 Introduction ........ 2-1
  - 2.1.1 Physiographic Provinces ........ 2-1
  - 2.1.2 Scenic Quality Factors ........ 2-2
  - 2.1.3 Scenic Quality Rating Units ........ 2-3
  - 2.1.4 Scenic Quality Rating Unit Delineation ........ 2-3
  - 2.1.5 Field Inventory ........ 2-3
- 2.2 Scenic Quality Summary ........ 2-8
  - 2.2.1 Key Factor Analysis ........ 2-8
  - 2.2.2 Scenic Quality Ratings ........ 2-11

**3.0 Sensitivity Level Analysis** ........ **3-1**
- 3.1 Introduction ........ 3-1
- 3.2 Sensitivity Level Rating Units ........ 3-1
- 3.3 Sensitivity Level Rating Summary ........ 3-1

**4.0 Delineation of Distance Zones** ........ **4-1**
- 4.1 Introduction ........ 4-1
- 4.2 Mapping Methodology ........ 4-1
- 4.3 Distance Zones Summary ........ 4-1

**5.0 Visual Resource Inventory Classes** ........ **5-1**
- 5.1 Introduction ........ 5-1
- 5.2 Price Field Office ........ 5-1

**6.0 References** ........ **6-1**

**Appendix A SQRU Maps, Photos, and Rating Sheets**

**Appendix B SLRU Forms from Database**

**Appendix C Visibility Analysis Maps**

# List of Figures and Tables

## Figures

Figure 1 Analysis Area Map ... 1-2
Figure 2 Physiographic Province Map ... 2-1
Figure 3 Scenic Quality Rating Units ... 2-5
Figure 4 SQRU Rating Form (Page 1) ... 2-7
Figure 5 SQRU Rating Form (Page 2) ... 2-7
Figure 6 Scenic Quality Inventory and Evaluation Chart ... 2-8
Figure 7 Key Factor Analysis—Landform ... 2-21
Figure 8 Key Factor Analysis—Vegetation ... 2-23
Figure 9 Key Factor Analysis—Water ... 2-25
Figure 10 Key Factor Analysis—Color ... 2-27
Figure 11 Key Factor Analysis—Adjacent Scenery ... 2-29
Figure 12 Key Factor Analysis—Scarcity ... 2-31
Figure 13 Key Factor Analysis—Cultural Modifications ... 2-33
Figure 14 Scenic Quality Rating Map ... 2-35
Figure 15 Sensitivity Level Rating Units Map ... 3-3
Figure 16 Visual Distance Zones Map ... 4-3
Figure 17 Visual Resource Inventory Class Matrix ... 5-1
Figure 18 Visual Resource Inventory Map ... 5-3

## Tables

Table 1 Scenic Quality Rating Summary—By Unit ... 2-13
Table 2 Scenic Quality Rating Summary—By Rating ... 2-17
Table 3 Sensitivity Level Rating Summary Sheet, Form 8400-6 ... 3-5

# List of Abbreviations

| | |
|---|---|
| ACECs | areas of critical environmental concern |
| BLM | Bureau of Land Management |
| FLPMA | Federal Land Policy and Management Act |
| GIS | geographic information system |
| GPS | Global Positioning System |
| IOP | inventory observation points |
| NEPA | National Environmental Policy Act |
| PFO | Price Field Office |
| RMP | resource management plan |
| SLRU | sensitivity level rating units |
| SQFI | Scenic Quality Field Inventory |
| SQRU | Scenic Quality Rating Units |
| VRI | Visual Resource Inventory |
| VRM | Visual Resource Management |
| WSA | Wilderness Study Area |
| U.S.C. | United States Code |

*This Page Intentionally Left Blank*

## 1.1 Background and Purpose

Public lands administered by the Bureau of Land Management (BLM) include some of the most scenic landscapes in the nation. In addition to their scenic value, these lands provide for a variety of uses consisting of active and passive recreational activities; grazing; timber harvesting; mining; and utilitarian development such as transmission lines, roads, gas and oil wells, and other surface-disturbing activities. Natural resource management of public lands—and especially the management of the scenic values of those lands—is an important aspect of the BLM's stewardship responsibilities, not only because the BLM is mandated to manage its lands for multiple uses but also because potential conflicts among those uses are increasing. These responsibilities are reinforced and supported by the BLM's mission statement:

> *It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.*

The BLM's responsibilities for managing and protecting scenic values of public lands are further established by requirements in the following federal regulations:

**Federal Land Policy and Management Act of 1976 (43 United States Code (U.S.C.) 1701 et seq.):**

- Section 102(a)(8) states that “public lands be managed in a manner that will protect the quality of the . . . scenic . . . values.”
- Section 103(c) identifies “scenic values” as one of the resources for which public land should be managed.
- Section 201(a) states that “the Secretary shall prepare and maintain on a continuing basis an inventory of all public lands and their resources and other values (including . . . scenic values).”
- Section 505(a) requires that “each right-of-way shall contain terms and conditions which will . . . minimize damage to the scenic and esthetic values.”

National Environmental Policy Act of 1969 ***(43 U.S.C. 4321 et seq.):***

- Section 101(b) requires that measures be taken to “assure for all Americans...esthetically pleasing surroundings.”
- Section 102 requires agencies to “utilize a systematic, interdisciplinary approach which will ensure the integrated use of . . . Environmental Design Arts in the planning and decision-making.”

Surface Mining Control and Reclamation Act of 1977 ***(30 U.S.C. 1201 et seq.):***

- Section 102(d) requires that measures be taken to “assure that surface coal mining operations are so conducted as to protect the environment.”

The BLM developed the Visual Resource Management (VRM) system to identify and evaluate an area's scenic values to determine the appropriate management objectives for those values. The visual resource inventory (VRI) process establishes VRI classes, which are used to assess visual values for resource management plans (RMPs). Visual management objectives are developed through the BLM's resource management planning process and reflect the resource-allocation decisions made in the RMP. According to BLM Manual H-1601-1, *Land Use Planning*, implementation decisions must be designed to achieve VRM objectives within each VRM class. VRM classes may reflect VRI classes, but they may not necessarily do so since management objectives for other resources as determined in the planning process may require different visual management needs.

The visual resource inventory for the Price Field Office (PFO) had not been updated since it was originally completed, therefore the PFO wanted to have a current inventory available for planning purposes when potential development activities are proposed. The inventory will serve as the baseline information for assessing potential effects to visual resources of future proposed development activities. The BLM's VRM system was used to inventory and classify the scenic (visual) resources for the analysis area. The inventory identified the scenic quality, sensitivity levels, and distance zones and then determined VRI classes, according to the VRM manual, for use as baseline information in the planning process.

## 1.2 Analysis Area

The analysis area for this inventory included the entire Price Field Office in central eastern Utah which covers approximately 2.5 million acres of public lands (Figure 1). Land use in the analysis area is primarily ranching and agriculture occurring throughout the office, along with oil and gas production occurring mainly in the northern portions of the office, primarily within the West Tavaputs Plateau. The main residential communities that exist within the PFO boundary include Helper, Price, and Wellington along Highway 6; Huntington, Cleveland, Orangeville, Castle Dale, Ferron, and Emery along SR-10; and Green River on Interstate 70. Numerous recreational uses occur within the analysis area including camping, hunting, fishing, hiking, horseback riding, sightseeing, rock climbing, mountain biking, rafting, OHV use, wildlife viewing, and cultural resource site visitation. The Green River, Desolation Canyon, Nine Mile Canyon, the San Rafael Swell, the Cleveland Lloyd Dinosaur Quarry, the Old Spanish Trail Route, and the Book Cliffs are well known features and attractions within the PFO.



*Near Family Butte in the San Rafael Swell*

BLM surface-managed lands comprise the majority of the land in the field office with the exception of scattered state and private lands throughout, and the Manti-La Sal National Forest along the western edge of the office. The largest concentration of state land is centrally located near Cedar Mountain and between Price and Orangeville, just west of SR-10. The highest density of private land holdings occur around the major communities of Price and Green River and along SR-10. There are also concentrations of private land along the Book Cliffs and Roan Cliffs in the northern portion of the field office. There are 13 designated ACECs and 11 Wilderness Study Areas (WSAs) within the field office.




**Figure 1 Analysis Area Map**

## 1.3 Visual Resource Management Process and Overview

The VRM system is a two-part process that includes an inventory phase and an analysis phase. The inventory phase involves identifying the visual resources of an area and assigning them to inventory classes using BLM's VRI process. The visual values identified through the inventory process are considered throughout the resource management planning process, and the area's visual resources are then assigned to VRM management classes with established objectives. The analysis phase is project specific, and determines whether the potential visual impacts from proposed surface-disturbing activities or developments will meet the management objectives established for the area or whether design adjustments or mitigation stipulations will be required. A visual contrast rating process is used for this analysis, which involves comparing the project features with the major features in the existing landscape to determine whether the scenic values of the area have been maintained.

The BLM's policies for identifying and protecting visual values on all BLM lands are described in BLM Manual Section 8400, *Visual Resource Management*; BLM Manual H-8410-1, *Visual Resource Inventory*; and BLM Manual H-8431-1, *Visual Resource Contrast Rating*.

### 1.3.1 Visual Resource Inventory Classes

As part of the VRM program, the BLM is to prepare and maintain—on a continual basis—an inventory of visual values of all its public lands. The goal is to have a completed and current VRM inventory for each RMP effort. The inventory stage identifies the visual resources of an area and assigns them to an inventory class using the BLM's VRI process, which is described in BLM Manual H-8410-1. The VRI process consists of the following:

- A scenic quality evaluation to rate the visual appeal of an area
- A sensitivity level analysis to assess public concern of an area's scenic quality and their sensitivity to potential changes in the visual setting.
- A delineation of distance zones to indicate the relative visibility of the landscape from primary travel routes or observation points

Based on these three factors, BLM-administered lands are placed into one of three VRI classes—Class II, Class III and Class IV— that represent the *relative* value of the visual resources and provide the basis for considering visual values in the resource management planning process. VRI Classes II, III, and IV are determined based on a combination of scenic quality, sensitivity level, and distance-zone overlays to assign the proper class. In the relative scale of visual values, Class II has a higher level of value than Class III, which is moderately valued. Class IV is least valued. A fourth VRI class—Class I—is assigned to special management areas where a management decision has previously been made to maintain a natural landscape. These areas are the most valued landscapes. This includes areas such as Wilderness Areas or Wilderness Study Areas, the wild section of national Wild and Scenic rivers, and other congressionally and administratively designated areas where decisions have been made to preserve a natural landscape. Since these areas are assigned the highest value, the inventory process does not provide a scoring method to

assign VRI Class I. However, in the inventory process Class I areas are evaluated for their existing scenic quality, sensitivity level and distance from observation areas. This information can provide a basis for future management of the visual resources if the special designation is no longer in place—such as a wilderness study area being released by Congress from consideration as a wilderness area.

### 1.3.2 Visual Resource Management Objectives

Since VRI classes are informational in nature and do not establish management direction, VRM classes are established to reflect the resource-allocation decisions made in the RMP. Once the VRM classes are established, visual management objectives are established for each class, and they become as much a part of the RMP mandate as any other resource-allocation component.

All actions proposed during the resource management planning process that would result in surface disturbances must consider the importance of the visual values and the impacts the project may have on those values. Management decisions in the RMP must reflect the value of visual resources. In fact, the value of the visual resource may be the driving force for some management decisions. For example, highly scenic areas that need special management attention may be designated as scenic areas of critical environmental concern (ACECs) and classified as VRM Class I based on the importance of the visual values. Likewise, during the planning process, inventory class boundaries may be adjusted as necessary to reflect resource-allocation decisions to provide for development activities that require a major modification of the existing landscape character, thereby changing a VRI Class III to a VRM Class IV.

The following VRM objectives have been established for each VRM class (BLM Manual H-8410-1):

- **Class I—**The objective of this class is to preserve the existing character of the landscape. This class provides for natural ecological changes; however, it does not preclude very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention.
- **Class II—**The objective of this class is to retain the existing character of the landscape. The level of change to the characteristic landscape should be low. Management activities may be seen but should not attract the attention of the casual observer. Any changes must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape.
- **Class III—**The objective of this class is to partially retain the existing character of the landscape. The level of change to the characteristic landscape should be moderate. Management activities may attract attention but should not dominate the view of the casual observer. Changes should repeat the basic elements found in the predominant natural features of the characteristic landscape.
- **Class IV—**The objective of this class is to provide for management activities that require major modifications of the existing character of the landscape. The level of change to the characteristic landscape can be high. These management activities may dominate the view and be the major focus of viewer attention. However, every attempt should be made to minimize the impact of these activities through careful location, minimal disturbance, and repetition of the basic elements.

## 1.4 Data Standards

The Visual Resource Inventory is a data and mapping intensive process. As originally developed the inventory process relied on the manual overlay of mapping layers and preparation of forms in the field and in the office that contained the data collected and used in the identification of the inventory classes. In an effort to make the inventories more available for planning and project use and to make the information consistent and shareable across the agency, the BLM developed geodata standards for storing the information collected and prepared in visual resource inventories. The inventory for the Price Field Office was prepared using the geodatabase updated as of August 16, 2010. The geodatabase is designed to work with ArcView GIS software to allow direct mapping of information in the database. The database can also then be continually expanded to contain the inventory for multiple field offices with an ultimate goal of developing a national database of visual resource information for BLM lands.

To make the most effective use of the geodatabase in the preparation of the visual resource inventories for this project, Logan Simpson Design developed a methodology to use a central database as the single source of information for preparation of all mapping, tables, and forms for this report. This single data source approach allows for greater control over maintaining accurate data. Information is entered into the database only one time and reviewed for accuracy, therefore the risk of errors in the database and the subsequent report output is reduced. By eliminating preparation and editing of individual tables and forms in the report, it also helps assure that the report remains consistent with the database. The tables in this report represent information similar to BLM forms, but the structure and look of the tables is slightly different because they are outputs from the database. Similarly, the scenic quality rating forms in the Appendix contain all of the information as required in the standard rating form but are output from the database. The layout of the SQRU form was also modified to allow the representative photographs of each unit to be placed directly with the rating information. The completed database is directly relational to the geodatabase and was used to populate the geodatabase for preparation of the mapping and analysis in GIS.

*This Page Intentionally Left Blank*

## 2.1 Introduction

BLM defines scenic quality as the measure of the visual appeal of the landscape. The BLM's VRI process is based on the assumption that while all lands have some level of scenic value, the areas with the greatest variety and most harmonious composition have the greatest scenic value. Although scenic quality is evaluated in relation to the natural landscape, this does not mean that human-made features necessarily detract from the scenic value of a landscape. In fact, human-made features may actually enhance the scenic value.



*The Book Cliffs near Price, Utah*

### 2.1.1 Physiographic Provinces

According to BLM Manual H-8410-1, the scenic quality of a landscape should be evaluated relative to the physiographic province in which it lies. The analysis area is located within the Colorado Plateau physiographic province which consists of approximately 130,000 square miles that encompasses the southeastern half of Utah, extreme western and southwestern Colorado, northwestern New Mexico, and the northern half of Arizona (Figure 2). It is subdivided into six sections based on altitude, generally ranging from 5,000 ft. to 11,000 ft. in elevation, and its magnitude of dissection. The most dissected section is the Uinta Basin which is a deeply incised plateau that abuts the Uinta Mountains in northeastern Utah and northwestern Colorado. South of the Uinta Basin section, the province becomes slightly less dissected as exhibited by the Canyonlands section located in southeastern Utah and southwestern Colorado. The province then transitions to fewer and less deep canyons that are illustrated by the Navajo Section covering northeastern Arizona and northwestern New Mexico. The highest section of the Colorado Plateau is the High Plateaus of Utah which consist of escarpments and terraces that ascend to 11,000 ft. in elevation in central Utah. The Grand Canyon section consists of plateaus ranging in elevation of 7,000-9,000 ft. and includes the Grand Canyon gorge. The most southern section of the Colorado Plateau is the Datil section which consists of mesas, valleys, and volcanic features that include lava flows and volcanic necks located in eastern Arizona and western New Mexico.



*The Little Grand Canyon at the Wedge Overlook*




**Figure 2 Physiographic Province Map**

The Colorado Plateau's sections are drained by the Colorado River and its main tributaries—the Green, Little Colorado, San Juan, Yampa, Gunnison, Dolores, and Virgin Rivers—all creating a historical network of incised canyons, flood plains, and bold escarpments throughout their relative plateaus. It is the multitude of these high plateaus and canyons with their imposing hoodoos, buttes, gorges, and ravines—that has led to the establishment of fourteen national parks and monuments within the Colorado Plateau. These include such world-renown natural features as the Canyonlands, Arches, Zion, Natural Bridges, Bryce Canyon, Cedar Breaks, Capitol Reef, Grand Canyon, Petrified Forest, Canyon de Chelly, Rainbow Bridge, Glen Canyon, Monument Valley, and Sunset Crater.



*The San Rafael Swell at the Eagle Canyon View Point along I-70*

The scales of these features clearly indicate that no other province in the nation reveals such a strong relationship between the land's horizontal strata and its erosional history of wind and water. It is the horizontal nature of the Colorado Plateau's geological layers that distinguishes it from other provinces. Layers of sandstone, limestone, and siltstone resistant to erosion rise vertically from one plateau to a higher one above—while other layers, that are more erodible, form shale talus slopes at the base of plateau escarpments. Both the resistant and nonresistant layers are flat-lying sedimentary rocks creating a stair-step effect of the most recent strata capping the former. This is most extraordinarily displayed when there is great contrast between adjacent layers in color and texture such as when white Navajo sandstone “caps” the red Kayenta formation and Wingate sandstone below—creating a lithic layer cake.

The analysis area contains portions of three of the physiographic sub-provinces; the Uinta Basin, the High Plateaus of Utah, and the Canyonlands sub-provinces. In the north, the analysis area is best characterized by the contrast between the flat to rolling landforms of Castle Valley and the vertical buttes and escarpments of the Book Cliffs and surrounding bluffs that rise abruptly above them. The southern part of the office is best characterized by the dissected and uplifted landforms found within the San Rafael Swell and the flatter landforms in the San Rafael Desert. Prominent features within the San Rafael Swell include the San Rafael Reef, the Big Ridge, and the Little Grand Canyon. A series of dip slopes and escarpments surround the flanks of the Swell including the Molen Reef, the Coal Cliffs, the Red Ledges, and Cedar Mountain. Steep canyons can also be found in the field office created by the Green, Price, and San Rafael Rivers. Such canyons include Desolation Canyon, Nine Mile Canyon, and the Little Grand Canyon.

The vegetation of the high, semi-arid region of the Colorado Plateau consists of plants that have had to adapt to harsh climatic conditions, vast amounts of exposed rock strata, and an intermittent water supply—leading to one of the highest endemic plant environments in the southwest. While the Colorado Plateau has some of the rarest native species in the nation, it also contains a high proportion of nonindigenous plant species. It is estimated that more than 23% of the plant species in Utah's Colorado Plateau province is nonindigenous. Native plants found within the analysis area include cacti, buckwheats, prickly pear, milkvetches, penstemons, and sagebrushes with scattered pockets of Utah juniper-pinyon pine forests that are generally associated with mesa tops and rolling terrain. The majority of the analysis area is sparsely vegetated with the exception being the plant communities associated with perennial waterways, and pinyon-juniper in the foothills and benches. The Green, Price, and San Rafael River corridors are dominated by deciduous trees such as cottonwood and willows.

### 2.1.2 Scenic Quality Factors

The initial step of visual resource inventory was to evaluate the analysis area using distinct characteristics and components of the landscape. The VRM program identifies seven key factors that are considered in the evaluation of scenic quality. The factors were identified by BLM as elements that would generally be expected to be a part of the visual landscape in most any setting and a brief description of each is below.



*San Rafael Reef near Shadscale Mesa*

1. **Landform** refers to the topographic features that make up the surface of the earth, including plains, valleys, mountains, and cliffs. Topography is considered to be more interesting as it gets steeper or more massive, or more severely or universally sculptured. Outstanding landforms may be monumental such as the Grand Canyon and Monument Valley; or they may be exceedingly dissected such as the pinnacles, arches, and spires indicative of Bryce Canyon and the Canyonlands. Areas with low rolling hills or flat valley bottoms are generally valued lowest because they have a lesser degree of interesting features.
2. **Vegetation** refers to the visible vegetative material growing on the surface of the landforms. Vegetation is generally valued to a greater degree when the variety of vegetation increases and when the plant groupings begin to create interesting forms, textures, and patterns. Short-lived vegetative displays can also be considered if they are known to be reoccurring or visually spectacular. Smaller-scale vegetative features are also considered if they add striking and intriguing detail elements to the landscape (e.g., gnarled or wind-beaten vegetation, and interesting tree forms). Landscapes with little variety in vegetation are generally valued to a lesser degree because they are less visually interesting.



*Millsite Reservoir near Ferron, Utah*

3. **Water** refers to the presence of water in the landscape. Water is valued to a greater degree when it is a dominating factor in the landscape. Movement, scale, and cleanliness of water features all tend to add to the dominance of the water features. Water that is still, small in scale, and generally less noticeable is considered to be less interesting or dominating.
4. **Color** refers to the overall colors of the basic components of the landscape (e.g., soil, rock, vegetation) as they appear during seasons or periods of high use. Color is valued to a greater

degree when there are rich color combinations, vivid colors, or a variety of colors. Areas where the colors lack variety or are subtle or disharmonious are considered to be less interesting.

5. **Influence of Adjacent Scenery** refers to the degree which the scenery outside the unit being rated enhances the overall impression of the scenery within the rating unit. Areas with interesting adjacent scenery are therefore valued to a greater degree than those without appealing scenery surrounding them. The distance at which adjacent scenery will influence scenery within the rating unit will normally range from 0 to 5 miles, depending on the characteristics of the topography, the vegetative cover, and other such factors. Lower value is generally assigned to areas where the adjacent scenery has little or no influence on the visual quality of the unit being rated.



*Looking toward the Limestone Cliffs and Fishlake National Forest*

6. **Scarcity** refers to scenic features that appear to be relatively unique or rare within one physiographic region. Features that are uncommon or unusually memorable within the physiographic region are considered more valuable, while common features are considered less interesting.
7. **Cultural Modifications** refer to human-made modifications to landforms, water, or vegetation, as well as the addition of structures to a landscape. Cultural modifications are considered to be of greater value when they complement the landscape and promote visual harmony. Lower value is placed on modifications that are discordant or disharmonic and that detract from the scenery in the form of a negative intrusion.

### 2.1.3 Scenic Quality Rating Units

In the VRM inventory process the landscape is divided into areas that have generally similar characteristics based on the key factors, especially the landform, vegetation and sometimes water. These areas are called Scenic Quality Rating Units. Each unit is subsequently described in terms of its landscape character elements of form, line color, and texture and evaluated for all seven key factors. The factors are scored according to a scale of 1 to 5 for most factors, though Cultural Modifications factor can have a negative impact on the SQRU. A more detailed discussion of the landscape character elements as well as the scoring and evaluation criteria for the key factors is in Section 2.1.5 Field Inventory.

### 2.1.4 Scenic Quality Rating Unit Delineation

The majority of the geographic information system (GIS) data for this inventory were generated from Utah BLM State Office data and from open-source data obtained by Logan Simpson Design Inc. Specific GIS data sets were created for the scenic quality rating unit (SQRU) delineation process, which was used to divide the planning area into manageable-sized units with generally similar characteristics. Preliminary SQRUs were defined based on a variety of visual factors—including physiographic features; cultural modifications; and similar visual patterns, textures, colors, and variety. Topographic, vegetative, and other GIS based maps were used to delineate preliminary SQRUs. The initial evaluation resulted in 50 SQRUs.

### 2.1.5 Field Inventory

The scenic quality field inventory was conducted in March and April 2011. The process began with an inventory team meeting, which included a group of multiple interdisciplinary staff members from the Price Field Office with the level of involvement being based on their area of expertise and knowledge of specific areas of the field office. The meeting began with a review of the BLM's VRI process as described in Manual H-8410-1, after which the preliminary SQRUs were refined, inventory observation points (IOPs) were established, and travel plans were discussed. BLM staff planned the general locations of IOPs using both BLM Surface Management Status topographic maps, the SQRU field maps, and personal knowledge of the areas. While a variety of factors, including traffic volume, accessibility, and logistical viewpoint locations were considered, the IOPs were primarily selected based on providing a good location to capture a view of the characteristic landscape of the SQRUs. The IOPs were marked on the maps and travel routes to each of the points were then highlighted.

In the field, calibration exercises were performed to ensure that the inventory teams would be using similar criteria and terminology to evaluate the landscape in their respective inventory areas. The teams collectively visited a variety of areas in the northeastern part of the field office north and east of Price at the base of the Book Cliffs. Together, they filled out rating forms for the visited units and discussed the intricacies of the inventory system and form. They discussed key terms from the BLM's list of suggested vocabulary and then determined, to the extent possible, the terms that would be most relevant to the physiographic provinces.

The inventory teams split into their planned areas within the Price Field Office. One team primarily covered the eastern half of the office along Highway 6 between Price and Green River, a large portion of the San Rafael Swell, and the San Rafael Desert. The other team primarily covered the western half of the office along SR-10 between Price and I-70, and the area between I-70 and Capitol Reef National Park. The field work in the higher elevations of the Book Cliffs, the West Tavaputs Plateau, and Desolation Canyon were performed later in the year due to seasonal accessibility.

During the in-field inventory of each SQRU, the teams reviewed the preliminary delineations and sketched, as necessary, proposed changes to the boundaries on the field maps. The teams also established final IOPs, sometimes varying from the planned IOPs. The planned IOPs for the analysis area were intended as general locations, and were revised in the field based on the best viewing points. Each team recorded the views from the IOPs with a GPS-enabled digital camera, which recorded



*The Green River near Horse Bench*

geographical locations (latitude and longitude) for each photo. The field revisions resulted in a total of 83 SQRUs as the preliminary units were split and/or combined along with the boundary adjustments (Figure 3). The teams also completed BLM Scenic Quality Field Inventory (SQFI) rating forms (Form 8400-1, BLM Manual H-8410-1) for each SQRU (Figure 4 and Figure 5)

In the first step of evaluating each SQRU, landscape character was defined in terms of form, line, color, and texture, as described below and as exemplified in Illustrations 4, 5, 6, and 7 in BLM Manual H-8410-1:

- **Form:** The mass or shape of an object, or of objects that appear unified.
- **Line:** The path, real or imagined, that the eye follows when perceiving abrupt differences in form, color, or texture or when objects are aligned in a one-dimensional sequence. Usually evident as the edge of shapes or masses in the landscape.
- **Color:** The property of reflecting light of a particular intensity and wavelength (or mixture of wavelengths) to which the eye is sensitive. It is the major visual property of surfaces.
- **Texture:** The aggregation of small forms or color mixtures into a continuous surface pattern; the aggregated parts are enough that they do not appear as discrete objects in the composition of a scene.

The second step included identifying general comments about the character, land use or other aspects of the SQRU in the narrative section of the field inventory form. To gain a better perspective of the overall character of each SQRU, the SQRUs were later reviewed using GIS programs. Additional notes from this review were added to the inventory forms, and all notes were then summarized for the geodatabase in paragraph form.

In the final step, scores were recorded for each of the seven key factors of the landscape within the SQRU according to the scale for each factor as described in the Scenic Quality Inventory and Evaluation Chart (Figure 6). The scores were then totaled, and a scenic quality classification of A, B, or C was determined using the numeric scale on the SQFI form.




**Figure 3 Scenic Quality Rating Units**

*This Page Intentionally Left Blank*

Form 8400-1
(September 1985
(Format modified October 11, 2010)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Date:
District/ Field Office:
Resource Area:
SQRU #: IOP #:

**1. EVALUATORS** *(names)*

**2. LANDSCAPE CHARACTER** *(Feature)*

| | a. LANDFORM/WATER | b. VEGETATION | C. STRUCTURE *(General)* |
|---|---|---|---|
| FORM | | | |
| LINE | | | |
| COLOR | | | |
| TEXTURE | | | |

**3. NARRATIVE**

Figure 4 SQRU Rating Form (Page 1)

**4. SCORE** *(Circle Appropriate Level)**

| | Rating | Explanation or Rationale |
|---|---|---|
| a. Landform | | |
| b. Vegetation | | |
| c. Water | | |
| d. Color | | |
| e. Adjacent Scenery | | |
| f. Scarcity | | |
| g. Cultural Modification | | |
| TOTALS | | |

SCENIC QUALITY CLASSIFICATION

___ A= 19 or more

___ B= 12-18

___ C= 11 or less

Comments:

Figure 5 SQRU Rating Form (Page 2)

| Key Factors | Rating Criteria and Score | | |
|---|---|---|---|
| Landform | High vertical relief as expressed in prominent cliffs, spires, or massive rock outcrops, or severe variation or highly eroded formations including major dune systems or detail features dominant and exceptionally striking and intriguing such as glaciers. 5 | Steep canyons, mesas, buttes, cinder cones, and drumlins' or interesting erosional patterns of variety in size and shape of landforms' or detail features which are interesting though not dominant. 3 | Low rolling hills, foothills, or flat valley bottoms' or few or no interesting landscape features. 1 |
| Vegetation | A variety of vegetative types as expressed in interesting forms, textures, and patterns. 5 | Some variety of vegetation, but only one or two major types. 3 | Little or no variety or contrast in vegetation. 1 |
| Water | Clear and clean appearing, still, or cascading white water, any of which are a dominant factor in the landscape. 5 | Flowing, or still, but not dominant in the landscape. 3 | Absent, or present, but not noticeable. 0 |
| Color | Rich color combinations, variety or vivid color' or pleasing contrasts in the soil, rock, vegetation, water or snow fields. 5 | Some intensity or variety in colors and contrast of the soil, rock and vegetation, but not a dominant scenic element. 3 | Subtle color variations, contrast, or interest' generally mute tones. 1 |
| Influence of Adjacent Scenery | Adjacent scenery greatly enhances visual quality. 5 | Adjacent scenery moderately enhances overall visual quality. 3 | Adjacent scenery has little or no influence on overall isual quality. 0 |
| Scarcity | One of a kind or unusually memorable, or very rare within region. Consistent chance for exceptional wildlife or wildflower viewing, etc. *5+ | Distinctive, though somewhat similar to others within the region. 3 | Interesting within its setting, but fairly common within the region. 1 |
| Cultural Modifications | Modifications add favorably to visual variety while promoting visual harmony. 2 | Modifications add little or no variety to the area, and introduce no discordant elements. 0 | Modifications add variety but are very discordant and promote strong disharmony. -4 |

*Source*: BLM Manual H-8410-1, Illustration 2.

* A rating of greater than 5 can be given but must be supported by written justification.

**Figure 6 Scenic Quality Inventory and Evaluation Chart**

## 2.2 Scenic Quality Summary

After fieldwork was completed, an internal calibration meeting was held to ensure that each team's descriptions and ratings were consistent with one another. SQRU delineations were then refined using GIS programs in order to more accurately define the SQRU boundaries. The information from the inventory forms was subsequently entered into a database and merged with the final boundaries of the 83 SQRUs for use in generating the scenic quality inventory maps and forms for this document.

Photos taken during the field inventory were imported into a GIS program to facilitate photo sorting and evaluation of IOPs. The number of IOPs per unit varied based on the size and/or relative complexity of each unit. Final IOPs were determined using locations that were most representative of the unit as a whole, and were added to the maps on the SQFI forms. Because of access, the IOPs for some units were identified outside the unit and provide a view looking into the unit from the adjacent unit. The information collected on the SQFI forms, along with IOP photos for each unit, are shown on the data sheets in the Appendix. The following sections provide a summary of the overall key-factor analysis and the final SQRU ratings.

### 2.2.1 Key Factor Analysis

In accordance with BLM Manual 8400, the SQRU ratings were determined by evaluating the seven key factors of the landscape. A brief description of the results of the each key factor analysis is provided below for the entire analysis area. The SQRU ratings are shown in Table 1 and Table 2. Table 1 is sorted numerically by unit number. Table 2 is sorted numerically by SQRU rating. The tables include the ratings for the seven key factors, the total SQRU score, and the scenic quality rating of A, B, or C. The ratings for the seven key factors were then merged with the final SQRU boundaries to generate individual maps of each key factor across the analysis area. Maps depicting the ratings of the factors for the field office are also provided in the summary at the end of this section (Figures 7-13).

#### Landform

Due to the nature of the physiographic province, vertical relief varied substantially throughout the field office from cliff faces with high vertical relief along the incised river canyons and exposed escarpments to the flat to rolling terrain of Castle Valley and the San Rafael Desert. Exceptional features are scattered through the office as displayed in such areas as the Little Grand Canyon and the San Rafael Reef.



*Cedar Ridge Canyon from the West Tavaputs Plateau*

Ratings for landform were generally higher across the south central section of the analysis area and along the northern and eastern boundaries of the office, though landform ratings were moderately high throughout the office because of the continuous dramatic vertical relief (Figure 7). The average rating for the analysis area was approximately 3.0.

In general, the areas at the edges of river valleys and the areas with vertical mountains, mesas, buttes, escarpments, and badland formations have more dramatic topographical relief. The higher degree of vertical relief in these areas introduces interesting shapes and forms into the landscape, which often become

dominating elements. A score of 5.0 was the highest rating, which was recorded for a total of 3 units including the Wedge Unit (#20B), the San Rafael Swell Unit (#27), and the Muddy Creek Unit (#33).

Ratings were generally lower in the valleys or large mesa tops consisting of flat to rolling topography, with few interesting topographical features. A score of 1.0 was the lowest rating, which was recorded for 4 units that were dominated by very flat to gently rolling topography. There were numerous units that included a combination of flat to rolling topography and sheer vertical cliffs which generally received a higher landform rating because of the vertical relief and contrast.

### Vegetation

The majority of the analysis area is sparsely vegetated with the exception being the plant communities associated with perennial waterways and higher elevations. The Green, San Rafael, and Price River corridors are dominated by deciduous trees such as cottonwood and willows. The upper plateaus are dominated by pinyon- juniper forests with some fir, pine, and aspen occurring at higher elevations.



*Riparian vegetation in Dry Canyon*

Ratings for vegetation were fairly dispersed ranging from 1.0 to 4.5, although ratings in the south central, eastern, and very northern portions of the analysis area tended to be higher because of the diversity in landform color and the contrast with the diversity in vegetation (Figure 8). The average rating in the analysis area was approximately 2.4.

The variety of vegetation is greatest in the river valleys and therefore those areas generally received the highest ratings. The variety of vegetative types in these valleys creates interesting forms, textures, and patterns. Areas with landforms that rise into higher elevations were also rated high due to the increased contrast associated with scattered and clumped evergreens and aspens. A score of 4.5 was the highest rating, which was recorded for the Ford Ridge Unit (#3) and the Range Creek Unit (#46).

The flat to rolling desert valleys generally received the lowest ratings since they were often very sparsely vegetated with little variety. A score of 1.0 was the lowest rating, which was recorded for 8 units which were generally dominated by grasslands or were sparsely vegetated with a minimal variety of other vegetation.

### Water

Water within the physiographic province generally consists of large rivers and creeks, though many areas of the analysis area do not have noticeable water. Ratings for water were generally even and low throughout the analysis area (Figure 9). The average rating in the analysis area was approximately 0.6.

Water was rated highest in the river valleys and canyons, where the water was generally slowly flowing and sometimes a dominant factor in the landscape. A score of 5.0 was the highest rating, which was recorded for the Jack Canyon WSA Unit (Unit #49).

Lower scores were recorded in areas where water was not noticeable or not present. Many areas, such as those with flat to rolling terrain, contain small amounts of water that are not generally visible from wide areas of the unit. Many units had drainage ways that may contain seasonal water, but was not present or noticeable at the time of the field work. 57 units received a score of 0.0 because they lacked water in any noticeable form.



*San Rafael River near the Red Ledges*

### Color

Landform colors varied dramatically throughout the analysis area due to the diverse geologic landforms contained with the province. The colors ranged from saturated reds to dark brown/black to grays/whites and purples. These color combinations often contrasted strongly with the vegetation in the area. The color of the vegetation in the physiographic province varies throughout the year with seasonal changes. During the winter, the colors of the vegetation are generally muted, and contrast subtly with the colors of the landforms. This is counter-balanced with the contrast created between the landform color and the snow when it is present. In the fall the changing colors of deciduous trees add bold colors to the landscape in specific areas, mainly along the waterways and at higher elevations. In spring and summer, the multiple dark to bright green tones of the vegetation create strong color contrasts with the landforms. The dark greens of the pinyon and juniper also add to the visual variety. The sage and grasslands provide a lower contrast and color intensity.

Fieldwork for this inventory occurred in the early spring season. During the field work the color evaluation factor accounted for seasonal changes through study of the provinces, supplemented with local knowledge of BLM staff. The scores allocated for color in each SQRU reflect the changes anticipated throughout the seasons. It was anticipated, for example, that in the fall the colors of the deciduous vegetation at higher elevations would change, become more vibrant, and provide better contrast and composition with the surrounding evergreen vegetation and landforms. Color intensity would also increase in riparian area during summer months, as well as in fall—when the leaves of cottonwood trees and other species become more vivid. These anticipations were also weighed carefully against the muted color tones anticipated during winter months.



*Red and white landforms near Calf Mesa*

Ratings for color were generally dispersed throughout the office with them being the highest in the south-central and south western portions of the analysis area, while ratings were generally the lowest in the flat valleys and mesa tops (Figure 10). The average rating for the analysis area was approximately 2.8.

The highest color ratings often occurred where severely vertical landforms were exposed showing the multi-colored striations and vibrant colors of the rock. These colors were often saturated, vibrant, and the dominant feature in the landscape providing strong contrast with the surrounding vegetation. A score of 5.0 was the highest rating, which was recorded for the Muddy Creek Unit (#33). 2 other units received a score of 4.5, primarily due to the vibrant colors of the landform.

Lower ratings for color generally occurred in flat to rolling areas where the rock and soil were not exposed or if so were monotone and flat in color. This combined with the lack of color and variety in the vegetation provided variations that were subtle, with generally muted tones. A score of 1.0 was the lowest rating, which was recorded for only 3 units that are dominated by grasslands and have little visible landform exposed.

### Influence of Adjacent Scenery

Adjacent scenery provides a strong influence in some areas of the analysis area due to the diverse and dramatic topographical relief and the proximity of those areas to surrounding units. However, the topographical relief also creates areas that are sometimes severely enclosed restricting views to adjacent scenery. Ratings for adjacent scenery varied throughout the analysis area with scores being evenly dispersed (Figure 11). The average rating for adjacent scenery in the overall analysis area was approximately 3.0.



*Looking west toward the Manti-La Sal National Forest near Castledale, Utah*

Overall, ratings for adjacent scenery were generally higher for units that abut either high vertical landforms or rivers or that provide elevated viewing platforms. The Book Cliffs, the San Rafael Swell, the Manti-La Sal National Forest, and the numerous uplifted and exposed landforms were very influential in the adjacent scenery scores of units from which you could see these features. In these units, the forms, lines, and colors of the surrounding landscapes greatly enhance the scenic quality of the units. A score of 5.0 was the highest rating, which was recorded for the Bid Ridge Unit (#32).

Lower ratings for adjacent scenery were generally recorded for one of two situations: units surrounded by vast, open, flat landscapes or units in river canyons in which the surrounding landscapes are not visible. In both cases, the surrounding scenery has little or no influence on the overall visual quality of the units. A score of 0.0 was the lowest rating, which was recorded for only 2 units.

### Scarcity

Ratings for scarcity were generally higher in the south-central portions of the analysis area (Figure 12). The flatter valleys and mesa tops in the north, west, and south eastern areas contain landscapes more common to the physiographic provinces and less distinctive and therefore generally received lower ratings. The average rating for the analysis area was approximately 2.3.

Scarcity was generally higher for units with vertical landforms and unique features that were enhanced by their variety and vibrancy in color. River units were also rated higher due to their relative scarcity within the province. A score of 5.0 was the highest rating, which was recorded for 2 units, the Wedge Unit (#20B) and the San Rafael Reef – South Unit (#34) where the landforms and colors were generally considered relatively rare within the physiographic province.

Scarcity was typically lower for units with flat to rolling terrain since these are common features of the physiographic province and less distinctive. A score of 1.0 was the lowest rating, which was recorded for 12 units.

### Cultural Modifications

The majority of the units in the field office received a rating of zero. These units may have had some level of cultural modification, but these cultural modifications neither added nor detracted from the visual setting. Generally lower scores were given in the central-northern, northeastern, and central-western portions of the analysis area due to the oil and gas and associated residential and infrastructure development (Figure 13). The average rating for the overall analysis area was approximately -0.1.

The small number of units that received a positive score included areas with structures that added favorably to the pastoral setting of the region. A score of 0.5 was the highest rating, which was recorded for the Emma Park Unit (#48), where the man-made structures enhanced the overall visual setting.

74 units include a fairly even amount of harmonic and discordant cultural modifications. These areas were given a score of 0.0 since the varying modifications essentially offset one another.

Negative scores were recorded for areas with discordant cultural modifications, such as highly visible oil and gas fields, power plants, and coal operations. A score of -2.0 was the lowest rating, which was recorded for the Clark Valley and Price River Valley Unit (#7) where the landscape is diminished due to numerous discordant built features.



*Power Plant near Castledale, Utah*

### 2.2.2 Scenic Quality Ratings

The Scenic Quality Rating is the result of totaling the scores of the seven analysis factors on the SQFI form and assigning the rating based on points according to the following schedule:

- Class A = a score of 19 points or more
- Class B = a score of 12 to 18 points
- Class C = a score of 11 points or less

The analysis included the evaluation of the key analysis factors for all 83 SQRUs. In numerous cases, increments of 0.5 were used in order to determine a more accurate score for a particular factor. As such, numbers on the threshold between A and B (a score of 18.5) or B and C (a score of 11.5) were rounded up to the higher classification.

In total, 15 SQRUs in the analysis area received a Class A rating which accounts for approximately 19 percent of the analysis area. The highest A rating was a 23 which was recorded for the Jack Canyon WSA Unit (#49). The scenic quality in these units scored well due to the dramatic and highly colorful landforms in combination with the variety and color of vegetation, along with enhancement from adjacent scenery and occasional presence of water. Some of these units were also considered to be relatively scarce landscapes in the Colorado Plateau Province because of this steep topographic relief, their distinctive topographical features, and the dominant presence of water. These units are distributed throughout the field office though more often occurring in the southern portion (Figure 14).



*Looking west toward Tomsich Butte*

The rating scores of the SQRUs in the overall analysis area were most often in the range of 11.5 to 18, which placed them in Class B for overall scenic quality. Many of these units encompass river valleys or canyons and areas with variable to steep topographic relief. These units are evenly scattered throughout the field office. In total, 49 units have a Class B rating which accounts for approximately 48 percent of the analysis area.

The remaining SQRUs received a Class C scenic quality rating, with scores in the range of 11 or less. These units generally include flat to rolling terrain with little variety in vegetation or color. They are evenly distributed throughout the field office with the largest areas consisting of the Clark Valley and Price River Valley Unit (#7) and the San Rafael Desert Unit (#37). In total, 19 units have a Class C rating. These units account for approximately 33 percent of the overall analysis area.

*This Page Intentionally Left Blank*

**Table 1 Scenic Quality Rating Summary—By Unit**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Manti-La Sal | 3.5 | 3.5 | 0 | 3 | 3 | 2 | 0 | **15** | **B** | Somewhat rugged foothills and mountains with a good mix of vegetation and some moderate intensity color. |
| 3 Ford Ridge | 2.5 | 4.5 | 2 | 3.5 | 4.5 | 3 | -1 | **19** | **A** | Upper mountains, plateaus and ridges northwest of Price between Highway 6 and Scofield Reservoir |
| 3A Beaver Ridge | 2 | 3.5 | 2 | 3 | 4 | 1.5 | -1 | **15** | **B** | Angled planar slopes west of Highway 6 and Price River |
| 4 the Book Cliffs | 4 | 3 | 1 | 3.5 | 2 | 3 | 0 | **16.5** | **B** | Prominent landforms enclosing the northern edge of Castle Valley. |
| 5 the Western Bench | 3 | 3 | 0.5 | 2.5 | 3 | 1.5 | -1 | **12.5** | **B** | This bench is located at the base of the Wasatch/Manti La Sal National Forest escarpment; and provides a transition into Castle Valley |
| 6 the Book Cliffs Bench | 2.5 | 3 | 0 | 2 | 3.5 | 1.5 | -0.5 | **12** | **B** | This bench is located at the base of the Book Cliffs on the eastern side of Clark Valley |
| 7 Clark Valley and The Price River Valley | 1 | 3 | 2 | 2 | 3 | 1 | -2 | **10** | **C** | Unit is a large valley that encompasses large urbanized areas |
| 7A Water Hollow Benches | 3.5 | 3.5 | 3 | 2.5 | 2 | 2.5 | 0 | **17** | **B** | Variety of vegetation that includes juniper-pinyon pine; riparian areas along drainages with cottonwoods. |
| 11 Hadden Hills / Oil Well Dome | 2 | 1 | 0 | 1 | 3 | 1 | 0 | **8** | **C** | This unit is a small, flat-topped mesa located between Castle Dale and Castle Valley |
| 12 Molen Reef/Coal Cliffs | 3 | 3 | 2 | 3 | 3 | 3 | -0.5 | **16.5** | **B** | This unit is the western slope of Molen Reef/Coal Cliffs |
| 12B Ivie Creek Bench | 2 | 3 | 0 | 2 | 1 | 1 | 0 | **9** | **C** | Flat to gently rolling mesas with drainages. Variety of colors in scattered rock outcrops. Views to adjacent mountains and formations. |

**Table 1 Scenic Quality Rating Summary—By Unit (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 12A Indian Canyon | 2.5 | 3 | 0 | 2 | 3 | 1 | 0 | **11.5** | **B** | Unit include exposed volcanic rock and incised drainages in soft clay soil. Higher ridges of mesa ranges are heavily vegetated with pinyon-juniper; more sage than other units. |
| 13 Molen Seep & Dry Wash | 3.5 | 3 | 0 | 3 | 2 | 1.5 | 0 | **13** | **B** | Unit encompasses a small landform with badland-like features that is located to the east of Molen Reef and west of The Red Ledges. |
| 14 Black Hills | 3.5 | 3 | 2 | 3.5 | 3 | 3 | 0 | **18** | **B** | This unit has a wide variety of landforms due to the Black Hills, Castle Valley, and Sand/South Sand Bench. It also includes a portion of the San Rafael River and several secondary washes. |
| 15 Red Ledges | 3.5 | 3 | 2 | 4 | 3 | 2 | 0 | **17.5** | **B** | This unit is located between the Coal Cliffs and the Red Ledges; almost equally bisected by I-70. |
| 16 Mussentuchit Wash | 3.5 | 2 | 0 | 3.5 | 3 | 3 | 0 | **15** | **B** | The unit is a moderately incised mesa providing a variety of landform and lines between two flat valley areas; Blue Flats and Mussentuchit Flat. |
| 16A Blue Flats | 1 | 1 | 0 | 1 | 3 | 1 | 0 | **7** | **C** | Small, grassy, flat valley located at the eastern edge of Limestone Cliffs |
| 17 Little Black Mountains/Factory Butte | 3.5 | 3 | 0 | 3 | 3.5 | 2.5 | 0 | **15.5** | **B** | Unit is located in the southwestern corner of the field office and encompasses Little Black Mountain, Factory Butte, Moroni Slopes and Last Chance Gas Field. |
| 17A Last Chance Desert | 1 | 1 | 0.5 | 1 | 4 | 1 | 0 | **8.5** | **C** | Unit is located in the southwestern corner of the field offce and encompasses portions of the Last Chance Desert. |
| 17B Cathedral Valley | 2 | 2 | 0 | 2 | 4 | 1 | 0 | **11** | **C** | Rolling red hills with sparse to moderate cover of sage, grasses, and mormon tea. Unit has some isolated slick rock formations and sandstone mounds with close and adjacent views of Cathedral Valley. |
| 18 Cedar Mountain/Mussentuchit Flat | 2 | 2 | 0 | 2 | 3.5 | 1 | 0 | **10.5** | **C** | Open, sage unit mostly flat to rolling with some mesas. |
| 18A Horse Heavens | 2 | 1.5 | 0 | 2 | 3 | 2 | 0 | **10.5** | **C** | Unit encompases portions of the Moroni Slopes, and includes Coral Canyon and Horse Heaven Resevoir. |

**Table 1 Scenic Quality Rating Summary—By Unit (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 18B First Cedar Mountain | 4.5 | 3 | 0 | 4.5 | 3.5 | 3.5 | 0 | **19** | **A** | Distinct mesa/buttes unit within broad sage flat |
| 19 Kimball Draw | 2.5 | 1.5 | 1.5 | 3 | 2.5 | 2 | 0 | **13** | **B** | Unit encompasses portions of The Dike and Muddy Creek in the southern portion with Devils Canyon and I-70 in the northern |
| 20 Chimney Rock Flats | 3 | 3 | 0 | 3 | 3 | 1.5 | 0 | **13.5** | **B** | Three mountain ranges can be viewed from areas of this unit of sloping vegetated mesa, which is located between the Red Ledges and the western and northern edges of the San Rafael Swell. |
| 20A Buckhorn Flat | 3 | 1 | 0 | 3 | 2 | 1 | 0 | **10** | **C** | Unit encompasses Buckhorn Flat, Buckhorn Wash and escarpments of Cedar Mountain and Little Cedar Mountain |
| 20B The Wedge | 5 | 3.5 | 3 | 4 | 1 | 5 | 0 | **21.5** | **A** | Unit is the distinctly eroded section of the San Rafael Reef called the Little Grand Canyon. |
| 20C Prickly Pear Flat | 2.5 | 3 | 0 | 2 | 3 | 2.5 | 0 | **13** | **B** | Some distinctive landforms and increased vegetation at base of San Raphael swell. |
| 21 Cedar Mountain | 2 | 1.5 | 0 | 2 | 1 | 1 | 0 | **7.5** | **C** | Cedar Mountain located north of Buckhorn, Chimney Rock Flats |
| 22 Cleveland Lloyd Dinosaur Quarry | 2 | 3 | 1 | 1.5 | 3.5 | 2 | 0 | **13** | **B** | This unit is an undulating, incised slope with several washes and flats within it |
| 23 Lucky Flats | 4 | 3 | 0 | 3.5 | 2 | 2 | 0 | **14.5** | **B** | This unit is located along the northwestern edge of Humbug Canyon and Wash |
| 24 Price River | 2 | 3 | 3 | 3 | 2.5 | 3.5 | 0 | **17** | **B** | Unit encompasses the Price River which is isolated within a winding river corridor |
| 25 Sugarloaf | 2.5 | 2.5 | 0 | 3 | 3 | 2 | 0 | **13** | **B** | Unit is a valley area and encompasses a portion of the Price River and Dry Mesa with view to Book Cliffs |

**Table 1 Scenic Quality Rating Summary—By Unit (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 Last Spring | 4 | 3 | 0 | 4 | 3 | 3.5 | 0 | **17.5** | **B** | Unit has rolling hills adjacent to a valley with some juniper cover. Adjacent scenery includes the Book Cliffs. |
| 26A Uranium Hills | 2.5 | 1.5 | 0 | 2.5 | 2.5 | 1.5 | 0 | **10.5** | **C** | Unit encompasses portions of the San Rafael River along the western edge of the unit and borders the Green River on the east |
| 26B Shadscale Mesa | 3.5 | 2.5 | 1.5 | 3.5 | 4 | 2.5 | 0 | **17.5** | **B** | Mesa formation has steep faces with horizontal layering visible |
| 26C Dry Lake Wash | 4 | 1.5 | 0 | 4 | 3 | 2.5 | 0 | **15** | **B** | Flat-topped mesa and heavily jumbled rock outcrops |
| 26D San Rafael Desert Basin - Spring Canyon | 3 | 1.5 | 0 | 2 | 2.5 | 2 | 0 | **11** | **C** | Mesas with finely textured, undulating slopes |
| 27 The San Rafael Swell | 5 | 3.5 | 0 | 4 | 2.5 | 4 | 0 | **19** | **A** | Dramatic formations that are highly complex |
| 27A San Rafael Reef | 4.5 | 1.5 | 0 | 4 | 2 | 4 | 0 | **16** | **B** | Unit is the distinctly tilted section of the San Rafael Reef. |
| 27B Buckhorn | 4.5 | 4 | 1 | 4 | 0 | 3 | 0 | **16.5** | **B** | Canyon unit that encompasses Buckhorn Canyon/Wash, Red Canyon and White Horse Canyon. Canyon walls are rugged and highly complex. |
| 28 Upper San Rafael River | 4 | 3.5 | 3.5 | 3.5 | 4 | 3 | 0 | **21.5** | **A** | River valley with sloping canyon walls. |
| 28A San Rafael River Bench | 3.5 | 3 | 0 | 3 | 4.5 | 2 | 0 | **16** | **B** | Upper terrace unit above San Rafael River, includes Mexican Mountain |
| 28B Limestone Bench | 2 | 2.5 | 0 | 2 | 4 | 1.5 | 0 | **12** | **B** | Flat to rolling lowland surrounded by landforms |

**Table 1 Scenic Quality Rating Summary—By Unit (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 Black Box | 4 | 3.5 | 4.5 | 4 | 1 | 4 | 0 | **21** | **A** | San Rafael River Canyon with steep angular walls |
| 30 Sinbad Country | 3.5 | 3.5 | 0 | 2.5 | 3 | 1.5 | 0 | **14** | **B** | Large unit that encompasses the Jackass Benches and large portions of Sinbad Country |
| 30A McKay Flat | 2.5 | 3 | 0 | 2 | 3 | 2 | 0 | **12.5** | **B** | Open juniper flats that include some mesas which then transition to rugged formations |
| 31 Upper Highway Terrace | 1.5 | 1.5 | 0 | 1.5 | 3 | 1 | 0 | **8.5** | **C** | Mostly gently rolling terrain with grasses and sage vegetation dominant; some juniper cover |
| 31A Eagle Draw | 3.5 | 3 | 0 | 3 | 3.5 | 2 | 0 | **15** | **B** | Unit of variable landforms between western portion of the San Rafael Swell and the open terrain along I-70 |
| 32 Big Ridge | 3.5 | 3 | 0 | 3.5 | 5 | 3.5 | 0 | **18.5** | **A** | Sloping unit incised by drainages - slopes to muddy creek |
| 32A Hondu Country | 3.5 | 2.5 | 0 | 3.5 | 4.5 | 3.5 | 0 | **17.5** | **B** | Distinctive rugged landforms with substantial layering |
| 33 Muddy Creek | 5 | 2.5 | 0 | 5 | 3 | 4.5 | 0 | **20** | **A** | Canyon unit adjacent to WSA with wide variety of landforms |
| 33A Family Butte | 3.5 | 2.5 | 0 | 4 | 4.5 | 3.5 | 0 | **18** | **B** | Small valley area with prominent mesa forms that includes Family Butte |
| 33B Moroni Slopes | 4 | 1 | 0 | 3.5 | 4 | 4 | 0 | **16.5** | **B** | Uplifted rock forms with incised valleys draining southward into Salt Wash with sparse vegetation; undeveloped unit. |
| 34 San Rafael Reef - south | 4.5 | 2 | 0 | 4.5 | 4 | 5 | 0 | **20** | **A** | Very rugged unique landforms |

**Table 1 Scenic Quality Rating Summary—By Unit (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 Wild Horse Creek | 2.5 | 1.5 | 0 | 2.5 | 4 | 1.5 | 0 | **12** | **B** | Desert area enclosed by San Rafael Reef and Wildhorse Mesa |
| 35A Camper Spring | 2 | 2 | 0 | 2 | 4 | 1 | 0 | **11** | **C** | Rolling red hills with sparse to moderate cover of sage, grasses, and mormon tea. Unit has some isolated slick rock formations and sandstone mounds with close and adjacent views of Cathedral Valley. |
| 36 Goblin Valley | 4 | 2 | 0 | 4 | 4.5 | 4 | 0 | **18.5** | **A** | Unit contains Goblin Valley State Park |
| 36A Wild Horse Mesa | 4 | 1.5 | 0 | 3 | 3.5 | 3.5 | 0 | **15.5** | **B** | Complex, jumbled landscape in most areas. Unit encompasses Wild Horse Mesas |
| 36B Red Canyon | 4 | 1 | 0 | 3 | 4 | 3 | 0 | **15** | **B** | Undeveloped, sandy area with very little vegetation except brush and mormon tea. Variety of vertical landforms. |
| 36C Salt Wash | 3.5 | 1 | 0 | 4 | 3.5 | 4 | 0 | **16** | **B** | Rounded, undulating "painted desert" type of formations in this mostly undeveloped unit. Very little vegetation. |
| 36D Factory Bench | 3 | 1 | 0 | 2 | 4 | 3 | 0 | **13** | **B** | Mostly undeveloped with low vegetation; sparse vegetation in many areas; flat to rolling with large buttes and few incised washes. |
| 37 San Rafael Desert | 1.5 | 2.5 | 0 | 2.5 | 3 | 1.5 | 0 | **11** | **C** | Broad open desert that encompasses the majority of the San Rafael Desert |
| 37A San Rafael Desert Basin Iron Wash | 2 | 2 | 1.5 | 2.5 | 4 | 1.5 | 0 | **13.5** | **B** | Expansive sage desert unit adjacent to San Rafael Reef |
| 37B Moonshine Wash | 4 | 3 | 2.5 | 3.5 | 3 | 3.5 | 0 | **19.5** | **A** | Low to moderately high landforms adjacent to Green River |
| 38 Sweetwater Reef | 3 | 3 | 0 | 3.5 | 2.5 | 1.5 | 0 | **13.5** | **B** | Low, rolling, rounded hills |

**Table 1 Scenic Quality Rating Summary—By Unit (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 38A Flat Tops | 3.5 | 1.5 | 0 | 3.5 | 2.5 | 3 | 0 | **14** | **B** | The Big Flat Tops butte formation that is within San Rafael Desert |
| 38B Texas Hill | 1 | 1.5 | 0 | 1.5 | 1 | 2 | 0 | **7** | **C** | Open, expansive gently rolling unit with minimal vegetation consisting mostly of sage and grasses. Colored soils do contrast with vegetation. |
| 39 San Rafael Desert Transition | 2.5 | 2 | 0 | 1.5 | 2.5 | 1.5 | 0 | **10** | **C** | Gently rolling with some butte/mesa forms |
| 41 Horseshoe Canyon | 4.5 | 3.5 | 2.5 | 4 | 3 | 3 | 0 | **20.5** | **A** | Narrow river unit consists of a portion of Gunnison Valley, the town of Green River and initial incised canyon |
| 41A Keg Spring | 4 | 3.5 | 1.5 | 4 | 3 | 3 | 0 | **19** | **A** | Good variety of rolling rock and steep canyon |
| 41B Three Canyon | 3.5 | 2 | 0 | 3 | 3 | 2.5 | 0 | **14** | **B** | Drainage tributaries into Green River that encompass Three Canyon, Bull Hollow and is adjacent to Labyrinth Canyon |
| 41C Bull Bottom | 4 | 1.5 | 0 | 3.5 | 3 | 4 | 0 | **16** | **B** | Distinctive red landform units adjacent to the Green River |
| 42 Hwy 6/Gunnison Valley | 2 | 1.5 | 0 | 1.5 | 3 | 1.5 | 0 | **9.5** | **C** | Flat to rolling valley unit at the base of Book Cliffs |
| 43 Beckwith Plateau | 3.5 | 2 | 0 | 2.5 | 3.5 | 2.5 | 0 | **14** | **B** | Characterized by flat to rolling plateaus and mesa tops |
| 44 Price River Canyon-South | 4 | 2 | 2.5 | 3 | 0.5 | 3 | 0 | **15** | **B** | Price River Canyon from Woodside to Green River |
| 45 Green River/Book Cliffs | 4 | 3.5 | 2.5 | 3.5 | 2 | 3 | 0 | **18.5** | **A** | Rugged landforms of the Roan and Book Cliffs with the Green River in the eastern area. Good variety of vegetation |

**Table 1 Scenic Quality Rating Summary—By Unit (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 17A Last Chance Desert | 1 | 1 | 0.5 | 1 | 4 | 1 | 0 | **8.5** | **C** | Unit is located in the southwestern corner of the field office and encompasses portions of the Last Chance Desert. |
| 31 Upper Highway Terrace | 1.5 | 1.5 | 0 | 1.5 | 3 | 1 | 0 | **8.5** | **C** | Mostly gently rolling terrain with grasses and sage vegetation dominant; some juniper cover |
| 11 Hadden Hills / Oil Well Dome | 2 | 1 | 0 | 1 | 3 | 1 | 0 | **8** | **C** | This unit is a small, flat-topped mesa located between Castle Dale and Castle Valley |
| 21 Cedar Mountain | 2 | 1.5 | 0 | 2 | 1 | 1 | 0 | **7.5** | **C** | Cedar Mountain located north of Buckhorn, Chimney Rock Flats |
| 16A Blue Flats | 1 | 1 | 0 | 1 | 3 | 1 | 0 | **7** | **C** | Small, grassy, flat valley located at the eastern edge of Limestone Cliffs |
| 38B Texas Hill | 1 | 1.5 | 0 | 1.5 | 1 | 2 | 0 | **7** | **C** | Open, expansive gently rolling unit with minimal vegetation consisting mostly of sage and grasses. Colored soils do contrast with vegetation. |

Evaluators: MMeyer,JKeller,RDonigan,KWharton,JJames,CBockey,Allan,DHislop,SBauer,MTweddell,CConrad,RJensen,KIvory,DStephens,KBeagley,RSweeten

**Table 2 Scenic Quality Rating Summary—By Rating**

Scenic Quality Rating Unit Summary

Price Field Office
November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 Jack Canyon WSA | 4.5 | 3.5 | 5 | 3.5 | 2.5 | 4 | 0 | **23** | **A** | This unit is a steep canyon landscape in the Book Cliffs with undulating canyon walls |
| 20B The Wedge | 5 | 3.5 | 3 | 4 | 1 | 5 | 0 | **21.5** | **A** | Unit is the distinctly eroded section of the San Rafael Reef called the Little Grand Canyon. |
| 28 Upper San Rafael River | 4 | 3.5 | 3.5 | 3.5 | 4 | 3 | 0 | **21.5** | **A** | River valley with sloping canyon walls. |
| 29 Black Box | 4 | 3.5 | 4.5 | 4 | 1 | 4 | 0 | **21** | **A** | San Rafael River Canyon with steep angular walls |
| 41 Horseshoe Canyon | 4.5 | 3.5 | 2.5 | 4 | 3 | 3 | 0 | **20.5** | **A** | Narrow river unit consists of a portion of Gunnison Valley, the town of Green River and initial incised canyon |
| 33 Muddy Creek | 5 | 2.5 | 0 | 5 | 3 | 4.5 | 0 | **20** | **A** | Canyon unit adjacent to WSA with wide variety of landforms |
| 34 San Rafael Reef - south | 4.5 | 2 | 0 | 4.5 | 4 | 5 | 0 | **20** | **A** | Very rugged unique landforms |
| 37B Moonshine Wash | 4 | 3 | 2.5 | 3.5 | 3 | 3.5 | 0 | **19.5** | **A** | Low to moderately high landforms adjacent to Green River |
| 3 Ford Ridge | 2.5 | 4.5 | 2 | 3.5 | 4.5 | 3 | -1 | **19** | **A** | Upper mountains, plateaus and ridges northwest of Price between Highway 6 and Scofield Reservoir |
| 18B First Cedar Mountain | 4.5 | 3 | 0 | 4.5 | 3.5 | 3.5 | 0 | **19** | **A** | Distinct mesa/buttes unit within broad sage flat |
| 27 The San Rafael Swell | 5 | 3.5 | 0 | 4 | 2.5 | 4 | 0 | **19** | **A** | Dramatic formations that are highly complex |

**Table 2 Scenic Quality Rating Summary—By Rating (Continued)**

Scenic Quality Rating Unit Summary

Price Field Office
November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 41A Keg Spring | 4 | 3.5 | 1.5 | 4 | 3 | 3 | 0 | **19** | **A** | Good variety of rolling rock and steep canyon |
| 32 Big Ridge | 3.5 | 3 | 0 | 3.5 | 5 | 3.5 | 0 | **18.5** | **A** | Sloping unit incised by drainages - slopes to muddy creek |
| 36 Goblin Valley | 4 | 2 | 0 | 4 | 4.5 | 4 | 0 | **18.5** | **A** | Unit contains Goblin Valley State Park |
| 45 Green River/Book Cliffs | 4 | 3.5 | 2.5 | 3.5 | 2 | 3 | 0 | **18.5** | **A** | Rugged landforms of the Roan and Book Cliffs with the Green River in the eastern area. Good variety of vegetation |
| 14 Black Hills | 3.5 | 3 | 2 | 3.5 | 3 | 3 | 0 | **18** | **B** | This unit has a wide variety of landforms due to the Black Hills, Castle Valley, and Sand/South Sand Bench. It also includes a portion of the San Rafael River and several secondary washes. |
| 33A Family Butte | 3.5 | 2.5 | 0 | 4 | 4.5 | 3.5 | 0 | **18** | **B** | Small valley area with prominent mesa forms that includes Family Butte |
| 15 Red Ledges | 3.5 | 3 | 2 | 4 | 3 | 2 | 0 | **17.5** | **B** | This unit is located between the Coal Cliffs and the Red Ledges; almost equally bisected by I-70. |
| 26 Last Spring | 4 | 3 | 0 | 4 | 3 | 3.5 | 0 | **17.5** | **B** | Unit has rolling hills adjacent to a valley with some juniper cover. Adjacent scenery includes the Book Cliffs. |
| 26B Shadscale Mesa | 3.5 | 2.5 | 1.5 | 3.5 | 4 | 2.5 | 0 | **17.5** | **B** | Mesa formation has steep faces with horizontal layering visible |
| 32A Hondu Country | 3.5 | 2.5 | 0 | 3.5 | 4.5 | 3.5 | 0 | **17.5** | **B** | Distinctive rugged landforms with substantial layering |
| 46 Range Creek | 4 | 4.5 | 2 | 3.5 | 0 | 3.5 | 0 | **17.5** | **B** | Range Creek valley with steep diagonal slopes and tiered exposed slopes |

**Table 2 Scenic Quality Rating Summary—By Rating (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 7A Water Hollow Benches | 3.5 | 3.5 | 3 | 2.5 | 2 | 2.5 | 0 | 17 | B | Variety of vegetation that includes juniper-pinyon pine; riparian areas along drainages with cottonwoods. |
| 24 Price River | 2 | 3 | 3 | 3 | 2.5 | 3.5 | 0 | 17 | B | Unit encompasses the Price River which is isolated within a winding river corridor |
| 4 the Book Cliffs | 4 | 3 | 1 | 3.5 | 2 | 3 | 0 | 16.5 | B | Prominent landforms enclosing the northern edge of Castle Valley. |
| 12 Molen Reef/Coal Cliffs | 3 | 3 | 2 | 3 | 3 | 3 | -0.5 | 16.5 | B | This unit is the western slope of Molen Reef/Coal Cliffs |
| 27B Buckhorn | 4.5 | 4 | 1 | 4 | 0 | 3 | 0 | 16.5 | B | Canyon unit that encompasses Buckhorn Canyon/Wash, Red Canyon and White Horse Canyon. Canyon walls are rugged and highly complex. |
| 33B Moroni Slopes | 4 | 1 | 0 | 3.5 | 4 | 4 | 0 | 16.5 | B | Uplifted rock forms with incised valleys draining southward into Salt Wash with sparse vegetation; undeveloped unit. |
| 27A San Rafael Reef | 4.5 | 1.5 | 0 | 4 | 2 | 4 | 0 | 16 | B | Unit is the distinctly tilted section of the San Rafael Reef. |
| 28A San Rafael River Bench | 3.5 | 3 | 0 | 3 | 4.5 | 2 | 0 | 16 | B | Upper terrace unit above San Rafael River, includes Mexican Mountain |
| 36C Salt Wash | 3.5 | 1 | 0 | 4 | 3.5 | 4 | 0 | 16 | B | Rounded, undulating "painted desert" type of formations in this mostly undeveloped unit. Very little vegetation. |
| 41C Bull Bottom | 4 | 1.5 | 0 | 3.5 | 3 | 4 | 0 | 16 | B | Distinctive red landform units adjacent to the Green River |
| 17 Little Black Mountains/Factory Butte | 3.5 | 3 | 0 | 3 | 3.5 | 2.5 | 0 | 15.5 | B | Unit is located in the southwestern corner of the field office and encompasses Little Black Mountain, Factory Butte, Moroni Slopes and Last Chance Gas Field. |

**Table 2 Scenic Quality Rating Summary—By Rating (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 36A Wild Horse Mesa | 4 | 1.5 | 0 | 3 | 3.5 | 3.5 | 0 | 15.5 | B | Complex, jumbled landscape in most areas. Unit encompasses Wild Horse Mesas |
| 1 Manti-La Sal | 3.5 | 3.5 | 0 | 3 | 3 | 2 | 0 | 15 | B | Somewhat rugged foothills and mountains with a good mix of vegetation and some moderate intensity color. |
| 3A Beaver Ridge | 2 | 3.5 | 2 | 3 | 4 | 1.5 | -1 | 15 | B | Angled planar slopes west of Highway 6 and Price River |
| 16 Mussentuchit Wash | 3.5 | 2 | 0 | 3.5 | 3 | 3 | 0 | 15 | B | The unit is a moderately incised mesa providing a variety of landform and lines between two flat valley areas; Blue Flats and Mussentuchit Flat. |
| 26C Dry Lake Wash | 4 | 1.5 | 0 | 4 | 3 | 2.5 | 0 | 15 | B | Flat-topped mesa and heavily jumbled rock outcrops |
| 31A Eagle Draw | 3.5 | 3 | 0 | 3 | 3.5 | 2 | 0 | 15 | B | Unit of variable landforms between western portion of the San Rafael Swell and the open terrain along I-70 |
| 36B Red Canyon | 4 | 1 | 0 | 3 | 4 | 3 | 0 | 15 | B | Undeveloped, sandy area with very little vegetation except brush and mormon tea. Variety of vertical landforms. |
| 44 Price River Canyon-South | 4 | 2 | 2.5 | 3 | 0.5 | 3 | 0 | 15 | B | Price River Canyon from Woodside to Green River |
| 23 Lucky Flats | 4 | 3 | 0 | 3.5 | 2 | 2 | 0 | 14.5 | B | This unit is located along the northwestern edge of Humbug Canyon and Wash |
| 30 Sinbad Country | 3.5 | 3.5 | 0 | 2.5 | 3 | 1.5 | 0 | 14 | B | Large unit that encompasses the Jackass Benches and large portions of Sinbad Country |
| 38A Flat Tops | 3.5 | 1.5 | 0 | 3.5 | 2.5 | 3 | 0 | 14 | B | The Big Flat Tops butte formation that is within San Rafael Desert |

## Table 2 Scenic Quality Rating Summary—By Rating (continued)

Scenic Quality Rating Unit Summary

Price Field Office
November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 41B Three Canyon | 3.5 | 2 | 0 | 3 | 3 | 2.5 | 0 | **14** | **B** | Drainage tributaries into Green River that encompass Three Canyon, Bull Hollow and is adjacent to Labyrinth Canyon |
| 43 Beckwith Plateau | 3.5 | 2 | 0 | 2.5 | 3.5 | 2.5 | 0 | **14** | **B** | Characterized by flat to rolling plateaus and mesa tops |
| 20 Chimney Rock Flats | 3 | 3 | 0 | 3 | 3 | 1.5 | 0 | **13.5** | **B** | Three mountain ranges can be viewed from areas of this unit of sloping vegetated mesa, which is located between the Red Ledges and the western and northern edges of the San Rafael Swell. |
| 37A San Rafael Desert Basin Iron Wash | 2 | 2 | 1.5 | 2.5 | 4 | 1.5 | 0 | **13.5** | **B** | Expansive sage desert unit adjacent to San Rafael Reef |
| 38 Sweetwater Reef | 3 | 3 | 0 | 3.5 | 2.5 | 1.5 | 0 | **13.5** | **B** | Low, rolling, rounded hills |
| 13 Molen Seep & Dry Wash | 3.5 | 3 | 0 | 3 | 2 | 1.5 | 0 | **13** | **B** | Unit encompasses a small landform with badland-like features that is located to the east of Molen Reef and west of The Red Ledges. |
| 19 Kimball Draw | 2.5 | 1.5 | 1.5 | 3 | 2.5 | 2 | 0 | **13** | **B** | Unit encompasses portions of The Dike and Muddy Creek in the southern portion with Devils Canyon and I-70 in the northern |
| 20C Prickly Pear Flat | 2.5 | 3 | 0 | 2 | 3 | 2.5 | 0 | **13** | **B** | Some distinctive landforms and increased vegetation at base of San Raphael swell. |
| 22 Cleveland Lloyd Dinosaur Quarry | 2 | 3 | 1 | 1.5 | 3.5 | 2 | 0 | **13** | **B** | This unit is an undulating, incised slope with several washes and flats within it |
| 25 Sugarloaf | 2.5 | 2.5 | 0 | 3 | 3 | 2 | 0 | **13** | **B** | Unit is a valley area and encompasses a portion of the Price River and Dry Mesa with view to Book Cliffs |
| 36D Factory Bench | 3 | 1 | 0 | 2 | 4 | 3 | 0 | **13** | **B** | Mostly undeveloped with low vegetation; sparse vegetation in many areas; flat to rolling with large buttes and few incised washes. |

## Table 2 Scenic Quality Rating Summary—By Rating (continued)

Scenic Quality Rating Unit Summary

Price Field Office
November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 the Western Bench | 3 | 3 | 0.5 | 2.5 | 3 | 1.5 | -1 | **12.5** | **B** | This bench is located at the base of the Wasatch/Manti La Sal National Forest escarpment; and provides a transition into Castle Valley |
| 30A McKay Flat | 2.5 | 3 | 0 | 2 | 3 | 2 | 0 | **12.5** | **B** | Open juniper flats that include some mesas which then transition to rugged formations |
| 6 the Book Cliffs Bench | 2.5 | 3 | 0 | 2 | 3.5 | 1.5 | -0.5 | **12** | **B** | This bench is located at the base of the Book Cliffs on the eastern side of Clark Valley |
| 28B Limestone Bench | 2 | 2.5 | 0 | 2 | 4 | 1.5 | 0 | **12** | **B** | Flat to rolling lowland surrounded by landforms |
| 35 Wild Horse Creek | 2.5 | 1.5 | 0 | 2.5 | 4 | 1.5 | 0 | **12** | **B** | Desert area enclosed by San Rafael Reef and Wildhorse Mesa |
| 48 Emma Park | 2 | 2 | 0 | 2.5 | 3.5 | 1.5 | 0.5 | **12** | **B** | This unit includes rolling sage and agriculture in a bench area that transitions between formations in the Book Cliffs |
| 12A Indian Canyon | 2.5 | 3 | 0 | 2 | 3 | 1 | 0 | **11.5** | **B** | Unit include exposed volcanic rock and incised drainages in soft clay soil. Higher ridges of mesa ranges are heavily vegetated with pinyon-juniper; more sage than other units. |
| 47 South Book Cliffs Bench | 2.5 | 3 | 0 | 2 | 3.5 | 1.5 | -1 | **11.5** | **B** | Bench area and the base of the Book Cliffs to include the town of Sunnyside |
| 51 Wrinkles Road | 3 | 2 | 0 | 2.5 | 2.5 | 1.5 | 0 | **11.5** | **B** | The unit includes a flat plateau above Nine Mile Canyon with faces of badland cliffs. Note the information from this unit is identical to the information for Vernal SQRU 48 |
| 17B Cathedral Valley | 2 | 2 | 0 | 2 | 4 | 1 | 0 | **11** | **C** | Rolling red hills with sparse to moderate cover of sage, grasses, and mormon tea. Unit has some isolated slick rock formations and sandstone mounds with close and adjacent views of Cathedral Valley. |
| 26D San Rafael Desert Basin - Spring Canyon | 3 | 1.5 | 0 | 2 | 2.5 | 2 | 0 | **11** | **C** | Mesas with finely textured, undulating slopes |

**Table 2 Scenic Quality Rating Summary—By Rating (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 35A Camper Spring | 2 | 2 | 0 | 2 | 4 | 1 | 0 | **11** | C | Rolling red hills with sparse to moderate cover of sage, grasses, and mormon tea. Unit has some isolated slick rock formations and sandstone mounds with close and adjacent views of Cathedral Valley. |
| 37 San Rafael Desert | 1.5 | 2.5 | 0 | 2.5 | 3 | 1.5 | 0 | **11** | C | Broad open desert that encompasses the majority of the San Rafael Desert |
| 18 Cedar Mountain/Mussentuchit Flat | 2 | 2 | 0 | 2 | 3.5 | 1 | 0 | **10.5** | C | Open, sage unit mostly flat to rolling with some mesas. |
| 18A Horse Heavens | 2 | 1.5 | 0 | 2 | 3 | 2 | 0 | **10.5** | C | Unit encompases portions of the Moroni Slopes, and includes Coral Canyon and Horse Heaven Resevoir. |
| 26A Uranium Hills | 2.5 | 1.5 | 0 | 2.5 | 2.5 | 1.5 | 0 | **10.5** | C | Unit encompasses portions of the San Rafael River along the western edge of the unit and borders the Green River on the east |
| 50 Horse Bench | 1.5 | 3 | 0 | 2 | 3 | 1.5 | -0.5 | **10.5** | C | The unit is an upper West Tavaputs Plateau area with extensive sage cover in some areas and pinyon juniper cover in others |
| 7 Clark Valley and The Price River Valley | 1 | 3 | 2 | 2 | 3 | 1 | -2 | **10** | C | Unit is a large valley that encompasses large urbanized areas |
| 20A Buckhorn Flat | 3 | 1 | 0 | 3 | 2 | 1 | 0 | **10** | C | Unit encompasses Buckhorn Flat, Buckhorn Wash and escarpments of Cedar Mountain and Little Cedar Mountain |
| 39 San Rafael Desert Transition | 2.5 | 2 | 0 | 1.5 | 2.5 | 1.5 | 0 | **10** | C | Gently rolling with some butte/mesa forms |
| 42 Hwy 6/Gunnison Valley | 2 | 1.5 | 0 | 1.5 | 3 | 1.5 | 0 | **9.5** | C | Flat to rolling valley unit at the base of Book Cliffs |
| 12B Ivie Creek Bench | 2 | 3 | 0 | 2 | 1 | 1 | 0 | **9** | C | Flat to gently rolling mesas with drainages. Variety of colors in scattered rock outcrops. Views to adjacent mountains and formations. |

**Table 2 Scenic Quality Rating Summary—By Rating (continued)**

Scenic Quality Rating Unit Summary — Price Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 17A Last Chance Desert | 1 | 1 | 0.5 | 1 | 4 | 1 | 0 | **8.5** | C | Unit is located in the southwestern corner of the field offce and encompasses portions of the Last Chance Desert. |
| 31 Upper Highway Terrace | 1.5 | 1.5 | 0 | 1.5 | 3 | 1 | 0 | **8.5** | C | Mostly gently rolling terrain with grasses and sage vegetation dominant; some juniper cover |
| 11 Hadden Hills / Oil Well Dome | 2 | 1 | 0 | 1 | 3 | 1 | 0 | **8** | C | This unit is a small, flat-topped mesa located between Castle Dale and Castle Valley |
| 21 Cedar Mountain | 2 | 1.5 | 0 | 2 | 1 | 1 | 0 | **7.5** | C | Cedar Mountain located north of Buckhorn, Chimney Rock Flats |
| 16A Blue Flats | 1 | 1 | 0 | 1 | 3 | 1 | 0 | **7** | C | Small, grassy, flat valley located at the eastern edge of Limestone Cliffs |
| 38B Texas Hill | 1 | 1.5 | 0 | 1.5 | 1 | 2 | 0 | **7** | C | Open, expansive gently rolling unit with minimal vegetation consisting mostly of sage and grasses. Colored soils do contrast with vegetation. |

Evaluators: MMeyer,JKeller,RDonigan,KWharton,JJames,CBockey,Allan,DHislop,SBauer,MTweddell,CConrad,RJensen,KIvory,DStephens,KBeagley,RSweeten




**Figure 7 Key Factor Analysis—Landform**

*This Page Intentionally Left Blank*




**Figure 8 Key Factor Analysis—Vegetation**

*This Page Intentionally Left Blank*




**Figure 9 Key Factor Analysis—Water**

*This Page Intentionally Left Blank*




**Figure 10 Key Factor Analysis—Color**

*This Page Intentionally Left Blank*




**Figure 11 Key Factor Analysis—Adjacent Scenery**

*This Page Intentionally Left Blank*




**Figure 12 Key Factor Analysis—Scarcity**

*This Page Intentionally Left Blank*




**Figure 13 Key Factor Analysis—Cultural Modifications**

*This Page Intentionally Left Blank*




**Figure 14 Scenic Quality Rating Map**

*This Page Intentionally Left Blank*

## 3.1 Introduction

The evaluation of sensitivity levels in the VRM process provides a measure and an indication of the public's concern for scenic quality. In this part of the process, public lands are assigned high, moderate, or low sensitivity levels by analyzing certain factors that contribute to the public's overall concern of an area's scenic quality. These factors, as identified in BLM Manual H-8410-1 include the following:

- **Types of Users**—Visual sensitivity will vary with the type of users. Recreational sightseers may be highly sensitive to any changes in visual quality, whereas workers who pass through the area on a regular basis may not be as sensitive to change.
- **Amount of Use**—Areas seen and used by large numbers of people are potentially more sensitive. Protection of visual values usually becomes more important as the number of viewers increase.
- **Public Interest**—Visual quality of an area may be of concern to local, state, or national groups. Indicators of this concern are usually expressed in public meetings, letters, newspaper or magazine articles, newsletters, land-use plans, etc. Public controversy created in response to proposed activities that would change the landscape character should also be considered.
- **Adjacent Land Uses**—Interrelationship with land uses in adjacent lands can affect the visual sensitivity of an area. For example, an area within the viewshed of a residential area may be very sensitive, whereas an area surrounded by commercially developed lands may not be visually sensitive.
- **Special Areas**—Management objectives for special areas such as natural areas, wilderness areas or wilderness study areas, wild and scenic rivers, scenic areas, scenic roads or trails, and ACECs frequently require special consideration for the protection of the visual values. This does not necessarily mean that these areas are scenic but rather that one of the management objectives may be to preserve the natural landscape setting. The management objectives for these areas may be used as a basis for assigning sensitivity levels.
- **Other Factors**—Other information, such as research or studies, that includes indicators of visual sensitivity should also be considered when assigning sensitivity levels to an area

Determining the overall sensitivity level of an area is a subjective process that requires careful consideration of all of the above factors by BLM staff with the detailed knowledge of the use of public lands under in their field office. Both the rating of individual factors and the relationship between factors are analyzed in determining the overall rating of an area.

## 3.2 Sensitivity Level Rating Units

According to the VRM manual there are no standard procedures for delineating sensitivity level rating units (SLRUs) because the SLRU boundaries depend on the factors driving the sensitivity consideration at the time of the inventory. The most important aspect of preparing the units is a thorough review and understanding of the sensitivity factors described above. Rating units can be based on physical attributes along with a thorough understanding of the sensitivity factors. Distance zones can play an important role in identifying the SLRU boundaries because sensitivity to change in the visual landscape can be moderated by the level of detail or visibility of a potential change. SLRUs may have the same boundaries as SQRUs; however, they could differ since the factors used to determine visual sensitivity are not the same as the factors used to determine scenic quality.

For this inventory study, sensitivity level ratings were completed by a multidisciplinary team of BLM staff and management in the field office. After reviewing the sensitivity rating process, the team discussed the general use patterns and activities on public lands in the field office's affected area and then used that information to delineate the boundaries of the rating units on a map of the affected area. Once the preliminary unit boundaries were identified, the team evaluated each unit based on the sensitivity rating factors and assigned an overall rating to the units. Unit boundaries were modified as needed, if further discussion determined that an adjustment would be a better reflection of the use of public lands and the sensitivity to change in the visual setting of a particular area. The ratings for each unit were recorded on a Sensitivity Level Rating Sheet (Form 8400-6, BLM Manual H-8410-1), and the information was entered into the geodatabase for the project.

## 3.3 Sensitivity Level Rating Summary

Figure 15depicts the rating units and the level of sensitivity identified during the rating process for the Price Field Office. The analysis area is divided into 25 sensitivity level units. One additional Sensitivity Level Rating Unit—Sand Wash—is located in the Vernal FO but is managed by the Price FO. A summary of the sensitivity rating factors for the field office is below (Table 3). More information on the rating of specific units is contained in the individual rating sheets retained in the project record.

Home to some of the best recreational opportunities and cultural resource sites in the state, the Price Field Office relies heavily upon the scenery in the analysis area and the preservation of that scenery to maintain the level of visitation that is desired. Two major transportation corridors, Interstate 70 and Highway 6, also cross through the field office increasing the level of access and sensitivity to the surrounding area. This high level of sensitivity has been recognized and has resulted in the designation of 13 ACECs; many of these being designated because of scenic, cultural, or historic sensitivities. Adding to the use and sensitivity of the area are the Manti-La Sal National Forest and Capitol Reef National Park. Therefore, lands within the analysis area that have the highest recreational usage and are most notable for sightseeing, have the highest

sensitivity levels. These include areas such as Nine Mile Canyon, Desolation Canyon, the San Rafael Reef, and Goblin Valley.

Sensitivity levels in the analysis area are generally higher in the south-central portion and around the entire northern perimeter of the field office. The remainder of the field office is fairly evenly split between moderate and low sensitivities in the north-central and southeastern portions of the field office.

The units that are identified as the most sensitive are generally units adjacent to or comprising of national forest and national park, those along the San Rafael, Price, and Green Rivers, those along I-70, and in general those that receive the most use and visitation. Because of the well-known features within the office and because of the high level of visitation, the majority of the established units are identified as being highly sensitive. In total, 13 units are highly sensitive which accounts for 58 percent of the analysis area.

Areas of moderate sensitivity generally include those areas that have a lower scenic value, receive less use, are less accessible, and in general are less well known. This also includes areas that have a moderate level of existing cultural modification that has resulted in them being less sensitive to visual change. In total, 9 units are designated moderately sensitive which accounts for 22 percent of the analysis area.

Those areas that receive very low usage, or that have a high level of existing cultural modifications are generally included in areas of low sensitivity. This includes areas that have a lower scenic quality rating and that have no significant features to attract use or visitation. Only 3 units within the field office are designated as having a low sensitivity which accounts for just 20 percent of the analysis area.




**Figure 15 Sensitivity Level Rating Units Map**

*This Page Intentionally Left Blank*

**Table 3 Sensitivity Level Rating Summary Sheet, Form 8400-6**

## Sensitivity Level Rating Unit Summary

Price Field Office

November 2011

| Unit Number | Type of Use | Amount of Use | Public Interest | Adjacent Land Uses | Special Areas | Other Factors | Overall Rating | Explanation |
|---|---|---|---|---|---|---|---|---|
| 1 San Rafael Reef | M | H | H | H | H | N/A | H | Numerous special features and attraction |
| 2 Sids Mountain Mexican Mtn. | H | H | H | H | H | N/A | H | Extensive WSAs and high recreation use |
| 3 Deso | H | M | H | L | H | N/A | H | High use areas of national significance |
| 4 Horseshoe | H | L | L | H | H | N/A | H | Cultural resources have national significance |
| 5 Capitol Reef/Cathedral | H | H | H | H | N/A | N/A | H | Adjacent to Capital Reef and popular scenic touring area |
| 6 Goblin Valley | H | H | H | M | H | N/A | H | Well known and popular destination |
| 7 Millsite | H | M | H | M | H | N/A | M | Moderate use area, State Park |
| 8 I-70 ACEC | H | H | H | H | H | N/A | H | Important for regional scenery, tourism |
| 9 Dinosaur Diamond | M | H | M | L | H | N/A | M | User: paleotourism, paved highway, local/regional motorized traffic. |
| 10 Nine Mile Backway | H | H | H | L | H | N/A | H | Well-known national to international attraction for cultural resources. |
| 11 Indian Canyon | M | H | M | L | H | N/A | M | Scenic byway that carries mostly local traffic. |
| 12 Buckhorn/Wedge | H | H | M | L | N/A | N/A | H | High level of tourism to scenic canyons. |
| 13 Cedar/CLDG | M | L | L | L | H | N/A | L | Byway but generally low use and low public interest. |
| 14 Price Valley | M | M | L | L | N/A | N/A | L | Mostly agricultural and open space setting but little recreation or other uses |
| 15 Humbug Flats | M | L | L | M | N/A | N/A | M | Generally not a high use or value area except for Green River and views of S.R. swell wilderness areas and Book Cliffs. |
| 16 Labyrinth | H | M | H | L | H | N/A | H | Visual setting important for user and the public. |
| 17 San Raphael Desert | L | L | L | M | N/A | N/A | L | Area of little use or interest |

**Table 3 Sensitivity Level Rating Summary Sheet, Form 8400-6 (continued)**

## Sensitivity Level Rating Unit Summary

Price Field Office

November 2011

| Unit Number | Type of Use | Amount of Use | Public Interest | Adjacent Land Uses | Special Areas | Other Factors | Overall Rating | Explanation |
|---|---|---|---|---|---|---|---|---|
| 18 Price, Helper, Wellington | M | H | M | L | L | N/A | M | Generally highly modified landscape with rural communities. |
| 19 Interior Swell | H | M | H | H | N/A | N/A | H | Mostly intact landscape as foreground to views from I-70 and to Interior of Swell |
| 20 Mussentuchit Flat | L | L | M | M | N/A | N/A | M | Somewhat important visual setting to San Raphael Reef |
| 21 Molen Reef and The Red Ledges | L | L | M | M | N/A | N/A | M | Unit is somewhat visually important to San Raphael Swell and local communities |
| 22 Mant-LaSal | H | M | M | H | N/A | N/A | H | Important recreation area and backdrop for local communities |
| 23 Cleveland Lloyd Dinosaur Quarry | M | M | M | L | H | N/A | M | Visual setting is part of quarry experience. |
| 24 West Book Cliffs | H | L | H | M | N/A | N/A | H | Rugged area has some back country recreation and is backdrop for Price Valley |
| 25 Price Canyon | M | L | M | L | L | N/A | M | Low use general recreation area for local population. |

Evaluators: KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

*This Page Intentionally Left Blank*

## 4.1 Introduction

The analysis of distance zones in the VRM process considers the distance from which the area is generally viewed but does not take into account every possible viewing location. According to BLM Manual H-8410-1, landscape areas are generally subdivided into three distance zones based on their relative visibility from travel routes or other observation points:

- **Foreground-middleground (fm) zone**—Areas that are seen from major highways and other primary travelways, rivers, trails, or other viewing locations that are less than 3 to 5 miles away. Management activities and proposed projects may be viewed in more detail in this zone.
- **Background (bg) zone**—Areas that are seen beyond the foreground-middleground zone to a distance of about 15 miles away. Activities and changes to the landscape in this zone would be generally less visible.
- **Seldom-seen (ss) zone**—Areas that are beyond the background zone, more than about 15 miles away from the viewing locations. Seldom seen areas also may not visible within the foreground-middleground or background zones or are generally hidden from view from those distances.

Distance-zone delineations can provide valuable information during the visual sensitivity level analysis since landscape areas that are more visible (foreground-middleground zone) to the public are more noticeable and may precipitate the public's concern for visual quality. Boundaries of the distance zones may also assist in defining the boundaries of an area's SLRUs.

Distance-zone delineations can also be valuable during the resource management planning process when adjustments to VRM classes are made to resolve resource-allocation conflicts.

## 4.2 Mapping Methodology

Using a field-office base map similar to the SQRU and SLRU base maps, primary travel routes and other potentially sensitive viewpoints such as recreation areas and scenic roads, were identified based on locations from which the general landscape would most likely be seen. Using GIS, the distance zones were offset from the routes and points at the distances indicated above. To supplement the distance zones, and address the dramatic topographical influence of views, a viewshed analysis was performed at key locations to identify what portions within each zone would be visible from the various viewing platforms.

## 4.3 Distance Zones Summary

The majority of lands within the analysis area are in the foreground-middleground zone (Figure 16). This is due to the number of routes within the field office that are major transportation corridors or that provide access to the multiple recreation areas. There are large areas that are within the background zone. These are primarily on the eastern and western edges of the field office.  Very minimal areas are within the seldom seen zone, again being on the very eastern and western fringes of the field office. These areas are generally less developed, have  fewer travel routes from which areas could be viewed, or are totally inaccessible by vehicles.

*This Page Intentionally Left Blank*




**Figure 16 Visual Distance Zones Map**

*This Page Intentionally Left Blank*

## 5.1 Introduction

The VRM system includes four VRI classes. Class I is assigned to all special areas where the current management situation requires maintaining a natural environment that is essentially unaltered by humans. Classes II, III, and IV are assigned according to combinations of scenic quality, sensitivity levels, and distance zones outlined in the BLM's visual resource inventory matrix (Figure 17).

The VRI classes were mapped by overlaying the scenic quality, sensitivity levels, and distance zones in ArcGIS. Figure 18 depicts the visual resource classes for the analysis area.

| | | **Visual Sensitivity Levels** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **High** | | | **Medium** | | | **Low** |
| **Special Areas** | | Class I | Class I | Class I | Class I | Class I | Class I | Class I |
| **Scenic Quality** | **A** | Class II | Class II | Class II | Class II | Class II | Class II | Class II |
| | **B** | Class II | Class III | Class III* / Class IV* | Class III | Class IV | Class IV | Class IV |
| | **C** | Class III | Class IV | Class IV | Class IV | Class IV | Class IV | Class IV |
| | | **f/m** | **b** | **s/s** | **f/m** | **b** | **s/s** | **s/s** |
| | | **Distance Zones** | | | | | | |

*Source*: BLM Manual H-8410-1, Illustration 11.

* If adjacent area is Class II or lower, assign Class III; if higher, assign Class IV.

* f/m = foreground/middleground, b = background, s/s = seldom seen.

**Figure 17 Visual Resource Inventory Class Matrix**

## 5.2 Price Field Office

Much of the Price Field Office analysis area, approximately 35 percent, was designated as VRI Class IV (Figure 18). These areas are generally in the north-central and southeastern portions of the office in Castle Valley, along SR-10, along Highway 6, or in the San Rafael Desert. Areas designated as Class II or Class III are generally found along the northern perimeter of the office or within the south central portion of the office comprising of the Book Cliffs and the San Rafael Swell and are often closely aligned. VRI Class II accounts for approximately 26 percent of the field office, while VRI Class III accounts for approximately 23 percent. The remaining 16 percent of the field office is designated as VRI Class I. These areas are either designated as wilderness or wilderness study areas and are therefore considered special areas. Due to the nature of the mapping and GIS overlay processing of the three elements which determine the VRI Classes (Scenic Quality, Sensitivity Levels, and Distance Zones) inconsistent overlaps and slivering may have occurred. For this reason, the final VRI Class boundaries may have been slightly modified to eliminate these inconsistencies and small VRI polygons based on the landscape and underlying management, to provide for a more functional and manageable result. The individual layers as represented in this document remain intact and unchanged.

*This Page Intentionally Left Blank*




**Figure 18 Visual Resource Inventory Map**

*This Page Intentionally Left Blank*

# 6.0 REFERENCES


Brown, D. E., ed. 1994. *Biotic Communities: Southwestern United States and Northwestern Mexico*. Salt Lake City, University of Utah Press.

US Army Corps of Engineers, Army Geospatial Center. *5.1.5 Colorado Plateau Physiographic Province*. http://www.agc.army.mil/publications/ifsar/lafinal08_01/five/5.1.5_frame.htm (accessed February 11, 2011).

US Department of the Interior, Bureau of Land Management. *Manual 8400 - Visual Resource Management. Bureau of Land Management*. http://www.blm.gov/nstc/VRM/8400.html (accessed October 1, 2010).

US Department of the Interior, Bureau of Land Management. 2008. Price Field Office. *Record of Decision and Approved Resource Management Plan*. October 2008.

US Department of the Interior, Bureau of Land Management. Price Field Office. *US Department of the Interior, Bureau of Land Management, Utah*. http://www.blm.gov/ut/st/en/fo/price.html (accessed August 31, 2011).

# Table of Contents


| | |
|---|---|
| 1, Manti-La Sal | 1 |
| 3, Ford Ridge | 3 |
| 3A, Beaver Ridge | 5 |
| 4, the Book Cliffs | 7 |
| 5, the Western Bench | 9 |
| 6, the Book Cliffs Bench | 11 |
| 7, Clark Valley and The Price River Valley | 13 |
| 7A, Water Hollow Benches | 15 |
| 11, Hadden Hills / Oil Well Dome | 17 |
| 12, Molen Reef/Coal Cliffs | 19 |
| 12B, Ivie Creek Bench | 21 |
| 12A, Indian Canyon | 23 |
| 13, Molen Seep & Dry Wash | 25 |
| 14, Black Hills | 27 |
| 15, Red Ledges | 29 |
| 16, Mussentuchit Wash | 31 |
| 16A, Blue Flats | 33 |
| 17, Little Black Mountains/Factory Butte | 35 |
| 17A, Last Chance Desert | 37 |
| 17B, Cathedral Valley | 39 |
| 18, Cedar Mountain/Mussentuchit Flat | 41 |
| 18A, Horse Heavens | 43 |
| 18B, First Cedar Mountain | 45 |
| 19, Kimball Draw | 47 |
| 20, Chimney Rock Flats | 49 |
| 20A, Buckhorn Flat | 51 |
| 20B, The Wedge | 53 |
| 20C, Prickly Pear Flat | 55 |
| 21, Cedar Mountain | 57 |
| 22, Cleveland Lloyd Dinosaur Quarry | 59 |
| 23, Lucky Flats | 61 |
| 24, Price River | 63 |
| 25, Sugarloaf | 65 |
| 26, Last Spring | 67 |
| 26A, Uranium Hills | 69 |
| 26B, Shadscale Mesa | 71 |
| 26C, Dry Lake Wash | 73 |
| 26D, San Rafael Desert Basin - Spring Canyon | 75 |
| 27, The San Rafael Swell | 77 |
| 27A, San Rafael Reef | 79 |
| 27B, Buckhorn | 81 |
| 28, Upper San Rafael River | 83 |
| 28A, San Rafael River Bench | 85 |
| 28B, Limestone Bench | 87 |
| 29, Black Box | 89 |
| 30, Sinbad Country | 91 |
| 30A, McKay Flat | 93 |
| 31, Upper Highway Terrace | 95 |
| 31A, Eagle Draw | 97 |
| 32, Big Ridge | 99 |
| 32A, Hondu Country | 101 |
| 33, Muddy Creek | 103 |
| 33A, Family Butte | 105 |
| 33B, Moroni Slopes | 107 |
| 34, San Rafael Reef - south | 109 |
| 35, Wild Horse Creek | 111 |
| 35A, Camper Spring | 113 |
| 36, Goblin Valley | 115 |
| 36A, Wild Horse Mesa | 117 |
| 36B, Red Canyon | 119 |
| 36C, Salt Wash | 121 |
| 36D, Factory Bench | 123 |
| 37, San Rafael Desert | 125 |
| 37A, San Rafael Desert Basin Iron Wash | 127 |
| 37B, Moonshine Wash | 129 |
| 38, Sweetwater Reef | 131 |
| 38A, Flat Tops | 133 |
| 38B, Texas Hill | 135 |
| 39, San Rafael Desert Transition | 137 |
| 41, Horseshoe Canyon | 139 |
| 41A, Keg Spring | 141 |
| 41B, Three Canyon | 143 |
| 41C, Bull Bottom | 145 |
| 42, Hwy 6/Gunnison Valley | 147 |
| 43, Beckwith Plateau | 149 |
| 44, Price River Canyon-South | 151 |
| 45, Green River/Book Cliffs | 153 |
| 46, Range Creek | 155 |
| 47, South Book Cliffs Bench | 157 |
| 48, Emma Park | 159 |
| 49, Jack Canyon WSA | 161 |
| 50, Horse Bench | 163 |
| 51, Wrinkles Road | 165 |

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Steep, angled slopes, rolling foothills, pyramidal, conical, some mesas | some rounded,vertical but mostly indistinct | N/A |
| LINE | irregular, curved, horizontal, undulating | irregular at patch edges, indistinct | N/A |
| COLOR | gray, buff, tan, some red, not much exposed in many areas | dark green pinyon/juniper and evergreens, some gray sage in lower areas | N/A |
| TEXTURE | medium to coarse | Fine to coarse, patchy and stippled in some areas | N/A |

## Narrative

Unit encompasses the foothils and mountain landforms of the east side of the Manti-La Sal National Forest. BLM land is minimal and generally located on the lower slopes.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Range of forms from steep angled slopes to some mesa forms and rolling foothills |
| VEGETATION | 3.5 | Good mix on pinyon/juniper on lower slopes with evergreens and some deciduous species at higher elevations |
| WATER | 0 | None present |
| COLOR | 3 | Some variety of landforms and vegetation color with moderate intensity |
| ADJACENT SCENERY | 3 | Views of Book Cliffs and San Raphael swell add to visual setting from some locations |
| SCARCITY | 2 | Foothills and moderate scale mountain forms somewhat common in Colorado Plateau. |
| CULTURAL MODIFICATION | 0 | Some features present but generally not distracting |
| TOTAL | 15 | SCENIC QUALITY RATING = B |

### Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #1**
**Manti-La Sal**

Date: 6/9/2011

Field Office: Price

Evaluators: Mmeyer, Rdonigan, Jkeller

**Scenic Quality Rating Unit Detail Map** SQRU # 1




**Detail Location Map**



## Photos

**IOP #1**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #2**



Form 8400-1

## Scenic Quality Rating Unit #3
## Ford Ridge

Date: 9/27/2011

Field Office: Price

Evaluators: RDonigan, APerry

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rounded, pyramidal and elongated higher hills, gentle to steep, planar angled forms, some exposed rock | Amorphous, directional groupings | Narrow vertical towers, rectangular, circular |
| LINE | Low to steep diagonal, horizontal, undulating, some vertical | Irregular, diagonal, directional, repetitive, definite | Vertical, horizontal |
| COLOR | Grey, buff | Yellow, red, orange, straw, bright green, dark green, grey green | White, grey, silver |
| TEXTURE | Generally smooth, some moderate at exposed slopes | Variable, smooth to patchy to dense | Smooth, grouped |

## Narrative

Includes numerous finger ridges and drainages that flow to Scofield Reservoir or the Price River canyon. Landforms are generally large but gently sloping with steeper slopes in drainages and river canyon.

Vegetation is very diverse including sage, oak, fir, aspen, maple, cotonwood; vegetation color was very vibrant and dramatic.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Massive and grand, but generally gentle with little exposed rock features |
| VEGETATION | 4.5 | Very diverse and striking with fall colors |
| WATER | 2 | Within canyon, Price River is a dominant feature but not characteristic of entire unit |
| COLOR | 3.5 | Vegetation color very vibrant now, but due to fall colors |
| ADJACENT SCENERY | 4.5 | Views in all directions to Scofield Reservoir, National Forest, Book Cliffs, Castle Valley |
| SCARCITY | 3 | Very distinctive but similar to other higher elevation hills |
| CULTURAL MODIFICATION | -1 | Communication site and Highway 6 prominent features that are somewhat discordant |
| TOTAL | 19 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

IOP #136



Scenic Quality Rating Unit Detail Map SQRU # 3




Detail Location Map



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #138**



Form 8400-1

## Scenic Quality Rating Unit #3A Beaver Ridge

Date: 10/11/2011

Field Office: Price

Evaluators: RDonigan

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Elongated rounded fingers, large planar faces, some exposed rock | Amorphous, directional groupings | Geometric |
| LINE | Low diagonal, horizontal, undulating | Irregular, directional, repetitive, definite | Vertical, horizontal, diagonal, curvilinear |
| COLOR | Grey, buff | Predominantly grey sage, patches of dark green, yellow, orange, red, and bright green | Brown, grey |
| TEXTURE | Smooth | Variable, smooth to patchy to dense | Scattered |

## Narrative

Angled planar slopes west of Highway 6 and Price River. Vegetation is predominantly sage with stands of aspen, evergreens, maples and oak on slopes and in drainages. Unit is at northern edge of Price Field Office and runs into the Salt Lake Field Office.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Low angled slopes |
| VEGETATION | 3.5 | Predominantly sage, but large groupings of other types |
| WATER | 2 | Within canyon Price River is dominant but not characteristic of unit as a whole |
| COLOR | 3 | Patches of vibrant color due to season |
| ADJACENT SCENERY | 4 | Great views to the north and east of Highway 6 and Reservation Ridge |
| SCARCITY | 1.5 | Interesting but common |
| CULTURAL MODIFICATION | -1 | Highway 6, railroad tracks, power lines |
| TOTAL | 15 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 3A




**Detail Location Map**



## Photos

**IOP #137**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #145**



Form 8400-1

**Scenic Quality Rating Unit #4 the Book Cliffs**

Date: 6/9/2011

Field Office: Price

Evaluators: 6/9: MMeyer, KWharton, Allan (BLM), Don S. (BLM) 3/39: RDonigan, JKeller, JJames, MTweddell

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Vertical, triangular, trapezoidal, blocky, bold faces | Indistinct/amorphous, low stature, rounded | No structures visible; not applicable |
| LINE | Vertical, horizontal, angled, irregular faces | Horizontal and angular on landform edges; indistinct | No structures visible; not applicable |
| COLOR | Beige, orange, buff/tan, light tan, grey faces | Gray sage, dark green | No structures visible; not applicable |
| TEXTURE | Rough, rugged faces | Fine, stippled, dense to medium | No structures visible; not applicable |

## Narrative

The unit includes the Book Cliffs along the northern edge of Castle Valley. A short piece of the Price River runs through it along Highway 6. Landforms and colors very prominent from the valley and can be seen from a long distance.

Vegetation may be more divers further back into the unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Prominent landform with steep faces, color striations |
| VEGETATION | 3 | Appears to be predominantly pinyon/juniper on slopes, but may vary more further back into the unit |
| WATER | 1 | Price River cuts through, not a dominant element of unit |
| COLOR | 3.5 | Good contrast between landform color (buff, red) and evergreen cover |
| ADJACENT SCENERY | 2 | Further back in may be enclosed, but from edges will see entirety of Castle Valley and other surrounding mountains |
| SCARCITY | 3 | Very distinctive though similar |
| CULTURAL MODIFICATION | 0 | Nothing that detracts |
| TOTAL | 16.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 4




**Detail Location Map**



## Photos

**IOP #3**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #4**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Trapezoidal, sloping, pyramidal buttes, undulating sloping valleys with braided ridges, flat-top mesas with steep slopes | Moderate, rounded, pinyon juniper, definite, amorphous | Cylindrical, vertical, square |
| LINE | Horizontal, vertical, irregular, curving, diagonal | Directional, broken diagonal | Verticial, horizontal |
| COLOR | Buff, tan, grey, dark grey (mancos shale) | Dark green, light green, grey, buff | Beige, grey, dark green, light green, white |
| TEXTURE | Moderate, fine smooth slopes | Clumping scattered patchy, dotted | Varies |

## Narrative

Large expansive bench unit that is made up of numerous smaller benches and drainages. Oil and gas development and a large power plant are prominent features on the landscape. Vegetation is minimal and consists primarily of sage and juniper.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3 | Pinnacles, escarpments |
| VEGETATION | 3 | Two major types |
| WATER | 0.5 | Seasonal flows |
| COLOR | 2.5 | Contrast between soil and vegetation |
| ADJACENT SCENERY | 3 | Manti and Bookcliffs |
| SCARCITY | 1.5 | Pretty common |
| CULTURAL MODIFICATION | -1 | Gas and oil; power plant; coal |
| TOTAL | 12.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #5**
**the Western Bench**

Date: 3/30/2011

Field Office: Price

Evaluators: JKeller, JJames, RJenson, DHislop, SBauer, RDonigan

**Scenic Quality Rating Unit Detail Map** SQRU # 5




**Detail Location Map**



## Photos

**IOP #5**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #6**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Definite, pyramidal benches on sloping grade; flat valleys. | Indistinct, rounded low stature, patchy, irregular | Definite, rectangular/ square |
| LINE | Horizontal, angled, definite. | Indistinct, irregular edges | Vertical, horizontal |
| COLOR | Tan, buff, grey | Grey-sage, dark green-juniper, greasewood | White, grey, brown, green |
| TEXTURE | Medium benches; fine-slope | Medium - consistent, rough, fine, patchy | Varies |

## Narrative

Unit consists of bench area located at the base of the Book Cliffs north of Price and Wellington. Vegetation consists of grasses and sage with pinyon and juniper . Oil and gas development is visible but scattered in unit.

Landscape is laced with numerous roads and evidence of heavy recreation use.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Variety of shapes, lines and color |
| VEGETATION | 3 | One to two major types, variety |
| WATER | 0 | No water visible |
| COLOR | 2 | Muted two-color (tan/green) |
| ADJACENT SCENERY | 3.5 | Bookcliffs escarpments enhances |
| SCARCITY | 1.5 | Common in region |
| CULTURAL MODIFICATION | -0.5 | Oil/gas structures, isolated |
| TOTAL | 12 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #6 the Book Cliffs Bench**

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell, RJenson

**Scenic Quality Rating Unit Detail Map** SQRU # 6




**Detail Location Map**




## Photos

**IOP #7**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #8**



Form 8400-1

**Scenic Quality Rating Unit #7**
**Clark Valley and The Price River Valley**

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat, rolling, simple, rounded flat top isolated mesas, irregular; trapezoidal | Indistinct, spare, low | Rectangular, vertical |
| LINE | Irregular, horizontal undulating simple | Non-existent, except for river | Horizontal, vertical, angular |
| COLOR | Tan, grey, buff, yellow | Seasonal-grey - mostly grey year round, red/pink | White, tan, black, reds, blues, etc. |
| TEXTURE | Smooth/fine, medium | Fine, smooth, scattered/ consistent | Varies |

## Narrative

Unit is a large valley that encompasses large urbanized areas such as Price, Castle Dale and Wellington. Vegetation consists of sage and grasses, with numerous drainages that provide some riparian influence.

Numerous aricultural fields and cultural modifications such as power plants and oil and gas development are visible.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 1 | Few to no interesting features |
| VEGETATION | 3 | Riparian |
| WATER | 2 | Rivers are noticeable |
| COLOR | 2 | Season color in vegetation |
| ADJACENT SCENERY | 3 | Mountains |
| SCARCITY | 1 | Very common |
| CULTURAL MODIFICATION | -2 | Coal plants/load-outs, cities, oil and gas |
| TOTAL | 10 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 7




IOP Field Office Rating Unit 0 10 20 Miles

**Detail Location Map**



## Photos

**IOP #10**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #11**



**IOP #9**



Form 8400-1

## Scenic Quality Rating Unit #7A Water Hollow Benches

Date: 5/6/2011

Field Office: Price

Evaluators: JKeller, VPfeiffer, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Steep escarpments/slopes; lower, rounded slopes, trapezoidal, flat-topped mesas; slightly sloping flat; serpentine wash | Amorphic, irregular associated with landform; low, short shrubs/grass; rounded trees; indistinct (grass flat); vertical (cottonwoods) | Minimal structures visible; not applicable |
| LINE | Horizontal, diagonal, broken, converging | Horizontal; irregular, amorphic, serpentine | Minimal structures visible; not applicable |
| COLOR | Beige, tan, cream, light red, grey, orange/yellow, white | Dark green, light/yellow green, grey, tan, green, grey green | Minimal structures visible; not applicable |
| TEXTURE | Smooth, moderate | Scattered, stippled, clustered | Minimal structures visible; not applicable |

## Narrative

Variety of vegetation that includes juniper-pinyon pine; riparian areas along drainages with cottonwoods; incised drainages in soft clay soil; igneous/volcanic rock-scattered throughout.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Wide variety-creeks, escarpments, monument-type forms |
| VEGETATION | 3.5 | Wide variety-riparian to pinyon-juniper to grasslands |
| WATER | 3 | Small drainages, mountain creeks |
| COLOR | 2.5 | Landform has subtle variety in color; but good contrast with vegetation |
| ADJACENT SCENERY | 2 | Views to Fishlake National Forest in some areas |
| SCARCITY | 2.5 | Interesting but not distinctive; common within the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 17 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 7A




**Detail Location Map**



## Photos

**IOP #160**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #161**



**IOP #162**



Form 8400-1

## Scenic Quality Rating Unit #11
## Hadden Hills / Oil Well Dome

Date: 3/30/2011

Field Office: Price

Evaluators: JKeller, JJames, RJenson, DHislop, SBauer, RDonigan

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat-top mesa with escarpment edges on southeast side; sloping on west side | Indistinct, low | No structures visible; not applicable |
| LINE | Horizontal, slightly slowing angle, vertical converging angles at base of escarpment | Non-existent | No structures visible; not applicable |
| COLOR | Beige, light to dark grey, buff | Grey, yellow, tan, green | No structures visible; not applicable |
| TEXTURE | Fine, smooth- slope and top; escarpment-rugged | Fine, smooth, scattered, medium | No structures visible; not applicable |

## Narrative

Unit encompasses Hadden Hills and portions of Cottonwood Creek. The unit is a small flat-topped mesa with Castle Valley to the west and the Black Hills to the east. Unit has minimal vegetation on escarpment faces.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Escarpments add interest |
| VEGETATION | 1 | Very little vegetation - no contrast |
| WATER | 0 | Present but not noticeable |
| COLOR | 1 | No variation |
| ADJACENT SCENERY | 3 | Mountains |
| SCARCITY | 1 | Fairly common |
| CULTURAL MODIFICATION | 0 | None to very little modifications |
| TOTAL | 8 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 11




**Detail Location Map**




## Photos

**IOP #12**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #13**



Form 8400-1

## Scenic Quality Rating Unit #12
## Molen Reef/Coal Cliffs

Date: 3/31/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, SBauer, CConrad

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Slightly sloping with some vertical escarpments that are laterally blocky, rounded edges, rolling, pyramidal talus | Definite, dense on top | No structures visible; not applicable |
| LINE | Horizontal, diagonal, vertical | Irregular with juniper edge; directional, serpentine with creek | No structures visible; not applicable |
| COLOR | Tan, grey, buff, reddish brown. Black/dark grey | Dark green, light green, grey, buff | No structures visible; not applicable |
| TEXTURE | Fine/smooth with some rock outcroppings (fractured, flat rock). | Stippled on slopes and scattered; clumping/ clustered vertical | No structures visible; not applicable |

## Narrative

Unit encompasses the western slope of Molen Reef/Coal Cliffs to include Dog Valley Wash. A variety of vegetation to include Sagebrush , Indian rice grass, rye (salina), greasewood, russian wild rye. Junipers on top with some isolated scatters on slopes.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3 | Majority of unit is slighted tilted slope with some canyons and outcroppings with steeper slopes and features |
| VEGETATION | 3 | Variety (riparian) |
| WATER | 2 | Muddy Creek, not dominant |
| COLOR | 3 | Variety along I-70 in soils |
| ADJACENT SCENERY | 3 | Mountains |
| SCARCITY | 3 | Distinctive, but similar |
| CULTURAL MODIFICATION | -0.5 | Small isolated features (trailers, mine tailings) |
| TOTAL | 16.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

### Scenic Quality Rating Unit Detail Map SQRU # 12




### Detail Location Map



## Photos

**IOP #14**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #154**



**IOP #155**



Form 8400-1

## Scenic Quality Rating Unit #12B
## Ivie Creek Bench

**Date:** 5/6/2011

**Field Office:** Price

**Evaluators:** JKeller, VPfeiffer, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat, slightly sloping, short, flat-top mesas, sloping mesas, dissected drainages | Low, short shrubs and grasses; rounded trees | Minimal structures visible; not applicable |
| LINE | Horizontal, diagonal, directional, soft-angular drainages; converging | Horizontal, diagonal associated with landform | Minimal structures visible; not applicable |
| COLOR | Tan, black/dark brown rock, light grey | Tan, green, dark green, grey, light/yellow green | Minimal structures visible; not applicable |
| TEXTURE | Smooth (flat), moderate, continuous (mesas, drainages) | Smooth/fine to moderate; clustered, scattered, stippled | Minimal structures visible; not applicable |

## Narrative

Flat to gently rolling mesas with drainages. Variety of colors in scattered rock outcrops. Views to adjacent mountains and formations.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Mostly flat with some low/gentle mesas |
| VEGETATION | 3 | Pinyon-juniper and shrub/grass blends; intersting patterns on mesa tops/slopes |
| WATER | 0 | No water visible |
| COLOR | 2 | Muted tones of soil contrast with dark green of pinyon-juniper |
| ADJACENT SCENERY | 1 | Taller mesas add some interest |
| SCARCITY | 1 | Really common on the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 9 | SCENIC QUALITY RATING = C |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 12B




**Detail Location Map**




## Photos

**IOP #152**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #12A Indian Canyon

Date: 5/6/2011

Field Office: Price

Evaluators: JKeller, VPfeiffer, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Distinct, smooth, sloping, moderate; somewhat complex, flat, smooth, simple, basin; block short escarpment | Low, short mostly grasses; rounded trees; irregular, amorphic | Minimal structures visible; not applicable |
| LINE | Irregular, diagonal, converging, horizontal | Irregular, amorphic, converging, diagonal associated with landform | Minimal structures visible; not applicable |
| COLOR | Greys, tan, cream, dark grey/brown rock, light orange | Dark green, tan, light green, grey green | Minimal structures visible; not applicable |
| TEXTURE | Smooth, fine to moderate, medium, contrasting, directional | Smooth to moderate, patchy, stippled, scattered | Minimal structures visible; not applicable |

## Narrative

Volcanic rock; incised drainages in soft clay soil. Higher ridges of mesa ranges are heavily vegetated with pinyon-juniper; more sage than other units.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Ridges, mesas, escarpments - not dominant, subtle colors |
| VEGETATION | 3 | Pinyon-juniper and grass/shrub blend contrast |
| WATER | 0 | No water visible |
| COLOR | 2 | Muted soil colors with contrast of pinyon-juniper |
| ADJACENT SCENERY | 3 | Fishlake Forest to south and west and north |
| SCARCITY | 1 | Fairly common on the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 11.5 | SCENIC QUALITY RATING = B |

### Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 12A




Detail Location Map



## Photos

IOP #151



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #13
## Molen Seep & Dry Wash

Date: 3/31/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, SBauer

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Tilted, low angle with rock outcroppings; flat valley, vertical cliff faces | Definite, irregular | No structures visible; not applicable |
| LINE | Low angled, vertical, little horizontal | Diagonal related to landform | No structures visible; not applicable |
| COLOR | Buffs, greys, dark brown, reds, maroon | Dark green, buff grey | No structures visible; not applicable |
| TEXTURE | Medium | Medium - dense in areas, stippled in others | No structures visible; not applicable |

## Narrative

Unit encompasses a small landform with badland-like features that is located to the east of Molen Reef and west of The Red Ledges. This unit provides a variety of landforms with pinyon/juniper vegetation

Molen Seep wash runs east to west with Red Hole Draw from the east.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Rolling to flat valley with steep cliffs and escarpments on west edge, a lot of variety, broken, badland features |
| VEGETATION | 3 | Two major types |
| WATER | 0 | No water visible |
| COLOR | 3 | Variety in soil color, contrasts with juniper vegetation |
| ADJACENT SCENERY | 2 | No views of mountains because of cliffs, views east towards San Rafael Swell |
| SCARCITY | 1.5 | Fairly common |
| CULTURAL MODIFICATION | 0 | Absent to minimal |
| TOTAL | 13 | SCENIC QUALITY RATING = B |

### Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 13




**Detail Location Map**




## Photos

**IOP #15**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #156**



**IOP #16**



Form 8400-1

## Scenic Quality Rating Unit #14
## Black Hills

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell, RJenson, DHislop, SBauer

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Bold, prominent, sheer vertical escarpment flat-top, angular slopes at bottom, striated rock outcroppings, pyramidal at bottom | Indistinct, minimal only on upper levels | No structures visible; not applicable |
| LINE | Horizontal, vertical, diagonal | Horizontal/directional with landform | No structures visible; not applicable |
| COLOR | Monotone red (muted), light grey at top | Grey with little green at bottom | No structures visible; not applicable |
| TEXTURE | Smooth slopes, medium lateral layers | Fine, stippled | No structures visible; not applicable |

## Narrative

Unit encompasses South Sand bench with rolling, undulating, convex mounds with isolated rock outcrops. Colors are striking and consist of grey, purple, tan/beige. The San Rafel River bisects the northern portion of the unit.

Vegetation is sparse to indistinct. Juniper; buckwheat, salt bush.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | A lot of variety |
| VEGETATION | 3 | Riparian in areas |
| WATER | 2 | San Rafael River |
| COLOR | 3.5 | Variety, contrasting, vivid in areas |
| ADJACENT SCENERY | 3 | Mountains |
| SCARCITY | 3 | Distinctive |
| CULTURAL MODIFICATION | 0 | Absent structures |
| TOTAL | 18 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 14




**Detail Location Map**



## Photos

**IOP #18**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #19**



Form 8400-1

## Scenic Quality Rating Unit #15
## Red Ledges

Date: 3/31/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, SBauer, CConrad

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to rolling; escarpments, badlands | Sparse with some juniper | No structures visible; not applicable |
| LINE | Horizontal, sloping, diagonal, vertical | Indistinct/non-existent | No structures visible; not applicable |
| COLOR | Pale orange, buff, white, red, blue/grey, dark brown | Dark green, grey | No structures visible; not applicable |
| TEXTURE | Smooth with some medium (rock outcroppings), rough escarpments | Scattered, stippled | No structures visible; not applicable |

## Narrative

Unit encompasses The Red Ledges and Red Valley, with the Coal Cliffs to the west and the San Rafel Swell to the east. Small drainages bisect the unit. I-70 splits the unit in the area of Red Valley.

Vegetation is minimal and consists mostly of Pinyon Juniper, grasses and sage.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Large variety contained within one unit |
| VEGETATION | 3 | Pinyon, juniper, shrub, grass |
| WATER | 2 | Muddy Creek but not dominant |
| COLOR | 4 | Large variety of colors |
| ADJACENT SCENERY | 3 | Manti Mountain |
| SCARCITY | 2 | Somewhat distinctive, but common in region |
| CULTURAL MODIFICATION | 0 | Absent for the most part |
| TOTAL | 17.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #157**



**Scenic Quality Rating Unit Detail Map** SQRU # 15




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #20**



**IOP #21**



Form 8400-1

## Scenic Quality Rating Unit #16 Mussentuchit Wash

Date: 4/1/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, CConrad

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat-top mesa, rounded pyramidal/conical, some red escarpments | Indistinct, sparse, irregular | No structures visible; not applicable |
| LINE | Horizontal, diagonal, broken, irregular, vertical | Non-existent | No structures visible; not applicable |
| COLOR | Grey, buff, purple (muted), reddish, whitish, black (volcanic thru floods) | Dark green, buff, grey | No structures visible; not applicable |
| TEXTURE | Smooth, moderate, some rock outcroppings | Scattered, stippled | No structures visible; not applicable |

## Narrative

Unit encompasses Twin Peaks and Mussentuchit Wash. Some isolated juniper on top slopes with remaining vegetation being minimal to indistinct. Willow Springs is adjacent to the unit to the north.

The unit is a moderately incised mesa providing a variety of landform and lines between two flat valley areas; Blue Flats and Mussentuchit Flat.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Good variety in forms, lines, shapes |
| VEGETATION | 2 | Very little variety and indistinct |
| WATER | 0 | Absent |
| COLOR | 3.5 | Some intensity and wide variety of soil and rock colors that are contrasting |
| ADJACENT SCENERY | 3 | Mountains to the east and west |
| SCARCITY | 3 | Distinctive but fairly common in region |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 15 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 16




IOP Field Office Rating Unit 0 1.5 3 Miles

**Detail Location Map**



## Photos

**IOP #22**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #23**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat, some slight undulation | Non-descript, indistinct | No structures visible; not applicable |
| LINE | Horizontal, irregular line of erosion | Non-existent | No structures visible; not applicable |
| COLOR | Buff, grey, light green | Reddish, light green, buff, grey | No structures visible; not applicable |
| TEXTURE | Fine, smooth, uniform | Fine, smooth matte | No structures visible; not applicable |

## Narrative

Unit encompasses Blue Flats a small grassland valley area located at the eastern edge of the Limestone Cliffs. Rock Canyon is adjacent to the unit to the west. Vegetation is minimal to indistinct.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 1 | Flat valley bottom area |
| VEGETATION | 1 | Most grasses, indistinct variety |
| WATER | 0 | Absent |
| COLOR | 1 | Mostly monotone grass color |
| ADJACENT SCENERY | 3 | Mountains |
| SCARCITY | 1 | Pretty common grassland in region |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 7 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #16A**
**Blue Flats**

Date: 4/1/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, CConrad

**Scenic Quality Rating Unit Detail Map** SQRU # 16A




**Detail Location Map**




## Photos

**IOP #24**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat-top mesa, conical, sloping talus bottom, escarpments (some) undulating top | Amorphous | No structures visible; not applicable |
| LINE | Horizontal, vertical, diagonal, irregular | Directional | No structures visible; not applicable |
| COLOR | Reds, monotone, black (volcanic rock), dary grey/ black, light grey/whitish | Grey, buff, light green | No structures visible; not applicable |
| TEXTURE | Smooth slopes, moderate escarpments | Fine, smooth, scattered, stippled | No structures visible; not applicable |

## Narrative

Unit is located in the southwestern corner of the field office and encompasses Little Black Mountain, Factory Butte, Moroni Slopes and Last Chance Gas Field. Vegetation is scattered with isolated juniperes on higher slopes.

Units has high vertivcal relief in some areas with cliff faces in rich reds.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Variety of slopes, forms and lines |
| VEGETATION | 3 | Two major types |
| WATER | 0 | Absent |
| COLOR | 3 | White and red |
| ADJACENT SCENERY | 3.5 | Manti Mountains/Capitol Reef/erosional patterns of adjacent units |
| SCARCITY | 2.5 | Somewhat distinctive, but common in region |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 15.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #17**
**Little Black Mountains/Factory Butte**

Date: 4/1/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, CConrad

**Scenic Quality Rating Unit Detail Map** SQRU # 17




IOP Field Office Rating Unit 0 1.5 3 Miles

**Detail Location Map**



## Photos

**IOP #25**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #26**



Form 8400-1

## Scenic Quality Rating Unit #17A
## Last Chance Desert

**Date:** 4/1/2011

**Field Office:** Price

**Evaluators:** RDonigan, JKeller, JJames, CConrad

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat, slightly sloping | Non-descript, indistinct | No structures visible; not applicable |
| LINE | Horizontal, very gentle angle | Non-existent | No structures visible; not applicable |
| COLOR | Reddish, monotone | Grey, buff, red, light green | No structures visible; not applicable |
| TEXTURE | Fine, smooth | Fine, smooth | No structures visible; not applicable |

## Narrative

Unit is located in the southwestern corner of the field offce and encompasses portions of the Last Chance Desert, Rock Springs Bench and Capitol Reef National Park. Unit is predominately flat with minimal vegetation types, most common are grasses.

Views to the west includes the Limestone Cliffs and Capitol Reef National Park.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 1 | Flat, valley bottom |
| VEGETATION | 1 | Grassland, indistinct variety |
| WATER | 0.5 | A couple desert washes |
| COLOR | 1 | Monotone grass color, little contrast |
| ADJACENT SCENERY | 4 | Snow-capped mountains, red “Monument Valley” |
| SCARCITY | 1 | Really common in region |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 8.5 | SCENIC QUALITY RATING = C |

**Scenic Quality Classification**

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

## Photos

**IOP #27**



Scenic Quality Rating Unit Detail Map SQRU # 17A




Detail Location Map



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #28**



Form 8400-1

## Scenic Quality Rating Unit #17B Cathedral Valley

Date: 5/4/2011

Field Office: Price

Evaluators: MMeyer, CBockey, MJeffs, DWorthington, RSweeten, KWharton

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Conical, rolling hills | Rounded, indistinct massing | Minimal structures visible; not applicable |
| LINE | Horizontal, curved, undulating | Indistinct | Minimal structures visible; not applicable |
| COLOR | Red, tan/buff | Dark green-mormon tea; grey sage, straw/yellow grasses | Minimal structures visible; not applicable |
| TEXTURE | Smooth to medium | High stippled, sparse | Minimal structures visible; not applicable |

## Narrative

Rolling red hills with sparse to moderate cover of sage, grasses, and mormon tea. Unit has some isolated slick rock formations and sandstone mounds with close and adjacent views of Cathedral Valley.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Rolling hills, some isolated forms and volcanic dikes |
| VEGETATION | 2 | Mix of sage and grasses, mormon tea in some areas |
| WATER | 0 | No water visible |
| COLOR | 2 | Reddish soils have some contrast with vegetation |
| ADJACENT SCENERY | 4 | Capitol Reef, Henry Mountains strongly enhance unit |
| SCARCITY | 1 | Sage, grassland areas common in Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 11 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 17B




Detail Location Map



## Photos

IOP #150



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #18
## Cedar Mountain/Mussentuchit Flat

Date: 4/1/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, CConrad, MMeyer, CBockey, RSweeten, DHislop, KBeagley

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, undulating low land; talus slopes-conical. Badlands-like formations, dissected; flat, Mesa Trapezoidal, lumpy slick rock | Irregular; indistinct, sound rounded | No structures visible; not applicable |
| LINE | Horizontal, irregular, vertical, diagonal, directional, parallel. Convex/concave; horizontal, angles, some undulation | Indistinct to directional with landform | No structures visible; not applicable |
| COLOR | Red, grey, black, light grey/whitish; red/orange, tan, buff | Green, grey, buff; dark green juniper, grey/green mormon tea | No structures visible; not applicable |
| TEXTURE | Smooth slopes to moderate tops and verticals random; smooth to medium | Scattered, stippled; sparse, some fine | No structures visible; not applicable |

## Narrative

Unit encompasses Mussentuchit Flat and is predominately an open, mostly flat to rolling sage unit with some isolated mesas, but are generally small compared to surronding units.

Juniper can be found in some areas and is usually widely scattered and contrasts with the red to tan/buff colors of the landforms. Slaughter Slopes and Cedar Mountain are visible to the east.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Somewhat flat to slightly rolling - some isolated forms |
| VEGETATION | 2 | Minimal variety - some scattered juniper |
| WATER | 0 | No water visible |
| COLOR | 2 | Mostly grey with some red and buff/tan |
| ADJACENT SCENERY | 3.5 | Good influence from adjacent buttes and more distant area such as the Henrys |
| SCARCITY | 1 | Very common landscape in the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 10.5 | SCENIC QUALITY RATING = C |

**Scenic Quality Classification**

- **A** = 19 or more
- **B** = 12-18
- **C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 18




**Detail Location Map**




## Photos

**IOP #29**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #30**



**IOP #31**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Distinct rolling hills, rounded | Indistinct | No structures visible; not applicable |
| LINE | Undulating, curves, some horizontal | Indistinct | No structures visible; not applicable |
| COLOR | Tan, buff, little exposed | Grey sage, straw yellow grasses, dark green-juniper | No structures visible; not applicable |
| TEXTURE | Medium, some smooth | Fine, stippled, sparse in some areas | No structures visible; not applicable |

## Narrative

Unit encompases portions of the Moroni Slopes, and includes Coral Canyon and Horse Heaven Resevoir. Numerous water catchments are scattered in the unit. Landforms are rolling hills covered with sage, grasses with some scattered juniper.

Broad vistas from high points include views to the Henry Mountains, but typically views are enclosed within unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Consistent rolling hills |
| VEGETATION | 1.5 | Sage grasses with some juniper |
| WATER | 0 | No water visible |
| COLOR | 2 | Tan, buff; mostly muted with contrast of juniper |
| ADJACENT SCENERY | 3 | Manti northeast, Henrys visible from high location |
| SCARCITY | 2 | Fairly common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 10.5 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #18A Horse Heavens**

Date: 4/1/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KBeagley

**Scenic Quality Rating Unit Detail Map** SQRU # 18A




**Detail Location Map**




## Photos

**IOP #32**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #33**



Form 8400-1

**Scenic Quality Rating Unit #18B**
**First Cedar Mountain**

Date: 4/1/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KBeagley

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Pyramidal, bold, blocky, somewhat simple, soft rolling rock hills at base | Rounded individual trees | No structures visible; not applicable |
| LINE | Horizontal, undulating, angular, vertical | Angled on slopes | No structures visible; not applicable |
| COLOR | Red, tan, buff, grey, black, yellow | Grey, dark green | No structures visible; not applicable |
| TEXTURE | Rough - some fine on slopes | Fine to coarse | No structures visible; not applicable |

## Narrative

Unit encompasses Cedar Mountain, Hebes Mountain and portions of the Slaughter Slopes. Distinct mesa/buttes within unit with vegetation that consists of broad sage flats; minimal vegetation on slopes to cliff. Horizontal banding is prominent.

Unique dike feature bisets interior between peaks. Interesting stripe/wave patern of red/white at base of western butte.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4.5 | Bold forms, distinct geology at base |
| VEGETATION | 3 | Minimal variety, some juniper - mostly on interior |
| WATER | 0 | No water visible |
| COLOR | 4.5 | Red, grey, black - striping at base |
| ADJACENT SCENERY | 3.5 | Manti, La Sal, Henrys |
| SCARCITY | 3.5 | Geology and coloration somewhat scarce |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 19 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

## Photos

**IOP #34**



**Scenic Quality Rating Unit Detail Map** SQRU # 18B




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #35**



Form 8400-1

## Scenic Quality Rating Unit #19 Kimball Draw

Date: 3/31/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, SBauer

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat, slightly sloping to rounded pyramidal, incised, deeply undulating | Indistinct | No structures visible; not applicable |
| LINE | Horizontal, diagonal, broken, convex | Non-existent, weak | No structures visible; not applicable |
| COLOR | Reds, white, grey, grenish shale, buff | Light green, grey, red | No structures visible; not applicable |
| TEXTURE | Fine, smooth to random | Fine to low medium, stippled | No structures visible; not applicable |

## Narrative

Unit encompasses portions of The Dike and Muddy Creek in the southern portion with Devils Canyon and I-70 in the northern. Sand Bench, The Red Ledges and Coal Cliffs are located to the west of the unit.

Vegetation variety in the unit is minimal and is concentrated closer to Muddy Creek. Contrast in landform color and vegetation is striking in some isolated locations.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Some interesting erosional patterns |
| VEGETATION | 1.5 | Very low shrubs, some riparian |
| WATER | 1.5 | Year-round water is present |
| COLOR | 3 | Reds, greens; contrast in soil color |
| ADJACENT SCENERY | 2.5 | Manti's Mountains |
| SCARCITY | 2 | Fairly common, not distinctive |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 13 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #36**



Scenic Quality Rating Unit Detail Map SQRU # 19




IOP Field Office Rating Unit 0 1.5 3 Miles

Detail Location Map



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #37**



Form 8400-1

## Scenic Quality Rating Unit #20 Chimney Rock Flats

**Date:** 3/29/2011

**Field Office:** Price

**Evaluators:** RDonigan, JKeller, JJames, MTweddell, SBauer

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Slightly sloping, indistinct, smooth, irregular, flat, simple, low, vertical cliffs | Indistinct, low to definite, rounded, moderate height | No structures visible; not applicable |
| LINE | Horizontal, simple, soft, irregular, weak, vertical | Non-existent to definite, irregular | No structures visible; not applicable |
| COLOR | Buff, tan, reds, greys | Grey green, buff/tan, dark green | No structures visible; not applicable |
| TEXTURE | Fine, smooth | Fine to medium stippled clumped, directional, scattered | No structures visible; not applicable |

## Narrative

Unit encompasses Bellevue Flats, The Red Ledges, Chalk Hills and Humbug Flats. The San Rafael River is present in an isolated area of the central portion of the unit where it flows into the The Wedge. The Sids Mountains are located to the south.

The cliff faces of Cedar Mountain and Chimney Rock are distinct within the unit and add visual variety. Vegetation consists mostly of grasses and juniper.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3 | Some interesting washes, mounds, outcroppings, including cliff face of Cedar Mountain |
| VEGETATION | 3 | Two major types |
| WATER | 0 | Absent |
| COLOR | 3 | Some variety of soils, including reds, buff of cliff face of Cedar Mountain |
| ADJACENT SCENERY | 3 | BookCliffs, Manti Mountains |
| SCARCITY | 1.5 | Common in region |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 13.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 20




**Detail Location Map**



## Photos

**IOP #38**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #39**



**IOP #43**



Form 8400-1

## Scenic Quality Rating Unit #20A Buckhorn Flat

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, Jkeller, Jjames, Mtwedell

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Definite moderate rolling sloping, irregular rounded and angular vertical | Definite, rounded | No structures visible; not applicable |
| LINE | Horizontal, diagonal, vertical | Directional to landform | No structures visible; not applicable |
| COLOR | Red, tan, buff | Dark green, buff, grey | No structures visible; not applicable |
| TEXTURE | Fine to medium | Medium, dense, uniform | No structures visible; not applicable |

## Narrative

Unit encompasses Buckhorn Flat, Buckhorn Wash and escarpments of Cedar Mountain and Little Cedar Mountain. The landform is predominately flat with minimal vegetation types. Vegetation from surrounding units enhance visual interest within unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3 | Very flat valley bottom with no distinct features, vertical cliffs/escarpments of Cedar Mountain |
| VEGETATION | 1 | Very little/no contrast in color or variety of types |
| WATER | 0 | No water visible |
| COLOR | 3 | Monochromatic tan/buff of valley bottom, reds, browns of Cedar Mountain escarpments |
| ADJACENT SCENERY | 2 | Distant mountain views, some views south to the San Rafael Swell |
| SCARCITY | 1 | Fairly common within region |
| CULTURAL MODIFICATION | 0 | Not present |
| TOTAL | 10 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #40**



Scenic Quality Rating Unit Detail Map SQRU # 20A




IOP Field Office Rating Unit

0 1.5 3 Miles

Detail Location Map



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #20B
## The Wedge

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell, MMeyer

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Prominent, bold, rough, steep, blocky, trapezoidal, rugged, sloping, bold, steeply angled forms, jagged | Horizontal and vertical - directional to landform, irregular; indistinct | No structures visible; not applicable |
| LINE | Vertical, broken, laterally undulating, angles, horizontal layers and flat top | Horizontal and vertical - directional to landform, irregular; indistinct | No structures visible; not applicable |
| COLOR | Reds, buffs, dark browns, grey, complementary please combination striations | Green, grey, yellow; some grey, straw, but minimal vegetation | No structures visible; not applicable |
| TEXTURE | Rugged, coarse, contrasting, medium; rough with some medium surfaces | Sparse, stippled, fine, smooth | No structures visible; not applicable |

## Narrative

Unit encompasses The Wedge and the Little Wedge along with the San Rafael River which flows directly through the unit. Vegetation is minimal in most areas. Riparian species are present long the San Rafael River and add variety to the unit.

Geologic formation creates distinctive nearly vertical rock formations and jagged horizonal line.Layers and colors visible behind main face of Reef.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 5 | All on sheet; distinctive near vertical layering |
| VEGETATION | 3.5 | Has riparian and juniper, etc. variety; minimal in most areas |
| WATER | 3 | Present but not dominant |
| COLOR | 4 | Colors of rock - variety; wide range of landform colors |
| ADJACENT SCENERY | 1 | Limited views of adjacent units, Mantais Mountain; some enhancement from the Henrys |
| SCARCITY | 5 | Unusualy memorable (others are +5 in region); exposed titled formations rare |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 21.5 | SCENIC QUALITY RATING = A |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 20B




**Detail Location Map**



## Photos

**IOP #41**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Definite moderate rolling, sloping, irregular, rounded and angular, vertical | Definite, rounded | No structures visible; not applicable |
| LINE | Horizontal, diagonal, vertical | Directional to landform | No structures visible; not applicable |
| COLOR | Red, tan, buff | Dark green, buff, grey | No structures visible; not applicable |
| TEXTURE | Fine to medium | Medium, dense, uniform | No structures visible; not applicable |

## Narrative

Unit is a foothill area at the base of San Raphael swell with generally increased vegetation and topography from surrounding valley areas to north.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Some canyons, rock outcroppings, escarpments |
| VEGETATION | 3 | Two major types |
| WATER | 0 | Absent |
| COLOR | 2 | Subtle-only tans (soil) and greens (vegetation) |
| ADJACENT SCENERY | 3 | Cedar Mountain and San Rafael Swell |
| SCARCITY | 2.5 | Has more escarpments (low); more topography variation |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 13 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Scenic Quality Rating Unit #20C Prickly Pear Flat

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell

**Scenic Quality Rating Unit Detail Map** SQRU # 20C




**Detail Location Map**



## Photos

**IOP #42**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

**Scenic Quality Rating Unit #21**
**Cedar Mountain**

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, J Keller, JJames, MTweddell, RJenson, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Angular, trapezoidal; flat, sloping, gently rolling | Indistinct; dense, prominent, amorphous | No structures visible; not applicable |
| LINE | Horizontal, vertical, diagonal, undulating | directional,disagonal, horizontal | No structures visible; not applicable |
| COLOR | Red, orange, buff, grey; grey, buff | Green, grey, dark green - grey | No structures visible; not applicable |
| TEXTURE | Medium | Fine; medium | No structures visible; not applicable |

## Narrative

Unit encompasses the top of Cedar Mountain. Vegetation consists of large quantities of pinyon juniper that contrasts with the light colored soils of the landform.

Views are enclosed within unit, but are vast and expansive from the edges of unit which overlook numerous lanforms in adjacent units such as the Bookcliffs and The Wedge.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Because of the escarpment edge |
| VEGETATION | 1.5 | All pinyon/juniper |
| WATER | 0 | Absent |
| COLOR | 2 | Juniper-with little soil color showing |
| ADJACENT SCENERY | 1 | Bookcliffs/Wedge area |
| SCARCITY | 1 | Fairly common in region |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 7.5 | SCENIC QUALITY RATING = C |

**Scenic Quality Classification**

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

## Photos

**IOP #158**



**Scenic Quality Rating Unit Detail Map** SQRU # 21




IOP Field Office Rating Unit 0 3 6 Miles

**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #44**



Form 8400-1

## Scenic Quality Rating Unit #22
## Cleveland Lloyd Dinosaur Quarry

Date: 3/30/2011

Field Office: Price

Evaluators: JKeller, JJames, DHislop, RJenson

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, rounded, undulating, convex, rounded trapezoidals | Distinct juniper, amorphous groupings, indistinct grasses and shrubs | No structures visible; not applicable |
| LINE | Undulating, diagonal, soft, convex with some concave, broken | Irregular | No structures visible; not applicable |
| COLOR | Tan, buff, orange, maroon, subtle ranges of maroon, light grey | Dark green, taff/buff, grey | No structures visible; not applicable |
| TEXTURE | Fine, smooth to some blocky with clusters of rocks (dotted) | Patchy, clusters, dotted, clumped | No structures visible; not applicable |

## Narrative

Unit encompasses Cleveland Lloyd Dinosaur Quarry, Cow Flats, Greasewood Flat and Church Flats. Unit is adjacent to Castle Valley which is located to the west of the unit. Vegetation is minimal and consists of juniper and low shrubs.

The landform within the unit is an undulating, incised slope with several washes within it.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Some variety, rock outcropping |
| VEGETATION | 3 | Two major types |
| WATER | 1 | Only small reservoirs/tanks |
| COLOR | 1.5 | Soil and vegetation contrast only |
| ADJACENT SCENERY | 3.5 | Mountain ranges all around |
| SCARCITY | 2 | Common in region |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 13 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #45**



**Scenic Quality Rating Unit Detail Map** SQRU # 22




IOP Field Office Rating Unit 0 2.5 5 Miles

**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Trapezoidal, angular, flat-top. Steep, vertical, bold | Indistinct, associated with landform-sparse on slopes | No structures visible; not applicable |
| LINE | Horizontal, diagonal, broken, somewhat rugged. Vertical, strong banding | Non-existent, weak. Broken along washes | No structures visible; not applicable |
| COLOR | Buff, grey, browns dark to light. Reds, maroon banding | Dark green and buff grey | No structures visible; not applicable |
| TEXTURE | Fine, smooth slopes; coarse, rough patchy rocky areas | Medium | No structures visible; not applicable |

## Narrative

Unit encompasses Flattop Mountain, Lucky Flats and Humbug Canyon along with numerous washes. Vegetation consists of pinyon juniper and grasses which contrasts with the red soils of the unit.

Landforms within the unit vary from prominent formations to a high variety of hoodoos which add in color and visual variety.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Prominent formations, outcroppings, high variety of hoodoos |
| VEGETATION | 3 | Two major types |
| WATER | 0 | Absent |
| COLOR | 3.5 | Some variety-contrast with reds |
| ADJACENT SCENERY | 2 | Some Bookcliffs visible |
| SCARCITY | 2 | Fairly common in region |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 14.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #23**
**Lucky Flats**

Date: 3/30/2011

Field Office: Price

Evaluators: J Keller, JJames, DHislop, RJensen

**Scenic Quality Rating Unit Detail Map** SQRU # 23




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Photos

**IOP #46**



# Photos

**IOP #47**



Form 8400-1

## Scenic Quality Rating Unit #24
## Price River

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell, RJenson, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, sloping, indistinct, simple/gentle horizontal. Flat, curvilinear | Rounded, indistinct. Vertical, rounded | No structures visible; not applicable |
| LINE | Horizontal, diagonal, weak, convex. | Non-existent. Serpentine | No structures visible; not applicable |
| COLOR | Red, ban, buff, purple | Dark green, grey, buff | No structures visible; not applicable |
| TEXTURE | Fine, smooth | Fine (grasses) to medium (juniper), scattered, stippled. Clumping, continuous | No structures visible; not applicable |

## Narrative

Unit encompasses the Price River which is isolated within a winding river corridor. Vegetation in the unit varies from riparian along the river to occasional pine on upper slopes.

Views to surrounding units can be enclosed and limited based on location within unit. Soils vary in color and contrast with surrounding vegetation adding in visual variety.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Not much variety, subtle |
| VEGETATION | 3 | Low vegetation with some riparian |
| WATER | 3 | Price River |
| COLOR | 3 | Variety in soil and vegetation, contrasting |
| ADJACENT SCENERY | 2.5 | Sometimes can see mountains |
| SCARCITY | 3.5 | Price River - water all the time |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 17 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 24




IOP Field Office Rating Unit 0 1.5 3 Miles

Detail Location Map



## Photos

**IOP #48**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #49**



Form 8400-1

## Scenic Quality Rating Unit #25 Sugarloaf

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, rounded, slopes, flat-top mesas | Rounded, indistinct | No structures visible; not applicable |
| LINE | Irregular, undulating, angular, horizontal, soft | Directional, broken | No structures visible; not applicable |
| COLOR | Buff, tan, purple banding, grey | Dark green-juniper, grey, straw/buff | No structures visible; not applicable |
| TEXTURE | Smooth, fine with some medium | Ptchy, stippled, fine | No structures visible; not applicable |

## Narrative

Unit is a valley area and encompasses a portion of the Price River and Dry Mesa. US Route 6 is located to the east of the unit and is visible from select locations. Views to the Book Cliffs are dominant to the east with enclosed limited views to the west.

Vegetation includes juniper, sage, grasses and small cactus which contrast with variety of soil colors. A railroad is present in eastern portions of the unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Mostly rolling, undulating surfaces |
| VEGETATION | 2.5 | Consistent juniper but variable cover |
| WATER | 0 | No water visible |
| COLOR | 3 | Combination of greys, green, purple |
| ADJACENT SCENERY | 3 | Book Cliffs |
| SCARCITY | 2 | Somewhat common but some interest |
| CULTURAL MODIFICATION | 0 | No structures visible; not applicable |
| TOTAL | 13 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #50**



Scenic Quality Rating Unit Detail Map SQRU # 25




Detail Location Map



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #51**



**IOP #52**



Form 8400-1

## Scenic Quality Rating Unit #26 Last Spring

Date: 3/29/2011

Field Office: Price

Evaluators: MMeyer, CBockey, SBauer, RSweeten, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, conical, rugged, blocky in some areas, vertical cliffs | Mostly indistinct | No structures visible; not applicable |
| LINE | Curvilinear, undulating, horizontal banding | Indistinct | No structures visible; not applicable |
| COLOR | Grey, tan, buff, purple, orange/brown, white | Grey, dark green-juniper | No structures visible; not applicable |
| TEXTURE | Medium to coarse | Stippled, patchy, fine | No structures visible; not applicable |

## Narrative

Definite rolling hills adjacent to a valley with some juniper cover. Distant views of Book Cliffs in some area; some areas of heavy rock outcrops and vertical cliff formations.

Valley areas interspersed; distinct layered cliffs on west edge of unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Variety of cliffs, rock outcrops, valleys |
| VEGETATION | 3 | Juniper, sage, grasses |
| WATER | 0 | No water visible |
| COLOR | 4 | Good variety of landform and vegetative color |
| ADJACENT SCENERY | 3 | Book Cliffs, San Rafael Swell - important but not critical |
| SCARCITY | 3.5 | Not very common |
| CULTURAL MODIFICATION | 0 | Structures do not add any discordant elements |
| TOTAL | 17.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

- **A** = 19 or more
- **B** = 12-18
- **C** = 11 or less

## Photos

**IOP #159**



**Scenic Quality Rating Unit Detail Map** SQRU # 26




**Detail Location Map**




UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #53**



**IOP #54**



Form 8400-1

## Scenic Quality Rating Unit #26A Uranium Hills

Date: 3/29/2011

Field Office: Price

Evaluators: MMeyer, CBockey, SBauer, RSweeten, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling rounded hills; flat valleys, some blocky rock outcrops | Indistinct | No structures visible; not applicable |
| LINE | Horizontal, curvilinear, undulating | Indistinct | No structures visible; not applicable |
| COLOR | Tan, buff, grey, purple, reddish grey, red | Grey sage, shadescale, straw/yellow grasses | No structures visible; not applicable |
| TEXTURE | Smooth to medium | Sparse, fine | No structures visible; not applicable |

## Narrative

Unit encompasses portions of the San Rafael River along the western edge of the unit and borders the Green River on the east. Buckmaster Draw and Horse Bench Resevoir are located within the unit as well.

Some rock outcrops are visible; very little vegetation in most areas.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Low mesas/buttes with some rock formations and outcrops |
| VEGETATION | 1.5 | Very little in most areas but some grass cover |
| WATER | 0 | No water visible |
| COLOR | 2.5 | Good landform colors but somewhat muted |
| ADJACENT SCENERY | 2.5 | San Rafael Swell provides backdrop to west |
| SCARCITY | 1.5 | Fairly common desert landscape in the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Transmission line in the north |
| TOTAL | 10.5 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 26A




Detail Location Map



## Photos

IOP #55



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #56**



**IOP #57**



Form 8400-1

## Scenic Quality Rating Unit #26B Shadscale Mesa

Date: 3/29/2011

Field Office: Price

Evaluators: MMeyer, CBockey, SBauer, RSweeten, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rugged, pyramidal, rounded, flat-topped mesas; mesa top: rolling terrain | Indistinct | No structures visible; not applicable |
| LINE | Horizontal mesas, banding curved, angular, some vertical color | Indistinct | No structures visible; not applicable |
| COLOR | Tan, buff, red, brown | Grey sage, straw yellow, medium gren, mormon tea | No structures visible; not applicable |
| TEXTURE | Rough to medium in some areas | Medium | No structures visible; not applicable |

## Narrative

Unit encompasses Shadscale Mesa, which is to the east of The Squeeze. The west side of mesa formations has steep faces with horizontal layering visible. Top of mesa is rolling terrain with tan buff color and sage/grass vegetation.

The San Rafael canyons are visible to the west with jumbled rock outcrops and vertical faces visible.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Cut faces and distinctive layering |
| VEGETATION | 2.5 | Some river vegetation but mostly sage, mormon tea |
| WATER | 1.5 | Some influence of San Rafael River |
| COLOR | 3.5 | Mix of reds, grey, buff |
| ADJACENT SCENERY | 4 | San Rafael Swell |
| SCARCITY | 2.5 | Reasonably common but some good formations |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 17.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 26B




**Detail Location Map**




## Photos

**IOP #58**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #59**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat-topped mesas, complex, jagged outcrops, steep cliffs | Indistinct | No structures visible; not applicable |
| LINE | Horizontal, vertical, undulating, angles | Indistinct | No structures visible; not applicable |
| COLOR | White, tan, buff, purple, grey | Mostly grey/straw yellow but sparse | No structures visible; not applicable |
| TEXTURE | Rough, random | Fine, stippled | No structures visible; not applicable |

## Narrative

Unit with flat-topped mesas and heavily jumbled rock ourcrops. Good striations of light buff, grey, purple with minimal vegetation in most areas but some consistent sage/grasses.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Good diversity, complex |
| VEGETATION | 1.5 | Mostly sparse sage/grasses |
| WATER | 0 | No water visible |
| COLOR | 4 | Range of grey, red, purple, tan of good to moderate intensity |
| ADJACENT SCENERY | 3 | San Rafael Reef, Book Cliffs, La Sals visible from different locations |
| SCARCITY | 2.5 | Somewhat common in the Colorado Platea |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 15 | SCENIC QUALITY RATING = B |

Scenic Quality Classification
**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #26C**
**Dry Lake Wash**

Date: 3/31/2011
Field Office: Price
Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

**Scenic Quality Rating Unit Detail Map** SQRU # 26C




**Detail Location Map**




## Photos

**IOP #60**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #61**



Form 8400-1

**Scenic Quality Rating Unit #26D**
**San Rafael Desert Basin - Spring Canyon**

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat-topped mesas | Indistinct, low stature | No structures visible; not applicable |
| LINE | Horizontal, undulating curves on mesa slopes | Indistinct | No structures visible; not applicable |
| COLOR | Grey, some tan, buff | Grey sage, some straw/ yellow grass areas but minimal | No structures visible; not applicable |
| TEXTURE | Medium to fine | Fine, some areas sparse | No structures visible; not applicable |

## Narrative

Mesas with fine textured, undulating slopes; greys dominant-minimal vegetation. Cisco desert landscape with higher relief than areas to the east.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3 | Good level of diversity |
| VEGETATION | 1.5 | Sage covered valleys, slopes |
| WATER | 0 | No water visible |
| COLOR | 2 | Subdued grey |
| ADJACENT SCENERY | 2.5 | Book Cliffs, La Sals, San Rafael Reef visible from some areas |
| SCARCITY | 2 | Somewhat common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 11 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #62**



**Scenic Quality Rating Unit Detail Map** SQRU # 26D




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #63**



**IOP #64**



Form 8400-1

## Scenic Quality Rating Unit #27
## The San Rafael Swell

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell, SBauer, MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rough, blocky, vertical, irregular, prominent, flat-topped, sloping, moderate rolling.Rounded, beehive-esque pinnacles, conical, trapezoidal in spots, rounded, angular, pyramidal, complex/bold highly eroded freestanding landforms. | Indistinct, irregular, uniform; definite, rounded | No structures visible; not applicable |
| LINE | Horizontal, diagonal, vertical, soft angled, broken, convex, curved, angled, complex, vertical | Directional to associated with the landform, irregular | No structures visible; not applicable |
| COLOR | Red, tan, buff, soft orange/tan, muted; dark brown, grey green blue -Red, whitish/light grey | Dark green-juniper, buff, grey minimal, increased sage/grasses and gray/ straw color | No structures visible; not applicable |
| TEXTURE | Fine to medium to rough, discontinuous with some smooth areas on faces/ tops, coarse, rough, random | Medium, dense, uniform, scattered, stippled | No structures visible; not applicable |

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 5 | Some canyons, rock outcroppings, escarpments |
| VEGETATION | 3.5 | Two major types, more diverse in drainages |
| WATER | 0 | No water visible |
| COLOR | 4 | Multiple colors that contrast with each other and vegetation |
| ADJACENT SCENERY | 2.5 | Stands on its own, but can see surrounding areas and mountains in distance |
| SCARCITY | 4 | Distinctive; has more escarpments (low); more topography variation |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 19 | SCENIC QUALITY RATING = A |

### Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Narrative

Large unit located in the west center of the San Rafael Swell that encompasses Sids Mountain, Devils Canyon and Eagle Canyon along with mumerous drainages. The landform is dramatic, unique, highly complex within the setting.

Vegetation is limited in variety consisting of sage, grasses and juniper.

## Photos

**IOP #66**



**Scenic Quality Rating Unit Detail Map** SQRU # 27




IOP Field Office Rating Unit 0 4.5 9 Miles

**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #67**



**IOP #68**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Bold, steeply angled forms, jagged | Indistinct | No structures visible; not applicable |
| LINE | Vertical, angular, irregular | Indistinct | No structures visible; not applicable |
| COLOR | Buff, tan, red, grey | Some grey, straw, but minimal vegetation | No structures visible; not applicable |
| TEXTURE | Rough with some medium surfaces | Fine, stippled | No structures visible; not applicable |

## Narrative

Unit is the distinctly tilted section of the San Rafael Reef. The geologic formation creates distinctive, nearly vertical, rock formations and jagged horizontal lines. Layers and colors are visible behind the main face of the reef.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4.5 | Distinctive, near vertical layering |
| VEGETATION | 1.5 | Minimal in most areas |
| WATER | 0 | No water visible |
| COLOR | 4 | Wide range of landform colors |
| ADJACENT SCENERY | 2 | Some enhancement from Henrys |
| SCARCITY | 4 | Exposed tilted formations rare |
| CULTURAL MODIFICATION | 0 | Absent |
| TOTAL | 16 | SCENIC QUALITY RATING = B |

Scenic Quality Classification
**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #27A**
**San Rafael Reef**

Date: 3/30/2011
Field Office: Price
Evaluators:

## Photos

**IOP #69**



**Scenic Quality Rating Unit Detail Map** SQRU # 27A




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #70**



**IOP #71**



Form 8400-1

## Scenic Quality Rating Unit #27B Buckhorn

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rugged, blocky, some rounded, angular | Some canopy/rounded - cottonwood; mostly indistinct | No structures visible; not applicable |
| LINE | Vertical cliff faces, horizontal banding, angled irregular, complex | Some angled, horizontal on landform | No structures visible; not applicable |
| COLOR | Tan, buff, red, brown/ black, grey, distinct but not high variety/intensity | Dark green juniper, cottonwood-green, yellow, grey, grey sage, straw yellow grasses | No structures visible; not applicable |
| TEXTURE | Coarse | Mostly sparse, stippled, some fine | No structures visible; not applicable |

## Narrative

Canyon unit that encompasses Buckhorn Canyon/Wash, Red Canyon and White Horse Canyon. Unit gradually descends through steep, rugged walls. Strong riparian corridor but not permanent water within Buckhorn Canyon.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4.5 | Rugged canyon walls, highly complex |
| VEGETATION | 4 | Good mix of sage, juniper plus cottonwood |
| WATER | 1 | Seasonal |
| COLOR | 4 | Good range of landform colors with vegetation |
| ADJACENT SCENERY | 0 | Not visible |
| SCARCITY | 3 | Somewhat rare |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 16.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

## Photos

**IOP #72**



**Scenic Quality Rating Unit Detail Map** SQRU # 27B




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #73**



Form 8400-1

## Scenic Quality Rating Unit #28 Upper San Rafael River

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling bumpy valley bottom, conical, pyramidal among valley walls to river | Mostly indistinct | No visible structures, not applicable |
| LINE | Horizontal, angular undulating irregular sinuous line of river, vertical walls along river in some areas | Sinuous along river | No visible structures, not applicable |
| COLOR | Tan, buff, grey, yellow/red layering | Grey sage, dark green juniper, green, yellow grey changing with seasons | No visible structures, not applicable |
| TEXTURE | Medium to fine in some areas | Medium | No visible structures, not applicable |

## Narrative

Irregular undulating valley bottom that encompasses the San Fafael River, Indian Bench and Thompson Hole; seasonal changes of color with vegetation along river adds interest.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | River valley, sloping canyon walls |
| VEGETATION | 3.5 | Mix of sage, grasses with some juniper-strong band of riparian along river |
| WATER | 3.5 | River visible and focal feature from many areas |
| COLOR | 3.5 | Good combination of landforms with vegetation |
| ADJACENT SCENERY | 4 | Strong influence from features or San Rafael Swell to the north |
| SCARCITY | 3 | River corridor somewhat scarce in the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 21.5 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #74**



Scenic Quality Rating Unit Detail Map SQRU # 28




Detail Location Map




UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #75**



Form 8400-1

## Scenic Quality Rating Unit #28A
## San Rafael River Bench

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat mesa tops, rolling to flat in some areas | Indistinct, some rounded from individual juniper but not dominant | No structures visible; not applicable |
| LINE | Horizontal, undulating | Mostly indistinct, some irregular | No structures visible; not applicable |
| COLOR | Tan, buff, some grey | Sage grey, dark green juniper | No structures visible; not applicable |
| TEXTURE | Medium to smooth | Stippled, patchy | No structures visible; not applicable |

## Narrative

Upper terrace unit above San Rafael River that includes Mexican Mountain. Vegetaion within the unit consists of pinyon/juniper covered rocky slopes with some sage and gasses.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Some canyons and rock outcrops |
| VEGETATION | 3 | Pinyon/juniper cover consistent with sage and grasses |
| WATER | 0 | No water visible |
| COLOR | 3 | Good combination |
| ADJACENT SCENERY | 4.5 | Extensive |
| SCARCITY | 2 | Slightly uncommon |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 16 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #76**



**Scenic Quality Rating Unit Detail Map** SQRU # 28A




**Detail Location Map**




UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #28B Limestone Bench

**Date:** 3/30/2011

**Field Office:** Price

**Evaluators:** MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Slightly rolling to flat, some isolated landforms | Indistinct | No structures visible; not applicable |
| LINE | Horizontal, undulating | Some irregular along patches, mostly indistinct | No structures visible; not applicable |
| COLOR | Tan, buff, grey | Grey-sage, dark green-juniper | No structures visible; not applicable |
| TEXTURE | Smooth to medium | Stippled, fine, patchy | No structures visible; not applicable |

## Narrative

Flat to rolling lowland unit that encompasses Oil Well Flat and Limestone Bench. The unit is surrounded by landforms that add dramatic visual interest. Window Blind Peak and Sids Mountain are located to the north of the unit.

Vegetation within unit consists of sage, grasses and juniper cover.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Some isolated forms mostly flat to rolling |
| VEGETATION | 2.5 | Some dense juniper but mostly sage/grass |
| WATER | 0 | No water visible |
| COLOR | 2 | Mostly muted - color from vegetation |
| ADJACENT SCENERY | 4 | Dramatic influence on unit |
| SCARCITY | 1.5 | Not rare |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 12 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 28B




**Detail Location Map**




## Photos

**IOP #77**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #29
## Black Box

**Date:** 3/30/2011

**Field Office:** Price

**Evaluators:** MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Jagged, blocky canyon walls, complex | Indistinct | No structures visible; not applicable |
| LINE | Highly iregular complex curved along river, some horizontal but not distinct | Indistinct | No structures visible; not applicable |
| COLOR | Greys, red, black/brown, moderate vividness | Darker-juniper, some sage with grasses | No structures visible; not applicable |
| TEXTURE | Rough/coarse | Stippled-very sparse, dense/fine along river | No structures visible; not applicable |

## Narrative

San Rafael River canyon adjacent to Indian Bench, with steep angular walls; highly complex rock forms but no distinctive layering. Minimal vegetation on landforms but strong riparian corridor along river.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Strong canyon form but highly complex |
| VEGETATION | 3.5 | Minimal on slopes |
| WATER | 4.5 | River is dominant feature |
| COLOR | 4 | Good range though not highly vivid |
| ADJACENT SCENERY | 1 | Some landforms visible from rims |
| SCARCITY | 4 | Rare in Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 21 | SCENIC QUALITY RATING = A |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 29




IOP Field Office Rating Unit 0 0.5 1 Miles

**Detail Location Map**




## Photos

**IOP #78**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #30 Sinbad Country

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to rolling lowlands, pyramidal, flat-topped mesas with isolated forms | Some rounded rom individual trees | No structures visible; not applicable |
| LINE | Horizontal, angled slopes some undulating, curved | Some horizontal/angled on landforms otherwise indistinct | No structures visible; not applicable |
| COLOR | Tan, buff, some grey | Dark green-juniper, grey sage, straw/yellow | No structures visible; not applicable |
| TEXTURE | Medium, some smooth | Stippled, dense in some areas | No structures visible; not applicable |

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Variety of mesa forms in valleys with some rock out crops |
| VEGETATION | 3.5 | Good mix of shrubs/grasses with variable juniper cover |
| WATER | 0 | No water visible |
| COLOR | 2.5 | Mostly straw/yellow contrasting with dark green |
| ADJACENT SCENERY | 3 | Views of Henrys and San Rafael River, areas of San Rafael Swell add to setting |
| SCARCITY | 1.5 | Somewhat commin in the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 14 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Narrative

Large unit that encompasses the Jackass Benches and large portions of Sinbad Country. Unit has distinctive mesa forms and good juniper and grassland color. The unit is adjacent to the San Rafael Reef with numerous canyons and vew to the Henry Mountains.

The rolling terrain and mesas create sense of enclosure but retain distant views in some areas.

**Scenic Quality Rating Unit Detail Map** SQRU # 30




**Detail Location Map**




## Photos

**IOP #79**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #80**



**IOP #81**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to rolling hills some vertical, angles on mesas | Some rounded, mostly indistinct | No structures visible; not applicable |
| LINE | Horizontal, undulating, angular | Indistinct | No structures visible; not applicable |
| COLOR | Grey, tan, buff, occasional red | Grey-sage, dark green juniper | No structures visible; not applicable |
| TEXTURE | Smooth to medium | Medium to fine, stippled juniper | No structures visible; not applicable |

## Narrative

Unit encompasses McKay Flat and Taylor Flat which are primarily open juniper flats and include some mesas which then transition to rugged formations adjacent to San Rafael Reef.

Broad vistas from elevated areas of views of reef as well as distant views of the Henry Mountains

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Mostly rolling hills with some distinct features |
| VEGETATION | 3 | Good juniper cover with sage, grasses |
| WATER | 0 | No water visible |
| COLOR | 2 | Mostly tan and grey but some good contrast with green vegetation |
| ADJACENT SCENERY | 3 | Views of Reef, Henrys enhance setting |
| SCARCITY | 2 | Somewhat common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 12.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #30A McKay Flat**

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

**Scenic Quality Rating Unit Detail Map** SQRU # 30A




IOP Field Office Rating Unit 0 1.5 3 Miles

**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Photos

**IOP #82**



# Photos

**IOP #83**



Form 8400-1

**Scenic Quality Rating Unit #31**
**Upper Highway Terrace**

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to gently rolling rounded, some trapezoidal | Low, indistinct | Flat |
| LINE | Horizontal, undulating curved | Indistinct | Horizontal, curvilinear |
| COLOR | Tan, buff, grey, minor reds | Straw/yellow grasses, dominate but some sage juniper | Grey, dark grey |
| TEXTURE | Smooth with some medium | Fine, some stippled | Smooth |

## Narrative

Mostly gently rolling terrain with grasses and sage vegetation dominant; some juniper cover. Unit encompasses Sagebrush Bench and Neilson Draw. I-70 crosses through the northern portion of the unit.

Open views to other features of San Rafael Swell in most directions; occasional scattered landforms.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 1.5 | Mostly flat to gently rolling |
| VEGETATION | 1.5 | Little variety |
| WATER | 0 | No water visible |
| COLOR | 1.5 | Not much variety and mostly muted |
| ADJACENT SCENERY | 3 | San Rafael Reef, Sinbad landforms enhance setting |
| SCARCITY | 1 | Common landscape in the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | I-70 |
| TOTAL | 8.5 | SCENIC QUALITY RATING = C |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 31




Detail Location Map




## Photos

**IOP #84**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #85**



**IOP #86**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to rolling, flat-topped mesas, rounded mounds, rugged side slopes | Indistinct, some rounded | No structures visible; not applicable |
| LINE | Complex vertical/ horizontal angles | Indistinct, some rounded | No structures visible; not applicable |
| COLOR | Tan, buff, grey, some red | Mostly dark green pinyon/ juniper, some grey sage | No structures visible; not applicable |
| TEXTURE | Coarse to medium in some areas | Dense, even cover, coarse, medium in some areas, stippled | No structures visible; not applicable |

## Narrative

Unit of variable landforms between western portion of the San Rafael Swell and the open terrain along I-70 which includes Head of Sinbad, Block Mountain and Horseshoe Bend. Vegetation consists mainly of sage and juniper.

Some distinctive outcrops and features such as Family Butte are located in the southern portion of the unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Rugged in some areas |
| VEGETATION | 3 | Predominantly pinyon/juniper, some grasses |
| WATER | 0 | No water visible |
| COLOR | 3 | Good combination of landform and vegetation |
| ADJACENT SCENERY | 3.5 | Visible features include Henrys, western parts of San Rafael Swell |
| SCARCITY | 2 | Most elements somewhat common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 15 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #31A**
**Eagle Draw**

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

**Scenic Quality Rating Unit Detail Map** SQRU # 31A




**Detail Location Map**




## Photos

**IOP #87**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #88**



Form 8400-1

## Scenic Quality Rating Unit #32
## Big Ridge

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling to flat with deeply muted canyons, rugged, blocky in areas near drainage | Indistinct | No visible structures; not applicable |
| LINE | Complex, horizontal, vertical, irregular | Indistinct | No structures visible; not applicable |
| COLOR | Tan, buff, grey | Straw/yellow, grey, dark green-minimal | No structures visible; not applicable |
| TEXTURE | Smooth to coarse/rough | Stippled, sparse juniper and sage, fine in some areas | No structures visible; not applicable |

## Narrative

Sloping unit incised by drainages - slopes to The Muddy Creek. Unit is included in Hondu Country area with some isolated landforms; steep and occasionally deep canyons. Vegetation is minimal with sage and juniper and contrasts with soils.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Some flat, some rugged areas |
| VEGETATION | 3 | Mostly sage with grasses but some juniper |
| WATER | 0 | No water visible |
| COLOR | 3.5 | Good contrast of landform/vegetation, but not vibrant |
| ADJACENT SCENERY | 5 | Cedar Mountain, Muddy Creek, Humphreys |
| SCARCITY | 3.5 | Somewhat scarce |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 18.5 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 32




Detail Location Map



## Photos

IOP #89



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #90**



Form 8400-1

## Scenic Quality Rating Unit #32A Hondu Country

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Blocky pyramidal rolling to flat mesa tops, butte forms, vertical canyon sides | Indistinct | No structures visibie; not applicable |
| LINE | Horizontal, vertical undulating, irregular angles | Indistinct | No structures visible; not applicable |
| COLOR | Red, brown, some buff/ tan but minimal | Dark green-juniper, sparse grey, straw/yellow | No structures visible; not applicable |
| TEXTURE | Rough, coarse to medium in some areas | Sparse, stippled | No structures visible; not applicable |

## Narrative

Mesa/canyon unit with generally sparse vegetation. Unit encompasses Keesle Country and Hondu Country with the mouth of Chimney Canyon at the south portion of the unit. Distinctive rugged landforms with substantial layering.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Strong forms, somewhat low stature |
| VEGETATION | 2.5 | Sparse, some variety |
| WATER | 0 | Muddy river |
| COLOR | 3.5 | Vibrant red |
| ADJACENT SCENERY | 4.5 | Substantial effect on unit from most areas |
| SCARCITY | 3.5 | Similar to Shafer Basin - not common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 17.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

## Photos

**IOP #91**



**Scenic Quality Rating Unit Detail Map** SQRU # 32A




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Photos

**IOP #92**



**IOP #93**



Form 8400-1

## Scenic Quality Rating Unit #33 Muddy Creek

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Very rugged complex pyramidal, conical, blocky | Some rounded individual forms, most indistinct, low to medium stature | No structures visible; not applicable |
| LINE | Vertical, horizontal, complex, irregular, horizontal banding | Indistinct, irregular | No structures visible; not applicable |
| COLOR | Reds, tan buff, grey, grayish purple, white | Dark green juniper, grey sage, yellow/straw grasses | No structures visible; not applicable |
| TEXTURE | Coarse, rough, random | Fine to coarse, stippled, patchy | No structures visible; not applicable |

## Narrative

Distinctive canyon unit adjacent to WSA with wide variety of landforms that are rugged and complex. Unit encompasses Chimney Canyon, The Merry Go Round and Segers Hole. Vegetation is scattered in density and form consisting mainly of sage and juniper.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 5 | Striking forms, very rugged, high variety |
| VEGETATION | 2.5 | Minimal in most areas but some prominent |
| WATER | 0 | Muddy river in limited area |
| COLOR | 5 | Full range of vibrant colors |
| ADJACENT SCENERY | 3 | Visible from some areas |
| SCARCITY | 4.5 | Scarce formations and scale of landscape |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 20 | SCENIC QUALITY RATING = A |

### Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #94**



**Scenic Quality Rating Unit Detail Map** SQRU # 33




IOP Field Office Rating Unit 0 3 6 Miles

**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #95**



Form 8400-1

## Scenic Quality Rating Unit #33A Family Butte

Date: 3/30/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Distinctly rolling trapizoidal blocky mesas | Mostly indistinct, some round individual forms | No structures visible; not applicable |
| LINE | Horizontal, undulating angled slopes, vertical | Mostly indistinct | No structures visible; not applicable |
| COLOR | Tan, buff, red, grey | Grey sage, dark green juniper | No structures visible; not applicable |
| TEXTURE | Rough to medium | Fine to medium, stippled to slightly patchy | No structures visible; not applicable |

## Narrative

Small valley area with prominent mesa forms that includes Family Butte with distinctive layering in soils. Good vegetative cover on rolling areas and slopes. Adjacent views and landforms enhance overall quality of unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Somewhat rugged forms |
| VEGETATION | 2.5 | Diversity of juniper sage grasses |
| WATER | 0 | No water visible |
| COLOR | 4 | Good combination of reds, tan, grey with green vegetation |
| ADJACENT SCENERY | 4.5 | Strong enhancement from adjacent landforms |
| SCARCITY | 3.5 | Forms somewhat scarce |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 18 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 33A




**Detail Location Map**



## Photos

**IOP #96**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

**Scenic Quality Rating Unit #33B**
**Moroni Slopes**

Date: 5/4/2011

Field Office: Price

Evaluators: CJohnson, RDonigan, KJackson

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Tilted/uplifted, planar/flat uplifted forms, pyramidal | Indistinct | Minimal structures visible; not applicable |
| LINE | Angled, horizontal, broken | Indistinct | Minimal structures visible; not applicable |
| COLOR | Red, buff, grey, white | Green, grey | Minimal structures visible; not applicable |
| TEXTURE | Medium to coarse, fractured | Scattered | Minimal structures visible; not applicable |

## Narrative

Uplifted rock forms with incised valleys draining southward into Salt Wash with sparse vegetation; undeveloped unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Interesting uplifted form of Moroni slopes |
| VEGETATION | 1 | Little variety and vegetation |
| WATER | 0 | No water visible |
| COLOR | 3.5 | Landform color is good, but little contrast with vegetation |
| ADJACENT SCENERY | 4 | Henry Mounatins, Factory Butte, Border Mountain |
| SCARCITY | 4 | Distinctive in Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 16.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 33B




**Detail Location Map**



## Photos

**IOP #163**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Photos

**IOP #164**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Very rugged, blocky, conical, jagged, molded claylike forms on outside of reef | Indistinct, some rounded | No structures visible; not applicable |
| LINE | Complex, vertical angles, curves | Indistinct - high scattered in most areas | No structures visible; not applicable |
| COLOR | Tan, buff, red, grey | Dark green juniper - sparse, some grey sage/ shadscale | No structures visible; not applicable |
| TEXTURE | Rough, random, some smooth areas | Stippled, sparse | No structures visible; not applicable |

## Narrative

Very rugged unique landforms with extensive colors and layering. Strong enclosure in canyons with expansive views in outer areas. Sloped outer reef exposes multiple colors/ layers and some vegetation goes up slope.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4.5 | Strong vertical, bold |
| VEGETATION | 2 | Little vegetation |
| WATER | 0 | No water visible |
| COLOR | 4.5 | Good range of tan, buff, red |
| ADJACENT SCENERY | 4 | Henrys on east/south side |
| SCARCITY | 5 | Very rare anticline |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 20 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #34**
**San Rafael Reef - south**

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

## Photos

IOP #97



**Scenic Quality Rating Unit Detail Map** SQRU # 34




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #98**



Form 8400-1

## Scenic Quality Rating Unit #35 Wild Horse Creek

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, flat valley/wash bottom | Some rounded, mostly indistinct | No structures visible; not applicable |
| LINE | Undulating, curved, horizontal | Indistinct | No structures visible; not applicable |
| COLOR | Grey, tan, buff | Indistinct | No structures visible; not applicable |
| TEXTURE | Grey, tan, buff | Grey, sage, shadscale, some straw/yellow grasses | No structures visible; not applicable |

## Narrative

Desert area enclosed by San Rafael Reef and Wildhorse Mesa; transition zone from Reef containing some color and forms of Reef. Enclosed views limit exposure to adjacent landforms. Vegetation is limited with sage being the dominant type.

Unit provides access to popular recreation areas. Wild Horse Butte is located at the eastern edge of unit.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Rolling, some flat area |
| VEGETATION | 1.5 | Minimal variety |
| WATER | 0 | No water visible |
| COLOR | 2.5 | Minimal variation - some color from Reef |
| ADJACENT SCENERY | 4 | San Rafael Reef, Wildhorse, and Goblin Valley units |
| SCARCITY | 1.5 | Fairly common sage desert |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 12 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #100**



**Scenic Quality Rating Unit Detail Map** SQRU # 35




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #99**



Form 8400-1

**Scenic Quality Rating Unit #35A Camper Spring**

Date: 5/4/2011

Field Office: Price

Evaluators: MMeyer, CBockey, MJeffs, DWorthington, RSweeten, KWharton

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Conical, rolling hills | Rounded, indistinct massing | Minimal structures visible; not applicable |
| LINE | Horizontal, curved, undulating | Indistinct | Minimal structures visible; not applicable |
| COLOR | Red, tan/buff | Dark green-mormon tea; grey sage, straw/yellow grasses | Minimal structures visible; not applicable |
| TEXTURE | Smooth to medium | High stippled, sparse | Minimal structures visible; not applicable |

## Narrative

Rolling red hills with sparse to moderate cover of sage, grasses, and mormon tea. Unit has some isolated slick rock formations and sandstone mounds with close and adjacent views of Cathedral Valley.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Rolling hills, some isolated forms and volcanic dikes |
| VEGETATION | 2 | Mix of sage and grasses, mormon tea in some areas |
| WATER | 0 | No water visible |
| COLOR | 2 | Reddish soils have some contrast with vegetation |
| ADJACENT SCENERY | 4 | Capitol Reef, Henry Mountains strongly enhance unit |
| SCARCITY | 1 | Sage, grassland areas common in Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 11 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 35A




**Detail Location Map**




## Photos

**IOP #165**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #36 Goblin Valley

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Bold cliff/mesa formation, complex irregular forms at base, blocky | Indistinct - some rounded individual forms | No structures visible; not applicable |
| LINE | Horizontal, vertical, undulating, curvilinear | Indistinct | No structures visible; not applicable |
| COLOR | Deep red, grey, tan, buff | Grey sage, straw/yellow grasses, dark green juniper-minimal | No structures visible; not applicable |
| TEXTURE | Medium to rough | Fine to medium, sparse in most areas | No structures visible; not applicable |

## Narrative

Unit of medium to large scale narrow mesa formations with bold horizontal layers of colors and geologic formations. Mudstone formation at base of cliffs adds interest; mostly sparse vegetation. Unit contains Goblin Valley State Park.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Strong layering, mudstone base of landforms |
| VEGETATION | 2 | Mostly sparse but some variety |
| WATER | 0 | No water visible |
| COLOR | 4 | High contrast of deep reds, grey, tan |
| ADJACENT SCENERY | 4.5 | Henrys visible in distance but San Rafael Reef prominent |
| SCARCITY | 4 | Mudstone forms not extremely common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 18.5 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 36




Detail Location Map



## Photos

IOP #101



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #102**



Form 8400-1

**Scenic Quality Rating Unit #36A**
**Wild Horse Mesa**

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rugged, rocky, rounded, blocky, steep-sided mesas | Indistinct | No structures visible; not applicable |
| LINE | Very complex, broken, some horizontal and vertical | Indistinct | No structures visible; not applicable |
| COLOR | White, tan, buff, some black | Grey-sage/shadscale - sparse, grey/green | No structures visible; not applicable |
| TEXTURE | Coarse, random | Stipplied, sparse | No structures visible; not applicable |

## Narrative

Complex, jumbled landscape in most areas. Unit encompasses Wild Horse Mesas which are popular recreation areas. Some layering and horizontal forms but very broken; very sparse vegetation. Segers Hole Creek bisects unit from the west.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Very complex, jagged landforms with some layering |
| VEGETATION | 1.5 | Sparse throughout, some riparian |
| WATER | 0 | No water visible |
| COLOR | 3 | Mostly muted but wide range |
| ADJACENT SCENERY | 3.5 | San Rafael Reef, Henrys and "Mars" in distance |
| SCARCITY | 3.5 | Somewhat scarce but some common components |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 15.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 36A




**Detail Location Map**



## Photos

**IOP #103**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

**Scenic Quality Rating Unit #36B**
**Red Canyon**

Date: 5/4/2011

Field Office: Price

Evaluators: CJohnson, RDonigan, KJackson

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Pyramidal, rectangular, rounded triangular, vertical escarpments | Indistinct | Minimal structures visible; not applicable |
| LINE | Horizontal, undulating, vertical, angled, rounded, horizontal straitions, repeating vertical | Indistinct, broken | Minimal structures visible; not applicable |
| COLOR | Buff, grey, red-orange, white | Green to grey | Minimal structures visible; not applicable |
| TEXTURE | Smooth talus slopes, rugged escarpment features | Scattered, stippled | Minimal structures visible; not applicable |

## Narrative

Undeveloped, sandy area with very little vegetation except brush and mormon tea. Variety of vertical landforms, including Red Canyon landform; drains south to Mudon Creek.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Variety of features and forms with Big Wild Horse Mesa and Big Wild Horse MFSA |
| VEGETATION | 1 | Little variety |
| WATER | 0 | No water visible |
| COLOR | 3 | Not dominant due to lack of vegetation, but good landform color |
| ADJACENT SCENERY | 4 | Muddy River, Henry Mountains, Factory Butte, Boulder Mountain |
| SCARCITY | 3 | Distinctive but similar to others in province |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 15 | SCENIC QUALITY RATING = B |

Scenic Quality Classification
**A** = 19 or more
**B** = 12-18
**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 36B




**Detail Location Map**




## Photos

**IOP #146**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #147**



Form 8400-1

## Scenic Quality Rating Unit #36C
## Salt Wash

Date: 5/4/2011

Field Office: Price

Evaluators: CJohnson, RDonigan, KJackson

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Mounded, rolling, some flat area; vertical cliffs of skyline rim | Indistinct | Minimal structures visible; not applicable |
| LINE | Rounded, horizontal, undulating | Indistinct | Minimal structures visible; not applicable |
| COLOR | Grey, mauve, red,white | Green/grey | Minimal structures visible; not applicable |
| TEXTURE | Smooth, some rough rock outcrops | Smooth, fine | Minimal structures visible; not applicable |

## Narrative

Rounded, undulating “painted desert” type of formations in this mostly undeveloped unit. Very little vegetation except for greasewood which is very small, sparse, and scattered.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Repeating rounded forms, high vertical relief of skyline rim |
| VEGETATION | 1 | Little vegetation |
| WATER | 0 | No water visible |
| COLOR | 4 | Dominant landform color - little vegetation - “painted desert” appearance |
| ADJACENT SCENERY | 3.5 | Henry Mountains, Goblin Valley, Factory Butte cliffs |
| SCARCITY | 4 | Painted desert colors |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 16 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 36C




●IOP ☐Field Office ■Rating Unit 0 0.5 1 Miles

**Detail Location Map**



## Photos

**IOP #148**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #36D Factory Bench

Date: 5/4/2011

Field Office: Price

Evaluators: CJohnson, RDonigan, KJackson

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to rolling with pyramidal talus slopes and vertical cliffs, uplifted hogbacks | Indistinct | Minimal structures visible; not applicable |
| LINE | Horizontal, vertical, angular, undulating, jagged | Indistinct to directional | Minimal structures visible; not applicable |
| COLOR | Grey, buff, yellow, dark brown, red, mauve | Green, grey | Minimal structures visible; not applicable |
| TEXTURE | Smooth overall with isolated rugged features | Directional to stippled, sparse | Minimal structures visible; not applicable |

## Narrative

Mostly undeveloped with low vegetation; sparse vegetation in many areas; flat to rolling with large buttes and few incised washes.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3 | Mostly flat, but Factory Butte is dominant in unit |
| VEGETATION | 1 | No water visible |
| WATER | 0 | No water visible |
| COLOR | 2 | Some muted color variation |
| ADJACENT SCENERY | 4 | Henrys, Boulder Mountain |
| SCARCITY | 3 | Factory Butte and 'Painted Desert' forms add to scarcity |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 13 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #149**



**Scenic Quality Rating Unit Detail Map** SQRU # 36D




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #37
## San Rafael Desert

**Date:** 3/31/2011

**Field Office:** Price

**Evaluators:** MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to slightly rolling, some trapezoidal forms | Low stature, indistinct | No structures visible; not applicable |
| LINE | Horizontal, slightly undulating | Mostly indistinct, horizontal | No structures visible; not applicable |
| COLOR | Tan/buff, some grey, occasional red formations | Grey black brush/sage, some straw/yellow grasses | No structures visible; not applicable |
| TEXTURE | Mostly smooth, medium in some areas | Fine, some stippled | No structures visible; not applicable |

## Narrative

Broad open desert that encompasses the majority of the San Rafael Desert with mostly flat to slightly rolling terrain. Isolated landforms add interest but are usually not dramatic in form or color. Vegetation is limited to sage and grasses.

Expansive views to surrounding units and landforms.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 1.5 | Mostly flat to slightly rolling |
| VEGETATION | 2.5 | Some variety of black brush/sage with grasses in some areas |
| WATER | 0 | No water visible |
| COLOR | 2.5 | Mostly greys but with some interest from grasses and exposed land areas |
| ADJACENT SCENERY | 3 | San Rafael Reef to west, Henrys, La Sals and Book Cliffs enhance setting in various areas |
| SCARCITY | 1.5 | Somewhat common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 11 | SCENIC QUALITY RATING = C |

**Scenic Quality Classification**

- **A** = 19 or more
- **B** = 12-18
- **C** = 11 or less

## Photos

**IOP #104**



**Scenic Quality Rating Unit Detail Map** SQRU # 37




IOP Field Office Rating Unit

0 5 10 Miles

**Detail Location Map**




UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Photos

**IOP #105**



**IOP #106**



Form 8400-1

## Scenic Quality Rating Unit #37A
## San Rafael Desert Basin Iron Wash

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, DStephens

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Slight rolling to flat, flat mesas in some areas | Indistinct | No structures visible; not applicable |
| LINE | Horizontal, undulating, some vertical | Indistinct | No structures visible; not applicable |
| COLOR | Tan/buff, red, grey | Grey, light green mormon tea | No structures visible; not applicable |
| TEXTURE | Smooth to medium | Fine | No structures visible; not applicable |

## Narrative

Expansive sage desert unit adjacent to San Rafael Reef. The San Rafael River runs through, but is generally not prominent. Mesa landforms and drainage canyons provide vertical relief.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Some relief, drainages, landforms |
| VEGETATION | 2 | Some areas of riparian, but limited variety |
| WATER | 1.5 | San Rafael River not prominent |
| COLOR | 2.5 | Mostly subtle but some variety |
| ADJACENT SCENERY | 4 | San Rafael Reef |
| SCARCITY | 1.5 | Mostly common in the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 13.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 37A




Detail Location Map



## Photos

IOP #107



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #108**



**IOP #109**



Form 8400-1

## Scenic Quality Rating Unit #37B Moonshine Wash

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Partially blocky, irregular forms on cliff faces | Indistinct | No structures visible; not applicable |
| LINE | Horizontal, vertical, undulating, angles | Mostly indistinct, some sinuous lines along river | No structures visible; not applicable |
| COLOR | Red, grey, buff/tan | Grey sage/ black kbrush, green, grey yellow seasonal cottonwood | No structures visible; not applicable |
| TEXTURE | Moderate to smooth in some locations | Fine to moderate, stippled | No structures visible; not applicable |

## Narrative

Unit consists of low to moderately high landforms adjacent to Green River; secondary terrace has low mesas and smooth slopes which lead to river. Vegetation is mixed with sage and grasses on upper terraces with riparian mix closer to the Green River.

Views into Moab Field office are distant and vast.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Bold layered and rounded forms |
| VEGETATION | 3 | Sage/grasses, riparian corridor |
| WATER | 2.5 | Good riparian corridor |
| COLOR | 3.5 | Strong reds with some buff, grey |
| ADJACENT SCENERY | 3 | Book Cliffs, La Sals and San Rafael visible from different locations |
| SCARCITY | 3.5 | Not overly common-especially with river |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 19.5 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #110**



Scenic Quality Rating Unit Detail Map SQRU # 37B




Detail Location Map




UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #111**



Form 8400-1

## Scenic Quality Rating Unit #38 Sweetwater Reef

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Low, rolling, rounded, some undulating, vertical faces | Low, mostly indistinct | No structures visible; not applicable |
| LINE | Horizontal, undulating, curved, vertical | Indistinct, some horizonta/undulating on landforms | No structures visible; not applicable |
| COLOR | Red/orange, tan, buff | Grey/blue black brush dominant, some straw yellow grasses | No structures visible; not applicable |
| TEXTURE | Smooth to medium | Fine to medium | No structures visible; not applicable |

## Narrative

Low rounded hills and slopes to include Little Flat Top, Spire Point and Sweetwater Reef; good vegetation cover of sage and grasses. Undulating soft rounded surfaces on cliff faces.

Black brush, mormon tea; mudstone features in some areas. Vast views into San Rafael Desert.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3 | Consistent rolling hills with some distinctive buttes/mesas/cliffs |
| VEGETATION | 3 | Some variety in valley, rock areas |
| WATER | 0 | No water visible |
| COLOR | 3.5 | Range of red, tan/buff and good contrast with monotone color of black brush |
| ADJACENT SCENERY | 2.5 | Some benefit from La Sals, San Rafael Reef in some areas |
| SCARCITY | 1.5 | Somewhat common forms |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 13.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 38




Detail Location Map



## Photos

IOP #112



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat-topped mesas, undulating, block top, flat valley bottoms | Low, indistinct | No structures visible; not applicable |
| LINE | Horizontal, angular | Indistinct, some horizontal line associated with landform | No structures visible; not applicable |
| COLOR | Red, red/purple/grey | Grey-sage/black bush, straw/yellow grasses | No structures visible; not applicable |
| TEXTURE | Rough to medium with southern slopes | Fine to medium | No structures visible; not applicable |

## Narrative

Small unit of mesa landforms that consists of The Big Flat Top which stands out from surrounding San Rafael Desert; landforms somewhat variable. Formation coloras are varied and add visual variety against the muted desert colors.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Buttes within San Rafael Desert |
| VEGETATION | 1.5 | Grasses, mormon tea |
| WATER | 0 | No water visible |
| COLOR | 3.5 | Good range, some are muted |
| ADJACENT SCENERY | 2.5 | San Rafael Reef, Henrys enhance setting somewhat |
| SCARCITY | 3 | Not extremely common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 14 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #38A Flat Tops**

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

**Scenic Quality Rating Unit Detail Map** SQRU # 38A




**Detail Location Map**



## Photos

**IOP #113**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Photos

**IOP #114**



Form 8400-1

## Scenic Quality Rating Unit #38B Texas Hill

**Date:** 5/3/2011

**Field Office:** Price

**Evaluators:** JKeller, VPfeiffer, DHislop, MJeffs

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat, gentle rolling, simple, low | Low, short, indistinct | Cylindrical, vertical, rectangular |
| LINE | Horizontal, soft undulation, simple, continuous | Weak irregular, amorphic | Vertical, diagonal, horizontal |
| COLOR | Light red, tan | Grey, yellow green, grey gren, dark green | White, red |
| TEXTURE | Smooth, fine | Smooth, fine, patchy, some stippling | Clustered |

## Narrative

Open, expansive gently rolling unit with minimal vegetation consisting mostly of sage and grasses. Colored soils do contrast with vegetation. Isolated water sources for livestock.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 1 | Flat, little interest |
| VEGETATION | 1.5 | Some contrast in shrubs vs grasses |
| WATER | 0 | No water visible |
| COLOR | 1.5 | Soil and vegetation muted/subtle |
| ADJACENT SCENERY | 1 | Little influence, too far away |
| SCARCITY | 2 | Expansiveness |
| CULTURAL MODIFICATION | 0 | Modifications do not add any discordant elements |
| TOTAL | 7 | SCENIC QUALITY RATING = C |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #153**



**Scenic Quality Rating Unit Detail Map** SQRU # 38B




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Sloped, gently rolling, some flat | Indistinct, low stature | No structures visible; not applicable |
| LINE | Horizontal, undulating, curved | Indistinct | No structures visible; not applicable |
| COLOR | Tan, buff | Grey sage, some gren/seasonal color at drainage areas-but minimal | No structures visible; not applicable |
| TEXTURE | Smooth to medium in some areas | Fine, dense in some areas | No structures visible; not applicable |

## Narrative

Sloping unit up from San Rafael Desert toward Green River. Mostly sage covered flat to rolling terrain with interspersed mesa/butte forms and some rock outcrops. Unit encompasses Lookout Point and Saucer Basin.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Mostly gently rolling but some butte/mesa forms |
| VEGETATION | 2 | Sage is dominant, some variety at drainages and buttes |
| WATER | 0 | No water visible |
| COLOR | 1.5 | Mostly mute grey/buff |
| ADJACENT SCENERY | 2.5 | Canyons in Moab Field Office, Henrys visible from some areas |
| SCARCITY | 1.5 | Reasonably common but butte/mesas slightly less so. |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 10 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #39**
**San Rafael Desert Transition**

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

**Scenic Quality Rating Unit Detail Map** SQRU # 39




**Detail Location Map**




## Photos

**IOP #115**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

**Scenic Quality Rating Unit #41**
**Horseshoe Canyon**

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, DStephens

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, rounded, some vertical walls | Indistinct | No structues visible; not applicable |
| LINE | Horizontal, undulating, angled | Indistinct | No structues visible; not applicable |
| COLOR | White, buff, tan, red, brown | Dark green, grey, straw/ yellow | No structues visible; not applicable |
| TEXTURE | Medium to smooth | Fine, stippled | No structues visible; not applicable |

## Narrative

Narrow river unit consists of a portion of Gunnison Valley, the town of Green River and initial incised canyon that leads to southern portions of Green River which is a broad drainage unit cutting though Navajo formation and deeply incised canyon.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4.5 | Highly varied rolling to flat |
| VEGETATION | 3.5 | Good diversity |
| WATER | 2.5 | Water in Horseshoe/vegetative spring |
| COLOR | 4 | Wide range of vegetation, landform with some bold/vivid colors |
| ADJACENT SCENERY | 3 | Canyonylands, Moab Canyons, Henrys |
| SCARCITY | 3 | Drainage canyons not extremely common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 20.5 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #116**



**Scenic Quality Rating Unit Detail Map** SQRU # 41




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #41A
## Keg Spring

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, DStephens

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, rounded, some vertical walls | Some rounded mostly indistinct | No structures visible; not applicable |
| LINE | Horizontal undulating | Indistinct | No structues visible; not applicable |
| COLOR | White, buff, tan, some red/brown | Grey-sage/black brush, straw/yellow-grasses, some dark green juniper | No structues visible; not applicable |
| TEXTURE | Medium - some smooth | Fine to medium | No structues visible; not applicable |

## Narrative

Wide rolling drainage area - tributary to Green River that encompasses Keg Spring Canyon; steep canyon walls at drainage corridor. Light color Navajo rock formation are prominent in upper areas.

Vegetation consists mainly of grasses with some riparian closer to river.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Good variety of rolling rock and steep canyon |
| VEGETATION | 3.5 | Mix of black brush/grass with juniper, some riparian along wash |
| WATER | 1.5 | Seasonal water prominent |
| COLOR | 4 | Strong mix of landform and vegetative color with some intensity |
| ADJACENT SCENERY | 3 | Green River, La Sals |
| SCARCITY | 3 | Drainage canyons not extremely common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 19 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #117**



Scenic Quality Rating Unit Detail Map SQRU # 41A




Detail Location Map



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #41B Three Canyon

**Date:** 3/31/2011

**Field Office:** Price

**Evaluators:** MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rolling, mounded | Indistinct | No structures visible; not applicable |
| LINE | Undulating, some horizontal | Indistinct | No structues visible; not applicable |
| COLOR | Red, tan/buff | Grey-sage, straw/yellow | No structues visible; not applicable |
| TEXTURE | Smooth to medium | Stippled, sparse | No structues visible; not applicable |

## Narrative

Drainage tributaries into Green River that encompass Three Canyon, Bull Hollow and is adjacent to Labyrinth Canyon. Rolling buff and red landforms with exposed rock out crops and slickrock; with sparse sage/grass cover.

Views towards Moab Field Office are open and expansive.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Rolling terrain but not major landforms |
| VEGETATION | 2 | Sparse in areas, some diversity |
| WATER | 0 | No water visible |
| COLOR | 3 | Fairly good landform color - some benefit from vegetation |
| ADJACENT SCENERY | 3 | Variable but does enhance in some areas |
| SCARCITY | 2.5 | Somewhat common |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 14 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #118**



**Scenic Quality Rating Unit Detail Map** SQRU # 41B




**Detail Location Map**




UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #119**



Form 8400-1

## Scenic Quality Rating Unit #41C Bull Bottom

Date: 3/31/2011

Field Office: Price

Evaluators: MMeyer, CBockey, RSweeten, DHislop, KIvory

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rounded, bold, pyramidal | Indistinct | No structures visible; not applicable |
| LINE | Horizontal | Indistinct | No structues visible; not applicable |
| COLOR | Red, some tan/buff | Grey sage - minimal | No structues visible; not applicable |
| TEXTURE | Coarse | Fine | No structues visible; not applicable |

## Narrative

Small, distinctive red landform unit adjacent to the Green River; bold vertical forms with smooth, undulating surfaces. Unit has minimal vegetation with distant views to the LaSals and Book Cliffs.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Bold, irregular forms |
| VEGETATION | 1.5 | Minimal vegetation |
| WATER | 0 | No water visible |
| COLOR | 3.5 | Somewhat vivid red with tan/buff |
| ADJACENT SCENERY | 3 | La Sals/Book Cliffs visible from some areas |
| SCARCITY | 4 | Not common formation in the Colorado Plateau |
| CULTURAL MODIFICATION | 0 | Not applicable |
| TOTAL | 16 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

## Photos

**IOP #120**



**Scenic Quality Rating Unit Detail Map** SQRU # 41C




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Form 8400-1

## Scenic Quality Rating Unit #42
## Hwy 6/Gunnison Valley

Date: 3/29/2011

Field Office: Price

Evaluators: MMeyer, CBockey, SBauer, RSweeten, DHislop

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat valley at base of cliffs, trapezoidal, some conical, flat mesas, slightly rolling | Indistinct, low stature | Flat, ribbon, vertical, sticks/cylindrical |
| LINE | Horizontal, angles, curves, undulation | Indistinct | Horizontal, vertical poles |
| COLOR | Grey, yellow, tan | Grey, straw/yellow, little dark green juniper | Grey, brown |
| TEXTURE | Smooth, medium, irregular | Fine, some stippled | Scattered |

## Narrative

Flat to rolling valley unit at the base of Book Cliffs that encompasses US Route 6, the D&RG railroad south to I-70; some flat mesas with sometimes heavily graded edges. Juniper vegetation in some areas, but limited; shadscale, galetta, rice grass.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Mostly flat to rolling - mesas with interesting edges |
| VEGETATION | 1.5 | Little variety, small areas of juniper |
| WATER | 0 | No water visible |
| COLOR | 1.5 | Muted, some variety |
| ADJACENT SCENERY | 3 | Book Cliffs |
| SCARCITY | 1.5 | Common |
| CULTURAL MODIFICATION | 0 | Highway/railroad/transmission lines |
| TOTAL | 9.5 | SCENIC QUALITY RATING = C |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 42




**Detail Location Map**




## Photos

**IOP #121**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #122**



Form 8400-1

**Scenic Quality Rating Unit #43**
**Beckwith Plateau**

Date: 9/26/2011

Field Office: Price

Evaluators: RDonigan, APerry

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rounded to flat plateaus and mesa tops, blocky, tiered exposed faces in side canyons | Amorphous groupings of pinyon-juniper, patchy, stippled | No structues visible; not applicable |
| LINE | Undulating, horizontal, vertical | Indistinct, definite with denser groupings, directions and irregular | No structues visible; not applicable |
| COLOR | Buff, grey, brown, orange | Dark green, straw, grey green | No structues visible; not applicable |
| TEXTURE | Smooth to very rugged | Stippled, clumped, medium | No structues visible; not applicable |

## Narrative

Beckwith Plateau south of the Price River Canyon and west of Grey Canyon (Green River), characterized by flat to rolling plateaus and mesa tops with rugged and steep side drainages and canyons draining to the Price and Green Rivers.

Some areas are sparsely vegetated with isolated pinyon-juniper, other areas have denser pinyon-juniper groupings.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3.5 | Flat to rolling plateaus/mesas combined with exposed steep side canyons/drainages |
| VEGETATION | 2 | Predominantly pinyon-juniper and grass/sage |
| WATER | 0 | None visible |
| COLOR | 2.5 | Some variety and contrast between vegetative types and landform, but not vibrant |
| ADJACENT SCENERY | 3.5 | Good views at perimeter of unit to Green River, Price Rive, San Rafael Swell |
| SCARCITY | 2.5 | Somewhat distinctive but common |
| CULTURAL MODIFICATION | 0 | Nothing noticeable |
| TOTAL | 14 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 43




**Detail Location Map**



## Photos

**IOP #139**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Photos

**IOP #65**



Form 8400-1

**Scenic Quality Rating Unit #44**
**Price River Canyon-South**

Date: 9/26/2011

Field Office: Price

Evaluators: RDonigan, APerry

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Steep, blocky cliff faces, broken and tiered | Indistinct on cliffs,amorphous groupings and directional along river | Not applicable |
| LINE | Horizontal, vertical, broken, sinuous along river | Sinuous along river, directional | Not applicable |
| COLOR | Buff, ran, dark brown, orange | Dark green, straw, grey green, bright green, willow green | Not applicable |
| TEXTURE | Rugged, broken | Stippled and scattered on slopes, clumped along river | Not applicable |

## Narrative

Price River Canyon from Woodside to Green River, vegetation is very sparse to non-existent on steep canyon walls. Dense willow and tamarisk along river with isolated groupings of cottonwoods.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Steep canyon walls |
| VEGETATION | 2 | Little vegetation on slopes, riparian along river |
| WATER | 2.5 | Price river very present, but not dominant |
| COLOR | 3 | Some variety, but not vibrant or dominant |
| ADJACENT SCENERY | 0.5 | Enclosed, but views at east and west wend as it opens up |
| SCARCITY | 3 | Distinctive but similar to other canyons in areas |
| CULTURAL MODIFICATION | 0 | Nothing discordant |
| TOTAL | 15 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 44




IOP Field Office Rating Unit
0 2 4
Miles

**Detail Location Map**



## Photos

**IOP #140**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #141**



Form 8400-1

## Scenic Quality Rating Unit #45 Green River/Book Cliffs

Date: 6/9/2011

Field Office: Price

Evaluators: MMeyer, KWharton, APerry, Dstephens

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Steep, rugged, angled walls, conical, flat topped | Indistinct | N/A |
| LINE | Angled, horizontal, undulating, curved | Indistinct | N/A |
| COLOR | Grey, tan, brown | Light green, grey | N/A |
| TEXTURE | Medium to rough | Fine to medium | N/A |

## Narrative

Large expansive unit that encompasses a large portion of the Roan and Book Cliffs. Vegetation is varied from sage and grasses at lower elevations to pine and aspen at higher elevations. Based on location within unit views can be enclosed to expansive.

The east sid of the unit contain numerous drainages that lead to the Green River.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Steep canyon walls with sloped terraces |
| VEGETATION | 3.5 | Mix of sage on lower slopes and riparian along River. Uplands with pinyon/juniper and deciduous species |
| WATER | 2.5 | Green River is primary dominant feature on east side |
| COLOR | 3.5 | Mix of tan, brown, grey some red but not dominant element with good contrast of vegetation |
| ADJACENT SCENERY | 2 | Minimal distant views from some locations, other viewpoints moderately benefit from surrounding scenery |
| SCARCITY | 3 | Large rivers, canyon settings not common in Colorado Plateau |
| CULTURAL MODIFICATION | 0 | |
| TOTAL | 18.5 | SCENIC QUALITY RATING = A |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

### Scenic Quality Rating Unit Detail Map SQRU # 45




### Detail Location Map




## Photos

**IOP #123**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #124**



Form 8400-1

## Scenic Quality Rating Unit #46 Range Creek

Date: 9/26/2011
Field Office: Price
Evaluators: RDonigan, APerry

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Large rounded pyramidal, conical, blocky tiered steep and exposed | Amorphous groupings, patchy and stippled | No structues visible; not applicable |
| LINE | Diagonal, converging, undulating, horizontal striations, vertical faces | Irregular, defined between grass and vertical vegetation | No structues visible; not applicable |
| COLOR | Brown, tan, buff | Yelow, bright green, dark green, grey green, red, orange | No structues visible; not applicable |
| TEXTURE | Variable, smooth to rough | Variable, smooth to dense, patchy and stippled | No structues visible; not applicable |

## Narrative

Range Creek valley with steep diagonal slopes and tiered exposed slopes, also some areas are densely vegetated with no exposed landforms. As slopes get steeper, vegetative color decreases and more rock is exposed.

Unit is between the Book Cliffs on the west and the Roan Cliffs on the east. Vegetation is very diverse including sage, juniper, box elder, cottonwood, ash, rabbitbrush, fir and maple.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4 | Steep vertical tiered landforms |
| VEGETATION | 4.5 | Large diversity from alpine to riparian |
| WATER | 2 | Defines unit, but not very visible from most places |
| COLOR | 3.5 | Good vegetation color, contrast with landform |
| ADJACENT SCENERY | 0 | Creek Valley is enclosed |
| SCARCITY | 3.5 | Very distinctive but somewhat similar |
| CULTURAL MODIFICATION | 0 | None |
| TOTAL | 17.5 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

## Photos

**IOP #142**



**Scenic Quality Rating Unit Detail Map** SQRU # 46




**Detail Location Map**




UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #143**



**IOP #144**



Form 8400-1

**Scenic Quality Rating Unit #47**
**South Book Cliffs Bench**

Date: 3/29/2011

Field Office: Price

Evaluators: RDonigan, JKeller, JJames, MTweddell, MMeyer

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Benches on sloping grade, rounded, pyramidal | Indistinct, some rounded, low | Square/rectangular, linear ash piles |
| LINE | Horizontal, angled, some curved | Indistinct, irregular edges | Vertical/horizontal |
| COLOR | Tan, buff, grey | Dark green pinyon, juniper, sage | Grey, white, brown, green, yellow |
| TEXTURE | Medium, smooth | Medium to coarse, stippled, patchy | Varies |

## Narrative

Unit consists of bench area and the base of the Book Cliffs to include the town of Sunnyside. A large coal-fired power plant is located at Sunnyside Co-Gen; large areas burned in 1996 which alters typical vegetation patterns for the area.

Vegetation is limited to sages and some juniper.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2.5 | Some buttes/mesas, not exceptional |
| VEGETATION | 3 | Two major types (juniper/sage), patches of grass |
| WATER | 0 | Present - but not noticeable |
| COLOR | 2 | Muted-mostly from vegetation |
| ADJACENT SCENERY | 3.5 | Bookcliffs escarpments |
| SCARCITY | 1.5 | Pretty common |
| CULTURAL MODIFICATION | -1 | Coal plant & Sunnyside |
| TOTAL | 11.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

- **A** = 19 or more
- **B** = 12-18
- **C** = 11 or less

**Scenic Quality Rating Unit Detail Map** SQRU # 47




**Detail Location Map**




## Photos

**IOP #125**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #126**



Form 8400-1

## Scenic Quality Rating Unit #48
## Emma Park

Date: 6/9/2011

Field Office: Price

Evaluators: MMeyer, KWharton

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to gently rolling, broad valley/bench | Indistinct | Rectangular |
| LINE | Horizontal, undulating | Some irregular along patch edges | Horizontal, vertical, angled |
| COLOR | Tan, buff, little exposed | Gray sage, juniper, minimal dark green, light green aspen | Tan, white, gray |
| TEXTURE | Smooth | Fine, stippled | Scattered |

## Narrative

This unit includes rolling sage and agriculture in a bench area that transitions between formations in the Book Cliffs. Some agriculture use adds to the setting. Some small areas of aspen extend down the hills into the bench at eastern end.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 2 | Gently rolling with some hills |
| VEGETATION | 2 | Mostly sage with some pinyon juniper, evergreen along the fringes |
| WATER | 0 | None |
| COLOR | 2.5 | Mostly gray-green of sage and pastures |
| ADJACENT SCENERY | 3.5 | Book Cliffs provide dramatic backdrop |
| SCARCITY | 1.5 | Sage flat areas somewhat common |
| CULTURAL MODIFICATION | 0.5 | Pastoral setting with agriculture use |
| TOTAL | 12 | SCENIC QUALITY RATING = B |

Scenic Quality Classification

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

Scenic Quality Rating Unit Detail Map SQRU # 48




Detail Location Map




## Photos

**IOP #127**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #128**



Form 8400-1

## Scenic Quality Rating Unit #49
## Jack Canyon WSA

Date: 6/9/2011

Field Office: Price

Evaluators: MMeyer, KWharton, Allan (BLM), Don S. (BLM)

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Rugged, block, steep angular slopes | Indistinct | No structues visible; not applicable |
| LINE | Horizontal, curved, horizontal undulation | Indistinct | No structues visible; not applicable |
| COLOR | Tan, buff, brown | Dark green of pinyon juniper | No structues visible; not applicable |
| TEXTURE | Rugged, some areas medium to smooth | Fine, stippled | No structues visible; not applicable |

## Narrative

This unit is a steep canyon landscape with undulating canyon walls and encompasses Ninemile Canyon. Unit also includes the Green River with and the canyon/drainage landforms leading to the river.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 4.5 | Steep rugged canyon landscape with Green River along east edge |
| VEGETATION | 3.5 | Mix of pinyon juniper, sage with some riparian drainages |
| WATER | 5 | Green River is dominant e lement in east area of unit |
| COLOR | 3.5 | Tan, buff, brown, some red contrast with vegetation |
| ADJACENT SCENERY | 2.5 | Some enhancement of setting but not strong because of canyon topography |
| SCARCITY | 4 | Somewhat similar to deep, rugged canyons in Colorado Plateau but distinctive feature in Book Cliffs, large rivers not common |
| CULTURAL MODIFICATION | 0 | Absent/no impact |
| TOTAL | 23 | SCENIC QUALITY RATING = A |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #129**



Scenic Quality Rating Unit Detail Map SQRU # 49




Detail Location Map



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

## Photos

**IOP #130**



**IOP #131**



Form 8400-1

## Scenic Quality Rating Unit #50 Horse Bench

Date: 6/9/2011

Field Office: Price

Evaluators: MMeyer, KWharton, Allan (BLM), Don S. (BLM)

## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat to gently rolling with some areas more deeply rolling | Some rounded individual, indistinct | Cylindrical, rectangular |
| LINE | Horizontal, rounded, undulating | Irregular along edges or pinyon juniper but mostly indistinct | Curved, horizontal, vertical |
| COLOR | Tan, buff | Gray sage, dark green pinyon juniper, evergreens at some location at higher elevation | Tan, dark green |
| TEXTURE | Smooth to medium | Fine, stippled | Varies |

## Narrative

The unit is an upper West Tavaputs Plateau area with extensive sage cover in some areas and pinyon juniper cover in others. There is a distant view of the Green River formation to the north. Oil and Gas development is prominent.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 1.5 | Mostly rolling hills and flat areas |
| VEGETATION | 3 | Mix of pinyon juniper, shrubs, and sage |
| WATER | 0 | Absent |
| COLOR | 2 | Mostly gray green of vegetation |
| ADJACENT SCENERY | 3 | Surrounding mountains, Green River formation enhances setting |
| SCARCITY | 1.5 | Sage and pinyon juniper flats and fills common but on elevated plateau less so |
| CULTURAL MODIFICATION | -0.5 | Some effects from oil and gas development but not highly noticeable |
| TOTAL | 10.5 | SCENIC QUALITY RATING = C |

**Scenic Quality Classification**

**A** = 19 or more

**B** = 12-18

**C** = 11 or less

## Photos

**IOP #132**



**Scenic Quality Rating Unit Detail Map** SQRU # 50




**Detail Location Map**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

# Photos

**IOP #133**



**IOP #134**



## Landscape Character *(Feature)*

| | LANDFORM/WATER | VEGETATION | STRUCTURE |
|---|---|---|---|
| FORM | Flat with rounded pyramidal forms, borth, stee vertical cliffs and mesas, rectangular triangular | Amorphous groupings of juniper on west end, east end indistinct and sparse | Cylindrical, rectangular, geometric |
| LINE | Horizontal, diagonal, vertical, curving | Irregular, directional with landform | Horizontal, vertical |
| COLOR | Grey, white, buff, brown | Grey sage, grass green, dark green, pinyon juniper | Desert brown, dark green |
| TEXTURE | Smooth, plateau, medium, faces | Gradational, patchy, fine to medium | Dispersed, widely scattered |

## Narrative

The unit includes a flat plateau above Nine Mile Canyon with faces of badland cliffs included in the unit. The west end is populated with pinyon juniper with vegetation more sparse at the end end. Seasonal wildflower color is present.

There are good views into Nine Mile Canyon and the Green River on the east end.

## Scenic Quality Rating Score

| | RATING | EXPLANATION OR RATIONALE |
|---|---|---|
| LANDFORM | 3 | Plateau with rounded hills and some vertical cliffs |
| VEGETATION | 2 | Mostly sparse sage, steep faces with no vegetation. The west end has pinyon juniper |
| WATER | 0 | None visible |
| COLOR | 2.5 | Some variety and contrast, but muted tones |
| ADJACENT SCENERY | 2.5 | Views into Green River and Nine Mile enhance a little |
| SCARCITY | 1.5 | Interesting but common |
| CULTURAL MODIFICATION | 0 | Scattered gas facilities but do not detract |
| TOTAL | 11.5 | SCENIC QUALITY RATING = B |

**Scenic Quality Classification**

**A** = 19 or more
**B** = 12-18
**C** = 11 or less

Form 8400-1

**Scenic Quality Rating Unit #51 Wrinkles Road**

Date: 6/8/2011

Field Office: Price

Evaluators: RDonigan, VPfeiffer, SOlmstead (BLM)

Scenic Quality Rating Unit Detail Map SQRU # 51




Detail Location Map




## Photos

IOP #135



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

**Field Office:** Price

**Name:** San Rafael Reef

SLRU Number **1**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Backcountry, OHV, highly varied users |
| **Amount of Use Rating:** | H | High use areas, especially Temple Mountain, season in many areas |
| **Public Interest Rating:** | H | Interest from communities and user groups |
| **Adjacent Lands Rating:** | H | Adjacent to I-70, Goblin Valley |
| **Special Areas Rating:** | H | Extensive WSAs, ACECs |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Numerous special features and attraction |

**Unit Narrative:** Unit encompasses San Rafael Reef south of I-70. Extensive and multiple types of use including background and OHV. Also has numerous special features such as Temple Mountain. Includes portion of SRMA boundary.

**Field Office:** Price

**Name:** Sids Mountain Mexican Mtn.

SLRU Number **2**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Setting important to recreation, OHV users |
| **Amount of Use Rating:** | H | High seasonal use but some in most of year |
| **Public Interest Rating:** | H | Area important to communities |
| **Adjacent Lands Rating:** | H | Views of area from I-70, Cedar Mountain |
| **Special Areas Rating:** | H | Unit contains WSAs |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Extensive WSAs and high recreation use |

**Unit Narrative:** Unit has high OHV use especially on 4 ATV routes through Buckhop, the Wedge and Sids Mountain areas. Area has national significance with extensive WSAs.

**Field Office:** Price
**Name:** Deso
**SLRU Number** **3**
**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | River runners and back country, hiking, horseback riding |
| **Amount of Use Rating:** | M | Highly seasonal, controlled access |
| **Public Interest Rating:** | H | Important to user groups and communities |
| **Adjacent Lands Rating:** | L | Adjacent to WSAs but not highly visible |
| **Special Areas Rating:** | H | WSA and national historic landmark |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | High use areas of national significance |

**Unit Narrative:** Unit sees high season use from river runners but controlled access limits overall use. Permit holders provide most users (6-8000 in summer). Area is used for hiking, horseback riding and back country uses. Green River is an eligible W&SR segment.

**Field Office:** Price
**Name:** Horseshoe
**SLRU Number** **4**
**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Back country hiking, cultural tourism |
| **Amount of Use Rating:** | L | Difficult access, not well known |
| **Public Interest Rating:** | L | Generally little known |
| **Adjacent Lands Rating:** | H | Adjacent to Green River |
| **Special Areas Rating:** | H | WSA |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Cultural resources have national significance |

**Unit Narrative:** Unit is adjacent to Green River and user include back country hikers, river runners and visitors to cultural resources.

**Field Office:** Price

**Name:** Capital Reef/Cathedral

SLRU Number **5**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Recreation, tourism |
| **Amount of Use Rating:** | H | Popular scenic driving route |
| **Public Interest Rating:** | H | High interest from multiple groups |
| **Adjacent Lands Rating:** | H | Capital Reef National Park |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Adjacent to Capital Reef and popular scenic touring area |

**Unit Narrative:** Unit encompasses area adjacent to Capital Reef that includes portion of Cathedral Valley scenic drive.

**Field Office:** Price

**Name:** Goblin Valley

SLRU Number **6**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Recreation users at Little Wild Horse, camping, state park tourists |
| **Amount of Use Rating:** | H | Very popular, high use most of year |
| **Public Interest Rating:** | H | Very well known and important to communities |
| **Adjacent Lands Rating:** | M | San Rafael Reef and San Rafael Desert |
| **Special Areas Rating:** | H | State Park, San Rafael Reef WSA |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Well known and popular destination |

**Unit Narrative:** State Park is popular destination and receives use throughout much of year though higher in spring/summer.

**Field Office:** Price

**Name:** Millsite

SLRU Number **7**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Hiking, camping |
| **Amount of Use Rating:** | M | Somewhat limited most times but high during some parts of year |
| **Public Interest Rating:** | H | Important to local communities |
| **Adjacent Lands Rating:** | M | Forest Service, residential development |
| **Special Areas Rating:** | H | State Park |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | Moderate use area, State Park |

**Unit Narrative:** Unit encompasses State Park which is primary use area but there is high local interest in area for general recreation.

**Field Office:** Price

**Name:** I-70 ACEC

SLRU Number **8**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | General traveler, tourists for scenery |
| **Amount of Use Rating:** | H | Very high but most are just travelling through |
| **Public Interest Rating:** | H | High travel corridor with scenic overlooks |
| **Adjacent Lands Rating:** | H | Adjacent to San Rafael Reef, Sids Mountain WSAs |
| **Special Areas Rating:** | H | ACEC for scenery along highway |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Important for regional scenery, tourism |

**Unit Narrative:** Unit is scenic corridor through San Rafael Reef and is an ACEC for scenery. Six scenic-interpretive overlooks attract visitors. Other ACECs in area include San Rafael Canyon, San Rafael Reef and Sager's Hole.

**Field Office:** Price

**Name:** Dinosaur Diamond

**SLRU Number** **9**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Tourists and local traffic, paleo-tourism |
| **Amount of Use Rating:** | H | High traffic route from I-17 to I-15 through Spanish for canyon and for local communities |
| **Public Interest Rating:** | M | Some interest from communities in byway |
| **Adjacent Lands Rating:** | L | Areas along highway open, some development/disturbance |
| **Special Areas Rating:** | H | Book Cliffs, Cedar Mountain and San Rafael Reef Bluff |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | User: paleotourism, paved highway, local/regional motorized traffic. |

**Unit Narrative:** Unit is corridor for portion of Dinosaur Diamond National Scenic Byway.

**Field Office:** Price

**Name:** Nine Mile Backway

**SLRU Number** **10**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Industry, cultural tourism, hunting, river runners |
| **Amount of Use Rating:** | H | Tourism and industry use most of the year |
| **Public Interest Rating:** | H | Important to community and region |
| **Adjacent Lands Rating:** | L | Oil and gas development in surrounding areas |
| **Special Areas Rating:** | H | Back country byway, cultural ACEC |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Well-known national to international attraction for cultural resources. |

**Unit Narrative:** Byway is a well-known cultural resource attraction but also supports extensive traffic for oil and gas industry. Wider SRMA area accommodates hunters, OHV, and hiking with scattered ranches throughout.

**Field Office:** Price

**Name:** Indian Canyon

SLRU Number **11**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Mostly local traffic, commuters |
| **Amount of Use Rating:** | H | High use during most of year |
| **Public Interest Rating:** | M | Setting somewhat important to local area |
| **Adjacent Lands Rating:** | L | Communities at south end |
| **Special Areas Rating:** | H | State scenic byway |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | Scenic byway that carries mostly local traffic. |

**Unit Narrative:** Unit used for local traffic mostly but has some tourism since it is a scenic byway.

**Field Office:** Price

**Name:** Buckhorn/Wedge

SLRU Number **12**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Regional tourism and scenic drives, OHV recreation, camping, range |
| **Amount of Use Rating:** | H | Popular drive to scenic canyons |
| **Public Interest Rating:** | M | Somewhat important to surrounding communities |
| **Adjacent Lands Rating:** | L | Primarily rural development |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | High level of tourism to scenic canyons. |

**Unit Narrative:** Unit is the corridor along to drive to the Wedge and Buckhorn Canyon. Popular recreation sites for local and regional users with cultural resource interpretive site in Buckhorn. Also the road to Mexican Mountain.

**Field Office:** Price

**Name:** Cedar/CLDG

**Evaluation Date:** 5/18/2011

SLRU Number **13**

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Local residents and tourists to Cedar Mountain |
| **Amount of Use Rating:** | L | Generally low but some seasonal increase |
| **Public Interest Rating:** | L | Mostly just a local road with no heightened public interest |
| **Adjacent Lands Rating:** | L | Mostly rural development |
| **Special Areas Rating:** | H | Access to Cleveland Lloyd and Cedar Mountain |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | L | Byway but generally low use and low public interest. |

**Unit Narrative:** Unit is State scenic byway that is access to Cedar Mountain and Cleveland Lloyd Dinosaur Quarry.

**Field Office:** Price

**Name:** Price Valley

**Evaluation Date:** 5/18/2011

SLRU Number **14**

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Primarily agriculture, some recreation |
| **Amount of Use Rating:** | M | Regular use throughout most of the year |
| **Public Interest Rating:** | L | Some interest in rural setting for residents |
| **Adjacent Lands Rating:** | L | Landscape is already somewhat modified and additional development will not affect surrounding areas |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | L | Mostly agricultural and open space setting but little recreation or other uses |

**Unit Narrative:** Unit encompasses Valley and foothills surrounding Price and other communities

**Field Office:** Price

**Name:** Humbug Flats

**SLRU Number** **15**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Some recreation, range |
| **Amount of Use Rating:** | L | Generally low use with some increase seasonally along River |
| **Public Interest Rating:** | L | Not much interest to local area |
| **Adjacent Lands Rating:** | M | Setting somewhat important to Mexican Mountain wilderness area and Book Cliffs |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | Generally not a high use or value area except for Green River and views of S.R. swell wilderness areas and Book Cliffs. |

**Unit Narrative:** Unit encompasses the Green River and area surrounding Cedar Mountain, extending to San Raphael Swell to the south

**Field Office:** Price

**Name:** Labyrinth

**SLRU Number** **16**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Boaters, canoeing, motor boats |
| **Amount of Use Rating:** | M | Some use year round but somewhat limited access |
| **Public Interest Rating:** | H | River corridor is major visual concern |
| **Adjacent Lands Rating:** | L | Adjacent areas do not have visibility except right at edge of canyon |
| **Special Areas Rating:** | H | Eligible wild and scenic river segment |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Visual setting important for user and the public. |

**Unit Narrative:** Unit is the Green River Canyon that has moderate boating traffic.

**Field Office:** Price
**Name:** San Raphael Desert
**SLRU Number** **17**
**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | L | Range, some recreation |
| **Amount of Use Rating:** | L | Minimal use |
| **Public Interest Rating:** | L | Not much interest from surrounding area |
| **Adjacent Lands Rating:** | M | Somewhat important to setting to San Raphael Reef |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | L | Area of little use or interest |

**Unit Narrative:** SLRU encompasses desert area between San Raphael Reef and the Green River

**Field Office:** Price
**Name:** Price, Helper, Wellington
**SLRU Number** **18**
**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Local residents, workers, some tourists |
| **Amount of Use Rating:** | H | High concentrations of use around communities |
| **Public Interest Rating:** | M | Visual setting somewhat important to residents |
| **Adjacent Lands Rating:** | L | Mostly rural, agricultural uses with some industrial |
| **Special Areas Rating:** | L | Helper historic district |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | Generally highly modified landscape with rural communities. |

**Unit Narrative:** Unit includes extensive private property along highway corridors. Communities of Price, Helper, Wellington, Sunnyside, East Carbon, Hunington, Ferron.

**Field Office:** Price

**Name:** Interior Swell

SLRU Number **19**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Recreation, backcountry users, some range |
| **Amount of Use Rating:** | M | Higher in areas near I-70 but minimal in southern reaches |
| **Public Interest Rating:** | H | Highly visible from I-70 as foreground to WSAs and Interior of Swell |
| **Adjacent Lands Rating:** | H | Setting important to surrounding WSAs and views from I-70 corridor |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Mostly intact landscape as foreground to views from I-70 and to Interior of Swell |

**Unit Narrative:** Unit encompasses the interior portion of the San Raphael swell and serves as foreground for views of swell features from scenic viewpoints and is used for some recreation activities.

**Field Office:** Price

**Name:** Mussentuchit Flat

SLRU Number **20**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | L | Some recreation, range |
| **Amount of Use Rating:** | L | Seasonal recreation |
| **Public Interest Rating:** | M | Generally viewed as undisturbed landscape to local area and major change could be a problem |
| **Adjacent Lands Rating:** | M | Setting somewhat important to San Raphael Swell and Muddy Creek |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | Somewhat important visual setting to San Raphael Reef |

**Unit Narrative:** Unit encompasses agricultural and open space landscape on west side of San Raphael Swell and adjacent to Hwy 10 corridor

**Field Office:** Price
**Name:** Molen Reef and The Red Ledges
**SLRU Number** **21**
**Evaluation Date:** 5/18/2011
**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | L | Agriculture, range, some recreation |
| **Amount of Use Rating:** | L | Low intensity development, some seasonal recreation |
| **Public Interest Rating:** | M | Agriculture and open space landscape and somewhat important to area |
| **Adjacent Lands Rating:** | M | Setting somewhat important to San Raphael Swell and Sid's Mountain wilderness |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | Unit is somewhat visually important to San Raphael Swell and local communities |

**Unit Narrative:** Unit encompasses agricultural and open space landscape between the Hwy 10 corridor and San Raphael Swell

**Field Office:** Price
**Name:** Mant-LaSal
**SLRU Number** **22**
**Evaluation Date:** 5/18/2011
**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Recreation, Back country users and some Agriculture/Rural development in foothills area |
| **Amount of Use Rating:** | M | Attracts some local users and recreation users from regional area |
| **Public Interest Rating:** | M | Somewhat important as backdrop for communities |
| **Adjacent Lands Rating:** | H | Important to maintaining the visual setting of highway corridor, recreation areas and communities |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Important recreation area and backdrop for local communities |

**Unit Narrative:** Unit encompasses the foothills and mountains of the Mant-LaSals west of Hwy 10 and Price

**Field Office:** Price
**Name:** Cleveland Lloyd Dinosaur Quarry
SLRU Number **23**
**Evaluation Date:** 5/18/2011
**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Paleo tourism, school classes |
| **Amount of Use Rating:** | M | Some use year round |
| **Public Interest Rating:** | M | Important to communities |
| **Adjacent Lands Rating:** | L | Near scenic road and Cedar Mountain |
| **Special Areas Rating:** | H | Dinosaur Quarry, visitor center |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | Visual setting is part of quarry experience. |

**Unit Narrative:** Unit is important paleontological site and location of first BLM visitor center.

**Field Office:** Price
**Name:** West Book Cliffs
SLRU Number **24**
**Evaluation Date:** 5/18/2011
**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | Recreation, back country, some range and oil and gas |
| **Amount of Use Rating:** | L | Rugged landscape has little access in some areas |
| **Public Interest Rating:** | H | Serves a backdrop for Price and Hwy 6 communities |
| **Adjacent Lands Rating:** | M | Somewhat important to setting for communities |
| **Special Areas Rating:** | N/A | |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | Rugged area has some back country recreation and is backdrop for Price Valley |

**Unit Narrative:** Unit encompasses the Book Cliffs surrounding Nine Mile Canyon north and east of Price and Hwy 6 valley

**Field Office:** Price

**Name:** Price Canyon

SLRU Number **25**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | M | Recreation, camping, hiking |
| **Amount of Use Rating:** | L | Small area with low visitation |
| **Public Interest Rating:** | M | Somewhat important to community-local users |
| **Adjacent Lands Rating:** | L | Not close to important vistas or sensitive uses |
| **Special Areas Rating:** | L | Not close to designated areas |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | M | Low use general recreation area for local population. |

**Unit Narrative:** Unit contains BLM 1960's era campground and Bristle Cone Pine Trail. Mostly used by local residents.

**Field Office:** Price

**Name:** Sand Wash

SLRU Number **26**

**Evaluation Date:** 5/18/2011

**Evaluators:** KLloyd, KBeagley, SBauer, CConrad, DStephens, RJenson, DKranendonk, AHarrington, FJohnson, BMiller, CLeschin, RSweeten, MMeyer

| | Rating | Explanation Text |
|---|---|---|
| **Use Type Rating:** | H | River floaters, back country recreation, back country airport |
| **Amount of Use Rating:** | L | Controlled access limits use |
| **Public Interest Rating:** | H | Well known to public, popular but use is limited |
| **Adjacent Lands Rating:** | L | Isolated area not visually important to surrounding area |
| **Special Areas Rating:** | H | Historic structures and ferry |
| **Other Factors Rating:** | N/A | |
| **Overall Unit Rating:** | H | River corridor unit with back country airport. |

**Unit Narrative:** Unit contains recreation site and back country airport in river corridor. Popular for river floating but controlled access limits numbers.



Route A
Route 6
Route B
Route 70
Route 24
Route 10
Mt. Bartles
Buck Davis Field
Price
Monument Peak
CASTLE VALLEY
Huntington Municipal Airport
Orangeville
COLORADO PLATEAU
San Rafael River
Price River
Green River
Green River Municipal Airport
San Rafael
COAL CLIFFS
SAN RAFAEL DESERT
Cedar Mountain
96
264
31
191
123
124
122
155
6
29
57
10
70
24
Key
Selected Observation Platform
Price Field Office Boundary
Visual Distance Zone Code
Foreground-Middleground
Background
Seldom Seen
0
5
10
Miles
N


96
191
264
Mt. Bartles
Buck
Davis
Field
Monument
Peak
Price
31
123
124
122
CASTLE
VALLEY
Huntington
Municipal Airport
155
6
29
Price River
57
Orangeville
San Rafael River
COLORADO PLATEAU
10
Green River
Green River
Municipal Airport
San Rafael
70
COAL CLIFFS
Green River
24
SAN RAFAEL DESERT
Cedar
Mountain
Key
Selected Observation Platform
15-mile Analysis Extent
Visible Area
Price Field Office Boundary
Visual Distance Zone Code
Foreground-Middleground
Background
Seldom Seen
0
5
10
Miles
N


96
191
264
Mt. Bartles
Buck
Davis
Field
Monument
Peak
Price
31
123
124
122
CASTLE
VALLEY
Huntington
Municipal Airport
155
6
29
Price River
57
Orangeville
San Rafael River
COLORADO PLATEAU
10
Green River
Green River
Municipal Airport
COAL CLIFFS
70
San Rafael
Green River
24
SAN RAFAEL DESERT
Cedar
Mountain
Key
Selected Observation Platform
15-mile Analysis Extent
Visible Area
Price Field Office Boundary
Visual Distance Zone Code
Foreground-Middleground
Background
Seldom Seen
0
5
10
Miles
N



96
191
264
Monument Peak
Buck Davis Field
Mt. Bartles
Price
31
123
122
124
CASTLE VALLEY
Huntington Municipal Airport
155
6
29
Price River
57
Orangeville
COLORADO PLATEAU
San Rafael River
10
Green River
Green River Municipal Airport
COAL CLIFFS
70
San Rafael
Green River
24
SAN RAFAEL DESERT
Cedar Mountain
Key
Selected Observation Platform
15-mile Analysis Extent
Visible Area
Price Field Office Boundary
Visual Distance Zone Code
Foreground-Middleground
Background
Seldom Seen
0
5
10
Miles
N


96
191
264
Monument Peak
Buck Davis Field
Mt. Bartles
Price
31
123
122
124
CASTLE VALLEY
Huntington Municipal Airport
155
6
29
Price River
57
Orangeville
San Rafael River
COLORADO PLATEAU
10
Green River
Green River Municipal Airport
70
San Rafael
COAL CLIFFS
Green River
24
SAN RAFAEL DESERT
Cedar Mountain
Key
Selected Observation Platform
15-mile Analysis Extent
Visible Area
Price Field Office Boundary
Visual Distance Zone Code
Foreground-Middleground
Background
Seldom Seen
0
5
10
Miles
N


96
191
264
Mt. Bartles
Monument Peak
Buck Davis Field
Price
31
123
122
124
CASTLE VALLEY
Huntington Municipal Airport
155
6
29
Price River
57
Orangeville
COLORADO PLATEAU
San Rafael River
10
Green River
Green River Municipal Airport
70
San Rafael
COAL CLIFFS
Green River
24
SAN RAFAEL DESERT
Cedar Mountain
Key
Selected Observation Platform
15-mile Analysis Extent
Visible Area
Price Field Office Boundary
Visual Distance Zone Code
Foreground-Middleground
Background
Seldom Seen
0 5 10
Miles
N


96
191
264
Monument Peak
Buck Davis Field
Mt. Bartles
Price
31
123
122
124
CASTLE VALLEY
Huntington Municipal Airport
155
6
29
Price River
57
Orangeville
COLORADO PLATEAU
San Rafael River
10
Green River
Green River Municipal Airport
COAL CLIFFS
70
San Rafael
Green River
24
SAN RAFAEL DESERT
Cedar Mountain
Key
Selected Observation Platform
15-mile Analysis Extent
Visible Area
Price Field Office Boundary
Visual Distance Zone Code
Foreground-Middleground
Background
Seldom Seen
0
5
10
Miles
N


96
191
264
Monument Peak
31
Buck Davis Field
Mt. Bartles
Price
123
124
122
CASTLE VALLEY
Huntington Municipal Airport
155
6
29
Price River
57
Orangeville
COLORADO PLATEAU
San Rafael River
10
Green River
Green River Municipal Airport
San Rafael
70
COAL CLIFFS
Green River
24
SAN RAFAEL DESERT
Cedar Mountain
Key
Selected Observation Platform
15-mile Analysis Extent
Visible Area
Price Field Office Boundary
0 5 10
Miles
Visual Distance Zone Code
Foreground-Middleground
Background
Seldom Seen
Platform Count
1
2
3
4
N