# EXHIBIT 2

Department of the Interior
Bureau of Land Management
Utah State Office

# Visual Resource Inventory

Prepared for:

Vernal Field Office
170 South 500 East
Vernal, UT 84078

Prepared by:

Logan Simpson Design Inc.
51 West Third Street
Tempe, Arizona 85281

November 2011

*This Page Intentionally Left Blank*

# CONTENTS

**List of Figures and Tables** .......... iv

**List of Abbreviations** .......... v

**1.0 Introduction** .......... **1-1**
- 1.1 Background and Purpose .......... 1-1
- 1.2 Analysis Area .......... 1-1
- 1.3 Visual Resource Management Process and Overview .......... 1-2
  - 1.3.1 Visual Resource Inventory Classes .......... 1-2
  - 1.3.2 Visual Resource Management Objectives .......... 1-3
- 1.4 Data Standards .......... 1-3

**2.0 Scenic Quality Evaluation** .......... **2-1**
- 2.1 Introduction .......... 2-1
  - 2.1.1 Physiographic Provinces .......... 2-1
  - 2.1.2 Scenic Quality Factors .......... 2-2
  - 2.1.3 Scenic Quality Rating Units .......... 2-3
  - 2.1.4 Scenic Quality Rating Unit Delineation .......... 2-3
  - 2.1.5 Field Inventory .......... 2-3
- 2.2 Scenic Quality Summary .......... 2-8
  - 2.2.1 Key Factor Analysis .......... 2-8
  - 2.2.2 Scenic Quality Ratings—Overall Analysis Area .......... 2-11

**3.0 Sensitivity Level Analysis** .......... **3-1**
- 3.1 Introduction .......... 3-1
- 3.2 Sensitivity Level Rating Units .......... 3-1
- 3.3 Sensitivity Level Rating Summary .......... 3-1

**4.0 Delineation of Distance Zones** .......... **4-1**
- 4.1 Introduction .......... 4-1
- 4.2 Mapping Methodology .......... 4-1
- 4.3 Distance Zones Summary .......... 4-1

**5.0 Visual Resource Inventory Classes** .......... **5-1**
- 5.1 Introduction .......... 5-1
- 5.2 Vernal Field Office .......... 5-1

**6.0 References** .......... **6-1**

**Appendix A SQRU Maps, Photos, and Rating Sheets**

**Appendix B SLRU Forms from Database**

**Appendix C Visibility Analysis Maps**

# List of Figures and Tables

## Figures

Figure 1 Location Map ........ 1-2
Figure 2 Physiographic Province Map ........ 2-1
Figure 3 Scenic Quality Rating Units ........ 2-5
Figure 4 SQRU Rating Form (Page 1) ........ 2-7
Figure 5 SQRU Rating Form (Page 2) ........ 2-7
Figure 6 Scenic Quality Inventory and Evaluation Chart ........ 2-8
Figure 7 Key Factor Analysis—Landform ........ 2-21
Figure 8 Key Factor Analysis—Vegetation ........ 2-23
Figure 9 Key Factor Analysis—Water ........ 2-25
Figure 10 Key Factor Analysis—Color ........ 2-27
Figure 11 Key Factor Analysis—Adjacent Scenery ........ 2-29
Figure 12 Key Factor Analysis—Scarcity ........ 2-31
Figure 13 Key Factor Analysis—Cultural Modifications ........ 2-33
Figure 14 Scenic Quality Rating Map ........ 2-35
Figure 15 Sensitivity Level Rating Units Map ........ 3-3
Figure 16 Visual Distance Zones Map ........ 4-3
Figure 17 Visual Resource Inventory Class Matrix ........ 5-1
Figure 18 Visual Resource Inventory Map ........ 5-3

## Tables

Table 1 Scenic Quality Rating Summary—by Unit ........ 2-12
Table 2 Scenic Quality Rating Summary—by Rating ........ 2-16
Table 3 Sensitivity Level Rating Summary Sheet, Form 8400-6 ........ 3-5

# List of Abbreviations

| | |
|---|---|
| ACECs | areas of critical environmental concern |
| BLM | Bureau of Land Management |
| FLPMA | Federal Land Policy and Management Act |
| GIS | geographic information system |
| GPS | Global Positioning System |
| IOP | inventory observation points |
| NEPA | National Environmental Policy Act |
| RMP | resource management plan |
| SLRU | sensitivity level rating units |
| SQFI | Scenic Quality Field Inventory |
| SQRU | Scenic Quality Rating Units |
| VFO | Vernal Field Office |
| VRI | Visual Resource Inventory |
| VRM | Visual Resource Management |
| WSA | Wilderness Study Area |
| U.S.C. | United States Code |

*This Page Intentionally Left Blank*

## 1.1 Background and Purpose

Public lands administered by the Bureau of Land Management (BLM) include some of the most scenic landscapes in the nation. In addition to their scenic value, these lands provide for a variety of uses consisting of active and passive recreational activities; grazing; timber harvesting; mining; and utilitarian development such as transmission lines, roads, gas and oil wells, and other surface-disturbing activities. Natural resource management of public lands—and especially the management of the scenic values of those lands—is an important aspect of the BLM's stewardship responsibilities, not only because the BLM is mandated to manage its lands for multiple uses but also because potential conflicts among those uses are increasing. These responsibilities are reinforced and supported by the BLM's mission statement:

> *It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.*

The BLM's responsibilities for managing and protecting scenic values of public lands are further established by requirements in the following federal regulations:

**Federal Land Policy and Management Act of 1976 (43 United States Code (U.S.C.) 1701 et seq.):**

- Section 102(a)(8) states that "public lands be managed in a manner that will protect the quality of the . . . scenic . . . values."
- Section 103(c) identifies "scenic values" as one of the resources for which public land should be managed.
- Section 201(a) states that "the Secretary shall prepare and maintain on a continuing basis an inventory of all public lands and their resources and other values (including . . . scenic values)."
- Section 505(a) requires that "each right-of-way shall contain terms and conditions which will . . . minimize damage to the scenic and esthetic values."

National Environmental Policy Act of 1969 ***(*43 U.S.C. 4321 et seq.):**

- Section 101(b) requires that measures be taken to "assure for all Americans...esthetically pleasing surroundings."
- Section 102 requires agencies to "utilize a systematic, interdisciplinary approach which will ensure the integrated use of . . . Environmental Design Arts in the planning and decision-making."

Surface Mining Control and Reclamation Act of 1977 ***(*30 U.S.C. 1201 et seq.):**

- Section 102(d) requires that measures be taken to "assure that surface coal mining operations are so conducted as to protect the environment."

The BLM developed the Visual Resource Management (VRM) system to identify and evaluate an area's scenic values to determine the appropriate management objectives for those values. The visual resource inventory (VRI) process establishes VRI classes, which are used to assess visual values for resource management plans (RMPs). Visual management objectives are developed through the BLM's resource management planning process and reflect the resource-allocation decisions made in the RMP. According to BLM Manual H-1601-1, *Land Use Planning*, implementation decisions must be designed to achieve VRM objectives within each VRM class. VRM classes may reflect VRI classes, but they may not necessarily do so since management objectives for other resources as determined in the planning process may require different visual management needs.

The inventories serve as the baseline information for assessing potential effects to visual resources of by proposed projects. The BLM's VRM system was used to inventory and classify the scenic (visual) resources for the analysis area. The inventory identified the scenic quality, sensitivity levels, and distance zones and then determined VRI classes, according to the VRM manual, for use as baseline information for describing impacts to the visual landscape.

## 1.2 Analysis Area

The analysis area for this inventory took place entirely within the Vernal Field Office in northeastern Utah. The field office is made up of 5,518,859 acres of public land within Daggett, Duchesne, Uintah, and Grand counties (Figure 1). BLM surface-managed lands are located primarily in the southern and eastern areas of the field office with extensive private forest and tribal lands comprising most of the central, west and northern parts of the office.

Land-use and economic resources in the field office include building stone, Gilsonite, livestock grazing, oil and gas, phosphate, rights-of-way, tar sands, and woodland products. The Vernal field office administers energy related mineral activities on 3.9 million acres of federal mineral lands (including 1.3 million acres of USFS lands) and post-lease mineral operations on Indian trust mineral lands. The 1.9 million acres of BLM-managed mineral estate includes the split estate mineral lands within the Hill Creek Extension (comprises 188,500 acres of mineral estate underlying Indian trust surface). Recreation opportunities include camping, fishing, hiking, hunting, off-highway vehicle (OHV) use, and sightseeing.



*Tepee Mountains from Three Corners Unit (#5)*




**Figure 1 Location Map**

## 1.3 Visual Resource Management Process and Overview

The VRM system is a two-part process that includes an inventory phase and an analysis phase. The inventory phase involves identifying the visual resources of an area and assigning them to inventory classes using BLM's VRI process. The visual values identified through the inventory process are considered throughout the resource management planning process, and the area's visual resources are then assigned to VRM management classes with established objectives. The analysis phase is project specific, and determines whether the potential visual impacts from proposed surface-disturbing activities or developments will meet the management objectives established for the area or whether design adjustments or mitigation stipulations will be required. A visual contrast rating process is used for this analysis, which involves comparing the project features with the major features in the existing landscape to determine whether the scenic values of the area have been maintained.

The BLM's policies for identifying and protecting visual values on all BLM lands are described in BLM Manual Section 8400, *Visual Resource Management*; BLM Manual H-8410-1, *Visual Resource Inventory*; and BLM Manual H-8431-1, *Visual Resource Contrast Rating*.

### 1.3.1 Visual Resource Inventory Classes

As part of the VRM program, the BLM is to prepare and maintain—on a continual basis—an inventory of visual values of all its public lands. The goal is to have a completed and current VRM inventory for each RMP effort. The inventory stage identifies the visual resources of an area and assigns them to an inventory class using the BLM's VRI process, which is described in BLM Manual H-8410-1. The VRI process consists of the following:

- A scenic quality evaluation to rate the visual appeal of an area
- A sensitivity level analysis to assess public concern of an area's scenic quality and their sensitivity to potential changes in the visual setting.
- A delineation of distance zones to indicate the relative visibility of the landscape from primary travel routes or observation points

Based on these three factors, BLM-administered lands are placed into one of three VRI classes—Class II, Class III and Class IV— that represent the *relative* value of the visual resources and provide the basis for considering visual values in the resource management planning process. VRI Classes II, III, and IV are determined based on a combination of scenic quality, sensitivity level, and distance-zone overlays to assign the proper class. In the relative scale of visual values, Class II has a higher level of value than Class III, which is moderately valued. Class IV is least valued. A fourth VRI class—Class I—is assigned to special management areas where a management decision has previously been made to maintain a natural landscape. These areas are the most valued landscapes. This includes areas such as Wilderness Areas or Wilderness Study Areas, the wild section of national Wild and Scenic rivers, and other congressionally and administratively designated areas where decisions have been made to preserve a natural landscape. Since these areas are assigned the highest value, the inventory process does not provide a scoring method to assign VRI Class I. However, in the inventory process Class I areas are evaluated for their existing scenic quality, sensitivity level and distance from observation areas. This information can provide a basis for future management of the visual resources if the special designation is no longer in place—such as a wilderness study area being released by Congress from consideration as a wilderness area.

### 1.3.2 Visual Resource Management Objectives

Since VRI classes are informational in nature and do not establish management direction, VRM classes are established to reflect the resource-allocation decisions made in the RMP. Once the VRM classes are established, visual management objectives are established for each class, and they become as much a part of the RMP mandate as any other resource-allocation component.

All actions proposed during the resource management planning process that would result in surface disturbances must consider the importance of the visual values and the impacts the project may have on those values. Management decisions in the RMP must reflect the value of visual resources. In fact, the value of the visual resource may be the driving force for some management decisions. For example, highly scenic areas that need special management attention may be designated as scenic areas of critical environmental concern (ACECs) and classified as VRM Class I based on the importance of the visual values. Likewise, during the planning process, inventory class boundaries may be adjusted as necessary to reflect resource-allocation decisions to provide for development activities that require a major modification of the existing landscape character, thereby changing a VRI Class III to a VRM Class IV.

The following VRM objectives have been established for each VRM class (BLM Manual H-8410-1):

- **Class I—**The objective of this class is to preserve the existing character of the landscape. This class provides for natural ecological changes; however, it does not preclude very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention.
- **Class II—**The objective of this class is to retain the existing character of the landscape. The level of change to the characteristic landscape should be low. Management activities may be seen but should not attract the attention of the casual observer. Any changes must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape.
- **Class III—**The objective of this class is to partially retain the existing character of the landscape. The level of change to the characteristic landscape should be moderate. Management activities may attract attention but should not dominate the view of the casual observer. Changes should repeat the basic elements found in the predominant natural features of the characteristic landscape.
- **Class IV—**The objective of this class is to provide for management activities that require major modifications of the existing character of the landscape. The level of change to the characteristic landscape can be high. These management activities may dominate the view and be the major focus of viewer attention. However, every attempt should be made to minimize the impact of these activities through careful location, minimal disturbance, and repetition of the basic elements.

## 1.4 Data Standards

The Visual Resource Inventory is a data and mapping intensive process. As originally developed the inventory process relied on the manual overlay of mapping layers and preparation of forms in the field and in the office that contained the data collected and used in the identification of the inventory classes. In an effort to make the inventories more available for planning and project use and to make the information consistent and shareable across the agency, the BLM developed geodata standards for storing the information collected and prepared in visual resource inventories. The inventory for the Vernal Field Office was prepared using the geodatabase updated as of August 16, 2010. The geodatabase is designed to work with ArcView GIS software to allow direct mapping of information in the database. The database can also then be continually expanded to contain the inventory for multiple field offices with an ultimate goal of developing a national database of visual resource information for BLM lands.

To make the most effective use of the geodatabase in the preparation of the visual resource inventories for this project, Logan Simpson Design developed a methodology to use a central database as the single source of information for preparation of all mapping, tables, and forms for this report. This single data source approach allows for greater control over maintaining accurate data. Information is entered into the database only one time and reviewed for accuracy, therefore the risk of errors in the database and the subsequent report output is reduced. By eliminating preparation and editing of individual tables and forms in the report, it also helps assure that the report remains consistent with the database. The tables in this report represent information similar to BLM forms, but the structure and look of the tables is slightly different because they are outputs from the database. Similarly, the scenic quality rating forms in the Appendix contain all of the information as required in the standard rating form but are output from the database. The layout of the SQRU form was also modified to allow the representative photographs of each unit to be placed directly with the rating information. The completed database is directly relational to the geodatabase and was used to populate the geodatabase for preparation of the mapping and analysis in GIS.

*This Page Intentionally Left Blank*

## 2.1 Introduction

BLM defines scenic quality as the measure of the visual appeal of the landscape. The BLM's VRI process is based on the assumption that while all lands have some level of scenic value, the areas with the greatest variety and most harmonious composition have the greatest scenic value. Although scenic quality is evaluated in relation to the natural landscape, this does not mean that human-made features necessarily detract from the scenic value of a landscape. In fact, human-made features may actually enhance the scenic value.

### 2.1.1 Physiographic Provinces

According to BLM Manual H-8410-1, the scenic quality of a landscape should be evaluated relative to the physiographic province in which it lies. The majority of the analysis area is located within the Uintah Basin, which is a sub-province of the Colorado Plateau physiographic province. The northeastern most portion of the field office is located within the Middle Rocky Mountains physiographic province (Figure 2).

As a whole, the Colorado Plateau is drained by the Colorado River and its main tributaries—the Green, Little Colorado, San Juan, Yampa, Gunnison, Dolores, and Virgin Rivers—all creating a historical network of incised canyons, flood plains, and bold escarpments throughout their relative plateaus. It is the multitude of these high plateaus and canyons with their imposing hoodoos, buttes, gorges, and ravines—that has led to the establishment of fourteen national parks and monuments within the Colorado Plateau. These include such world-renown natural features as the Canyonlands, Arches, Zion, Natural Bridges, Bryce Canyon, Cedar Breaks, Capitol Reef, Grand Canyon, Petrified Forest, Canyon de Chelly, Rainbow Bridge, Glen Canyon, Monument Valley, and Sunset Crater.



*Argyle Creek Unit (#49)*

The Colorado Plateau province consists of thick, generally horizontal-lying layers of sedimentary rocks that have been eroded by water into sculptural buttes, spires, mesas, and deep, narrow canyons. The Colorado Plateau province is subdivided into six sections based on altitude, generally ranging from 5,000 ft. to 11,000 ft. in elevation, and its magnitude of dissection. The two sub-provinces, or sections, that lie within the analysis area are the Uinta Basin and the High Plateaus of Utah sections. The analysis area falls within the Uinta Basin, which is a deeply incised plateau that abuts the Uinta Mountains in northeastern Utah and northwestern Colorado and is the most dissected section in the Colorado Plateau province.

The Middle Rocky Mountains province is best characterized by high-elevation mountains with sharp ridge lines, U-shaped valleys, glacial lakes, and piles of glacial drift that have been shaped or created by streams and glaciers. The portion of this province that is within the analysis area includes the east-west-trending Uintas mountain range, which is in the northwestern portion of the field office. The Uintas and Rocky Mountain ranges have numerous 13,000+ foot peaks.




**Figure 2 Physiographic Province Map**

Interesting geographic features within the management area include the Uinta Basin, the east and west Tavaputs Plateaus, the Eastern Uinta Mountains (northern boundary), the Book Cliffs (southern boundary), Diamond Mountain, Nine Mile Canyon, and Browns Park. Additional unique features of the field office include the Pariette Wetlands, which provide wildlife habitat for over 100 species; Red Mountain, and the White and Green Rivers.



*Hell's Hole (#37)*

The vegetation of the high, semi-arid region of the Colorado Plateau consists of plants that have had to adapt to harsh climatic conditions, vast amounts of exposed rock strata, and an intermittent water supply—leading to one of the highest endemic plant environments in the southwest. The majority of the analysis area is sparsely vegetated with the exception being the plant communities associated with perennial waterways, and pinyon-juniper in the foothills and benches. The Green and White River corridors are dominated by deciduous trees such as cottonwood and willows.

### 2.1.2 Scenic Quality Factors

The initial step of the visual resource inventory was to evaluate the analysis area using distinct characteristics and components of the landscape. The VRM program identifies seven key factors that are considered in the evaluation of scenic quality. These factors were identified by BLM as elements that would generally be expected to be a part of the visual landscape in most settings and a brief description of each is below.



*Dry Fork Canyon (#15)*

1. **Landform** refers to the topographic features that make up the surface of the earth, including plains, valleys, mountains, and cliffs. Topography is considered to be more interesting as it gets steeper or more massive, or more severely or universally sculptured. Outstanding landforms may be monumental, such as Split Mountain, or they may be exceedingly artistic and subtle such as certain badlands, pinnacles, arches, and other extraordinary formations. Areas with low rolling hills or flat valley bottoms are generally valued lowest because they have a lesser degree of interesting features.
2. **Vegetation** refers to the visible vegetative material growing on the surface of the landforms. Vegetation is generally valued to a greater degree when the variety of vegetation increases and when the plant groupings begin to create interesting forms, textures, and patterns. Short-lived vegetative displays can also be considered if they are known to be reoccurring or visually spectacular. Smaller-scale vegetative features are also considered if they add striking and intriguing detail elements to the landscape (e.g., gnarled or wind-beaten vegetation, and interesting tree forms). Landscapes with little variety in vegetation are generally valued to a lesser degree because they are less visually interesting.
3. **Water** refers to the presence of water in the landscape. Water is valued to a greater degree when it is a dominating factor in the landscape. Movement, scale, and cleanliness of water features all tend to add to the dominance of the water features. Water that is still, small in scale, and generally less noticeable is considered to be less interesting or dominating.
4. **Color** refers to the overall colors of the basic components of the landscape (e.g., soil, rock, vegetation) as they appear during seasons or periods of high use. Color is valued to a greater degree when there are rich color combinations, vivid colors, or a variety of colors. Areas where the colors lack variety or are subtle or disharmonious are considered to be less interesting.



*Split Mountain from Diamond Mountain Unit (#11)*

5. **Influence of Adjacent Scenery** refers to the degree to which the scenery outside the unit being rated enhances the overall impression of the scenery within the rating unit. Areas with interesting adjacent scenery are therefore valued to a greater degree than those without appealing scenery surrounding them. The distance at which adjacent scenery will influence scenery within the rating unit will normally range from 0 to 5 miles, depending on the characteristics of the topography, the vegetative cover, and other such factors. Lower value is generally assigned to areas where the adjacent scenery has little or no influence on the visual quality of the unit being rated.
6. **Scarcity** refers to scenic features that appear to be relatively unique or rare within one physiographic region. Features that are uncommon or unusually memorable within the physiographic region are considered more valuable, while common features are considered less interesting.
7. **Cultural Modifications** refer to human-made modifications to landforms, water, or vegetation, as well as the addition of structures to a landscape. Cultural modifications are considered to be of greater value when they complement the landscape and promote visual harmony. Lower value is placed on modifications that are discordant or disharmonic and that detract from the scenery in the form of a negative intrusion.

### 2.1.3 Scenic Quality Rating Units

In the VRM inventory process the landscape is divided into areas that have generally similar characteristics based on the key factors, especially the landform, vegetation and sometimes water. These areas are called Scenic Quality Rating Units (SQRU). Each unit is subsequently described in terms of its landscape character elements of form, line color, and texture and evaluated for all seven key factors. The factors are scored according to a scale of 1 to 5 for most factors, although a Cultural Modifications factor can have a negative impact on the SQRU. A more detailed discussion of the landscape character elements as well as the scoring and evaluation criteria for the key factors is in Section 2.1.5 Field Inventory.

### 2.1.4 Scenic Quality Rating Unit Delineation

The majority of the geographic information system (GIS) data for this inventory were generated from Utah BLM State Office data and from open-source data obtained by Logan Simpson Design Inc. Specific GIS data sets were created for the scenic quality rating unit (SQRU) delineation process, which was used to divide the planning area into manageable-sized units with generally similar characteristics. Preliminary SQRUs were defined based on a variety of visual factors—including physiographic features; cultural modifications; and similar visual patterns, textures, colors, and variety. Topographic, vegetative, and other GIS based maps were used to delineate preliminary SQRUs. Representatives from the Vernal Field Office then contributed input regarding the preliminary SQRU delineations, which were then revised and digitized into a GIS. The digitized SQRU units were later overlaid on topographic maps for use in the scenic quality field inventory field work. The initial evaluation resulted in 62 SQRUs.

### 2.1.5 Field Inventory

The scenic quality field inventory was conducted in June 2011. The process began with an inventory team meeting, which included a group of approximately 6-8 interdisciplinary staff members from the Vernal Field Office. The meeting began with a review of the BLM's VRI process as described in Manual H-8410-1, after which inventory observation points (IOPs) and travel plans were discussed. In the process of planning IOPs and travel routes, SQRU boundaries were revised in some areas based on discussions with BLM staff most familiar with each area.

BLM staff planned the preliminary locations of IOPs using both BLM Surface Management Status topographic maps and the SQRU field maps. While a variety of factors, including traffic volume, accessibility, and logistical viewpoint locations were considered, the IOPs were primarily selected based on providing a good location to capture a view of the characteristic landscape of the SQRUs. The IOPs were marked on the maps and travel routes to each of the points were then highlighted.

An in-field calibration exercises performed in which the teams collectively evaluated a selected SQRU to ensure that the inventory teams would be using similar criteria and terminology to evaluate the landscape in their respective inventory areas. Together, they filled out an example rating form and discussed the intricacies of the inventory system and form. They discussed key terms from the BLM's list of suggested vocabulary and then determined, to the extent possible, the terms that would be most relevant to the physiographic provinces.

The inventory teams then split into their planned areas and traveled their planned routes throughout the Vernal Field Office. Each team was joined by at least one representative from the Vernal Field Office. IOPs for the units were primarily determined as the team traveled through the units and depended on where the best viewing area could be photographed, although some viewpoints had been predetermined by the field office staff. Each team recorded the views from the IOPs with a GPS-enabled digital camera, which recorded geographical locations (latitude and longitude) for each photo.

During in-field inventory of each SQRU, the teams reviewed the preliminary delineations and sketched, as necessary, proposed changes to the boundaries on the field maps. The field revisions resulted in a total of 83 SQRUs as the preliminary units were split and/or combined along with the boundary adjustments (Figure 3). The teams also completed BLM Scenic Quality Field Inventory (SQFI) rating forms (Form 8400-1, BLM Manual H-8410-1) for each SQRU (Figure 4 and Figure 5).

In the first step of evaluating each SQRU, landscape character was defined in terms of form, line, color, and texture, as described below and as exemplified in Illustrations 4, 5, 6, and 7 in BLM Manual H-8410-1:

- **Form:** The mass or shape of an object, or of objects that appear unified.
- **Line:** The path, real or imagined, that the eye follows when perceiving abrupt differences in form, color, or texture or when objects are aligned in a one-dimensional sequence. Usually evident as the edge of shapes or masses in the landscape.
- **Color:** The property of reflecting light of a particular intensity and wavelength (or mixture of wavelengths) to which the eye is sensitive. It is the major visual property of surfaces.
- **Texture:** The aggregation of small forms or color mixtures into a continuous surface pattern; the aggregated parts are enough that they do not appear as discrete objects in the composition of a scene.

The second step included identifying general comments about the character, land use or other aspects of the SQRU in the narrative section of the field inventory form. To gain a better perspective of the overall character of each SQRU, the SQRUs were later reviewed using GIS programs. Additional notes from this review were added to the inventory forms, and all notes were then summarized for the geodatabase in paragraph form.

In the final step, scores were recorded for each of the seven key factors of the landscape within the SQRU according to the scale for each factor as described in the Scenic Quality Inventory and Evaluation Chart (Figure 6). The scores were then totaled, and a scenic quality classification of A, B, or C was determined using the numeric scale on the SQFI form.

*This Page Intentionally Left Blank*




**Figure 3 Scenic Quality Rating Units**

*This Page Intentionally Left Blank*

Form 8400-1
(September 1985
(Format modified October 11, 2010)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SCENIC QUALITY FIELD INVENTORY**

Date:
District/ Field Office:
Resource Area:
SQRU #: IOP #:

**1. EVALUATORS** *(names)*

**2. LANDSCAPE CHARACTER** *(Feature)*

| | a. LANDFORM/WATER | b. VEGETATION | C. STRUCTURE *(General)* |
|---|---|---|---|
| FORM | | | |
| LINE | | | |
| COLOR | | | |
| TEXTURE | | | |

**3. NARRATIVE**

Figure 4 SQRU Rating Form (Page 1)

**4. SCORE** *(Circle Appropriate Level)**

| | Rating | Explanation or Rationale |
|---|---|---|
| a. Landform | | |
| b. Vegetation | | |
| c. Water | | |
| d. Color | | |
| e. Adjacent Scenery | | |
| f. Scarcity | | |
| g. Cultural Modification | | |
| TOTALS | | |

SCENIC QUALITY CLASSIFICATION

___ A= 19 or more

___ B= 12-18

___ C= 11 or less

Comments:

Figure 5 SQRU Rating Form (Page 2)

| Key Factors | Rating Criteria and Score | | |
|---|---|---|---|
| **Landform** | High vertical relief as expressed in prominent cliffs, spires, or massive rock outcrops, or severe variation or highly eroded formations including major dune systems or detail features dominant and exceptionally striking and intriguing such as glaciers. 5 | Steep canyons, mesas, buttes, cinder cones, and drumlins' or interesting erosional patterns of variety in size and shape of landforms' or detail features which are interesting though not dominant. 3 | Low rolling hills, foothills, or flat valley bottoms' or few or no interesting landscape features. 1 |
| **Vegetation** | A variety of vegetative types as expressed in interesting forms, textures, and patterns. 5 | Some variety of vegetation, but only one or two major types. 3 | Little or no variety or contrast in vegetation. 1 |
| **Water** | Clear and clean appearing, still, or cascading white water, any of which are a dominant factor in the landscape. 5 | Flowing, or still, but not dominant in the landscape. 3 | Absent, or present, but not noticeable. 0 |
| **Color** | Rich color combinations, variety or vivid color' or pleasing contrasts in the soil, rock, vegetation, water or snow fields. 5 | Some intensity or variety in colors and contrast of the soil, rock and vegetation, but not a dominant scenic element. 3 | Subtle color variations, contrast, or interest' generally mute tones. 1 |
| **Influence of Adjacent Scenery** | Adjacent scenery greatly enhances visual quality. 5 | Adjacent scenery moderately enhances overall visual quality. 3 | Adjacent scenery has little or no influence on overall visual quality. 0 |
| **Scarcity** | One of a kind or unusually memorable, or very rare within region. Consistent chance for exceptional wildlife or wildflower viewing, etc. *5+ | Distinctive, though somewhat similar to others within the region. 3 | Interesting within its setting, but fairly common within the region. 1 |
| **Cultural Modifications** | Modifications add favorably to visual variety while promoting visual harmony. 2 | Modifications add little or no variety to the area, and introduce no discordant elements. 0 | Modifications add variety but are very discordant and promote strong disharmony. -4 |

*Source*: BLM Manual H-8410-1, Illustration 2.

* A rating of greater than 5 can be given but must be supported by written justification.

**Figure 6 Scenic Quality Inventory and Evaluation Chart**

## 2.2 Scenic Quality Summary

After fieldwork was completed, an internal calibration meeting was held to ensure that each team's descriptions and ratings were consistent with one another. SQRU delineations were then refined using GIS programs in order to more accurately define the SQRU boundaries. The information from the inventory forms was subsequently entered into a database and merged with the final boundaries of the 83 SQRUs for use in generating the scenic quality inventory maps and forms for this document.

Photos taken during the field inventory were imported into a GIS program to facilitate photo sorting and evaluation of IOPs. The number of IOPs per unit varied based on the size and/or relative complexity of each unit. Final IOPs were determined using locations that were most representative of the unit as a whole, and were added to the maps on the SQFI forms. Because of access, the IOPs for some units were identified outside the unit and provide a view looking into the unit from the adjacent unit. The information collected on the SQFI forms, along with IOP photos for each unit, are shown on the data sheets in the Appendix. The following sections provide a summary of the overall key-factor analysis and the final SQRU ratings.

### 2.2.1 Key Factor Analysis

In accordance with BLM Manual 8400, the SQRU ratings were determined by evaluating the seven key factors of the landscape. A brief description of the results of the each key factor analysis is provided below for the entire analysis area. The SQRU ratings are shown in Table 1 and Table 2. Table 1 is sorted numerically by unit number. Table 2 is sorted numerically by SQRU rating. The tables include the ratings for the seven key factors, the total SQRU score, and the scenic quality rating of A, B, or C. The ratings for the seven key factors were then merged with the final SQRU boundaries to generate individual maps of each key factor across the analysis area. Maps depicting the ratings of the factors for the field office are also provided in at the end of this section (Figures 7-13).

#### Landform

Vertical relief in the Vernal Field Office is greatest in the northern portion where the Uinta and Diamond Mountains are located. Dinosaur National Monument is also located in the northeast area and is known for its unique landforms including Split Mountain. There is also an increased level of topographic relief in the southwestern areas of the field office along the Green River. There is minor vertical relief in the western and southern areas of the field office while the central portion of the field office has fairly flat to gently rolling terrain.



*Ashley Gorge Unit (#14)*

The majority of the analysis area had landform ratings of 3.5 or lower (Figure 7). Higher landform ratings were scattered throughout the unit along the eastern and northeastern boundary and in the southwestern portion of the field office. The average rating for the analysis area was approximately 2.8.

In general, units that included river valley and the areas with vertical mountains, mesas, escarpments, and badland formations have more dramatic topographical relief. The higher degree of vertical relief in these areas

introduces interesting shapes and forms into the landscape, which occasionally become dominating elements. A score of 5 was the highest rating, which was recorded for the Ashley Gorge Unit (#14).

Ratings were generally lower in the central and south-central portion of the analysis area. These areas are characterized by flat to rolling terrain with few interesting geographical features. A score of 1.0 was the lowest rating, which was recorded for three units that were dominated by very flat to gently rolling topography, the Pot Creek Unit (#8), Clay Basin Unit (#3), and the Pariette Bench Unit (#44).



*Upper Bitter Creek (#58)*

### Vegetation

The vegetation types within the physiographic provinces of the analysis area are not highly diverse. Sage grasslands are common as is pinyon juniper. Areas with deciduous trees, such as drainage ways or river corridors, increase the visual diversity of vegetation.

Ratings for vegetation were fairly dispersed throughout the unit (Figure 8). There is an area of lower ratings in the central-south portion of the analysis area and areas of higher ratings exist in the southeastern and northeastern portions. The average rating in the analysis area was approximately 2.8.

Vegetation variety is greatest in the river corridors and therefore the units along the White and Green Rivers scored higher. Other areas receiving high scores for vegetation included areas where there were dense patches of sage, pinyon juniper, and grasses and where the landform contrasted with vegetation patterns and colors. A score of 4.5 was the highest rating, which was recorded for the Upper Bitter Creek Unit (#58) in the southeastern corner of the field office.

Terrain that is flat or rolling generally received lower vegetation scores due to a lack of vegetation diversity and contrast. Areas with low vegetation scores were found across the central portion of the field office and through the southwest portion of the field office. A score of 1.0 was the lowest rating, which was recorded for the Pariette Bench Unit (#44).

### Water

The majority of the analysis area did not contain noticeable water and most units received a score of 0 and the average rating for water was approximately 0.9 (Figure 9). Water was rated highest in the river valleys, where the water is generally slowly flowing and sometimes a dominant factor in the landscape. A score of 4.0 was the highest rating, which was recorded for the Brown's Park Unit (#6), Ashley Gorge Unit (#4), White River Unit (#36), South Green River Unit (#43), Horseshoe Bend – Green River Unit (#32), and Pelican Lake Unit (#31).

Lower scores were recorded in areas where water was not noticeable. Many areas, such as those with flat to rolling terrain, contain small amounts of water that are not generally visible from wide areas of the unit. Many units had drainage ways that may contain seasonal water, but was not present or noticeable at the time of the field work. Forty-three units received a score of 0 because they lacked water in any noticeable form.



*Red Fleet Reservoir in Red Mountain Unit (#13)*

### Color

Landform colors varied throughout the analysis area due to the diverse geologic landforms contained with the province. The colors ranged from saturated reds to dark brown/black to grays/whites. These color combinations often contrasted strongly with the vegetation in the area. The color of the vegetation in the physiographic province varies throughout the year with seasonal changes with the dark green of the pinyon-juniper and other evergreens remaining. During the winter, the colors of the vegetation are generally muted, and contrast subtly with the colors of the landforms. This is counter-balanced with the contrast created between the landform color and the snow when it is present. In the fall the changing colors of deciduous trees add bold colors to the landscape in specific areas, mainly along the waterways and at higher elevations. In spring and summer, the multiple dark to bright green tones of the vegetation create strong color contrasts with the landforms. The dark greens of the pinyon and juniper also add to the visual variety. The sage and grasslands provide a lower contrast and color intensity.



*Chew's Ranch Unit (#25A)*

Fieldwork for this inventory occurred in the summer. The color evaluation factor assigned during the field work accounted for seasonal changes through study of the provinces, supplemented with local knowledge of BLM staff. The scores allocated for color in each SQRU reflect the changes anticipated throughout the seasons. It was anticipated, for example, that the color of the grasses covering most of the analysis area would be much less vibrant, though still generally monochromatic in winter months. Color intensity would also decrease in riparian area during winter months, although during the fall months there would be seasonal color from the trees. These anticipations were weighed carefully in assigning color ratings for each unit.



*Blue Mountain Unit (#25)*

Ratings for color were generally highest in units scattered along the eastern field office boundary (Figure 10). Lower ratings occurred in the southeastern portion of the field office. The average rating for the analysis area was approximately 2.6.

Higher color ratings often occurred in Green and White River valleys and areas where vertical landforms introduce additional colors, such as red or dark gray, into the landscape. Vegetative patterns and colors create interesting contrasts with the surrounding landscape in these areas, and the rich color combinations become a dominant element in the landscape. A score of 4.0 was the highest rating, which was recorded for the Chew's Ranch Unit (#25A), Red Mountain Unit (#13), Lower Diamond Gulch Unit (#10), Blue Mountain North Unit (#25), Chicken Coop Draw Unit (#4), Upper Bitter Creek Unit (#58), Red Wash/Devil's Playground Unit (#34A), and Park Canyon Unit (#62).

Lower ratings for color generally occurred where lands are flat. Rock and soil colors are generally not visible in these areas, and many areas are uniformly covered with similarly colored grasses or monoculture crop fields. Variations in these areas are subtle, with generally muted tones. A score of 1.0 was the lowest rating, which was recorded for one unnamed unit (#24) that is dominated by sage flats with little landform exposed.



*Devil's Playground (#34)*

### Influence of Adjacent Scenery

Adjacent scenery provides a strong influence in some portions of the analysis area due to surrounding geographical features and topographic relief. However, the topographical relief also creates areas that are sometimes severely enclosed restricting views to adjacent scenery. The majority of the analysis area rated a 2.0 or 1.5 for adjacent scenery (Figure 11) and the average rating for adjacent scenery in the overall analysis area is approximately 2.2.

Overall, ratings for adjacent scenery were generally higher for units that abut either high vertical landforms or rivers. In these units, the forms, lines, and colors of the surrounding landscapes greatly enhance the scenic quality of the units. A score of 4.5 was the highest rating, which was recorded for the Blue Mountain Unit (#25) and the Diamond Mountain Unit (#11).

Lower ratings for adjacent scenery were generally recorded for one of two situations: units surrounded by vast, open, flat landscapes or units in river valleys in which the surrounding landscapes are not visible. In both cases, the surrounding scenery has little or no influence on the overall visual quality of the units. A score of 0 was the lowest rating, which was recorded for eight units.

### Scarcity

Ratings for scarcity were generally higher along the river corridors in the analysis area (Figure 12). The central and southern areas contain landscapes more common to the physiographic provinces and therefore generally received lower ratings. The average rating for the analysis area was approximately 2.4.

Scarcity was generally higher for units with vertical landforms, which are less common than the typical flat to rolling plains within the region. Large river valleys were also rated higher due to their relative scarcity within the province. A score of 4.0 was the highest rating, which was recorded for eight units where the landforms were generally considered relatively rare within the physiographic province. These units are the Chew's Ranch Unit (#25A), Brown's Park Unit (#6), Lower Diamond Gulch (#10), Ashley Gorge (#14), Dry Fork Canyon (#15), White River (#36), Nine Mile Canyon (#48A), Red Wash/Devil's Playground (#34A).

Scarcity was typically lower for units with flat to rolling plains since these are indicative features of both physiographic provinces and therefore are more common in this region. A score of 1.0 was the lowest rating, which was recorded for twelve units which comprise a large portion of the analysis area.

### Cultural Modifications



*Main Canyon Willow Creek Unit (#53)*

The average rating for the overall analysis area was approximately -0.3, indicating that in the majority of the analysis area cultural modifications did not detract from or add to the scenic quality (Figure 13). Areas with negative cultural modification scores were found in the central and southern areas of the field office where oil and gas development is more prominent.

Units with higher ratings generally include structures that add favorably to the pastoral setting and historic context of the region. A score of 1.0 was the highest rating, which was recorded for two units, the Main Canyon Willow Creek Unit (#53) and the Nine Mile Canyon Unit (#48A), where the man-made structures enhanced the overall visual setting.

Fifty units include a fairly even amount of harmonic and discordant cultural modifications. These areas were given a score of 0.0 since the varying modifications essentially offset one another.

Negative scores were recorded for areas with discordant cultural modifications, such as highly visible oil and gas fields, power plants, and strip mines. A score of -2.0 was the lowest rating, which was recorded for five units where the landscape is diminished due to discordant built features.

### 2.2.2 Scenic Quality Ratings—Overall Analysis Area

The Scenic Quality Rating is the result of totaling the scores of the seven analysis factors on the SQFI form and assigning the rating based on points according to the following schedule:

- Class A = a score of 19 points or more
- Class B = a score of 12 to 18 points
- Class C = a score of 11 points or less

The analysis included the evaluation of the key analysis factors for all 83 SQRUs. In numerous cases, increments of 0.5 were used in order to determine a more accurate score for a particular factor. As such, numbers on the threshold between A and B (a score of 18.5) or B and C (a score of 11.5) were rounded up to the higher classification.

Thirteen SQRUs in the analysis area received a Class A rating, representing approximately 11 percent of the analysis area. The units receiving an A classification and the total points assigned are as follows:

- Chew's Ranch (#25A), 22 points
- Brown's Park (#6), 20 points
- Red Mountain (#13), 19.5 points
- Lower Diamond Gulch (#10), 19 points
- Ashley Gorge (#14), 19 points
- Dry Fork Canyon (#15), 19 points
- Blue Mountain North (#25), 19 points
- White River (#36), 19 point
- Argyle Creek (#49), 19 points
- Main Canyon Willow Creek (#53), 19 points
- Chicken Coop Draw (#12), 18.5 points
- South Green River (#42), 18.5 points
- Willow Creek (#53A), 18.5 points

The scenic quality in these units scored high due to the variety and color of vegetation, along with enhancement from adjacent scenery and the occasional presence of water. Some of these units were also considered to be relatively scarce landscapes in the Colorado Plateau Province because of this steep topographic relief, their distinctive topographical features, and the dominant presence of water. These units are distributed throughout the field office (Figure 14).

The total rating scores of the SQRUs in the overall analysis area were most often in the range of 11.5 to 18, which placed them in Class B for overall scenic quality. Many of these units encompass river valleys and areas with variable topographic relief. These units and are found primarily in the north, central, and southeastern portions. In total, 45 units have a Class B rating, which account for approximately 50 percent of the analysis area.

The remaining SQRUs received a Class C scenic quality rating, with scores in the range of 11 or less. These units generally include flat to rolling landforms and cover large areas throughout the overall analysis area. They are mostly concentrated in a central to south central corridor but C rated units also occur in the north and southeastern portions of the analysis area. In total, 25 units have a Class C rating. These units account for 39 percent of the overall analysis area.

The following sections summarize the factor analysis for each field office. For ease of reference the figures depicting the factor ratings are provided at the end of the section for each field office.

**Table 1 Scenic Quality Rating Summary—by Unit**

Scenic Quality Rating Unit Summary

Vernal Field Office
November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Antelope Flat | 2.5 | 3 | 0 | 2 | 4 | 1 | 0 | **12.5** | **B** | This unit is east of Flaming Gorge and includes portions of Goslin Mountain, Antelope Flats, and the Glades. |
| 2 Tepee Mountains | 3 | 2 | 0 | 2 | 3 | 2.5 | 0 | **12.5** | **B** | This unit includes portions of the Tepee Mountains. |
| 3 Clay Basin | 1 | 2 | 1 | 1.5 | 3.5 | 1.5 | -0.5 | **10** | **C** | This unit includes the valley floor between the Tepee Mountains and Howie/Goslin Mountains with some natural gas and residential development. |
| 4 Home Mountains | 3.5 | 3.5 | 0.5 | 3 | 4 | 3 | 0 | **17.5** | **B** | The unit includes the Home Mountain range between Clay Basin and Brown's Peak and is well vegetated with pinyon juniper. |
| 4A Cold Spring Mountain South Slopes | 3.5 | 3 | 1 | 2.5 | 3 | 2 | 0 | **15** | **B** | This unit includes the south slopes of the Spring Mountain mesa formation. The vegetation is mostly pinyon juniper with patches of grass and sage, especially in the burned areas. |
| 5 Three Corners | 3 | 3.5 | 0.5 | 2.5 | 4 | 3 | 0 | **16.5** | **B** | The unit includes rounded rolling mountain tops and sparse vegetation and red soils. |
| 5A Diamond Peak/Middle Mountain | 3 | 4 | 1.5 | 4 | 4 | 2 | 0 | **18.5** | **A** | This unit is distinctive because of the repeating vertical lines of white aspen trunks, sage, grass, pine, oak, and pinyon juniper. The unit includes the BLM Elk camp, Klines Hill, Middle Mountain, and Diamond Peak. |
| 6 Brown's Park | 2 | 3.5 | 4 | 3 | 3.5 | 4 | 0 | **20** | **A** | This unit includes Brown Park valley and includes some residential development and John Jarvie historic ranch and the Green River. |
| 7 East Uinta Mountains | 4 | 4 | 0.5 | 3 | 2 | 3 | 0 | **16.5** | **B** | This unit includes portions of the Uinta Mountains, landform variation and diverse vegetation. |
| 8 Pot Creek | 1 | 2 | 3 | 2 | 3.5 | 2 | 0 | **13.5** | **B** | The unit includes the valley between the east Uinta Mountains and Diamond Mountain. |
| 9 Wild Mountain | 2 | 2 | 0 | 2 | 2.5 | 1.5 | 0 | **10** | **C** | This unit includes rolling hills and sage flats. |

**Table 1 Scenic Quality Rating Summary—by Unit (continued)**

Scenic Quality Rating Unit Summary

Vernal Field Office
November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 9A Diamond Mountain Plateau | 1.5 | 1.5 | 0.5 | 1.5 | 2 | 1.5 | 0 | **8.5** | **C** | This unit includes a high, broad plateau dominated by sage and grass, and includes the upper reach of Diamond Gulch. |
| 10 Lower Diamond Gulch | 4.5 | 4 | 1.5 | 4 | 1 | 4 | 0 | **19** | **A** | Deeply incised canyon face at the east end of Diamond Mountain wtth prominent horizontal layering and rugged and blocky cliff faces. |
| 11 Diamond Mountain | 3.5 | 3 | 0 | 3 | 4.5 | 2.5 | 0 | **16.5** | **B** | This unit includes rolling slopes and exposed walls and washes with pinyon juniper and is adjacent to Dinosaur National Monument. |
| 12 Chicken Coop Draw | 3.5 | 3 | 3 | 4 | 2 | 3 | 0 | **18.5** | **A** | This unit includes a valley as well as the Red Fleet formation, vegetation treatments, and water features. |
| 13 Red Mountain | 4 | 3 | 3 | 4 | 3 | 3.5 | -1 | **19.5** | **A** | This unit includes slopes and Red Fleet formation with domination red color and phosphate operations. |
| 14 Ashley Gorge | 5 | 3 | 4 | 3 | 0 | 4 | 0 | **19** | **A** | This unit includes rugged cliffs and year-round water. |
| 15 Dry Fork Canyon | 4.5 | 4 | 3 | 3 | 0.5 | 4 | 0 | **19** | **A** | This unit includes Dry Creek canyon, riparian, sage, and alpine vegetation, and seasonal water. |
| 16 Ouray Valley | 1.5 | 2 | 0 | 2 | 2 | 1.5 | 0 | **9** | **C** | The land is flat to gently rolling with widely scattered, low rock and mesa landforms. There are extensive grassy areas and rural development. |
| 16A Moseby Creek | 2 | 2.5 | 0 | 2.5 | 3 | 2 | 0 | **12** | **B** | This unit includes foothills of Little mountain and some agriculture development |
| 17 Little Mountain | 2.5 | 3 | 0 | 2.5 | 3.5 | 1.5 | 0 | **13** | **B** | This unit includes a mountain landform, pinyon juniper and sage. |
| 18 12 Mile Bench | 1.5 | 2.5 | 0 | 2 | 2.5 | 1 | 0 | **9.5** | **C** | This unit includes rolling hills to flat landscape with grasses, sage, and greasewood. |

**Table 1 Scenic Quality Rating Summary—by Unit (continued)**

Scenic Quality Rating Unit Summary — Vernal Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 18A Halfway Valley | 2.5 | 2.5 | 0 | 2.5 | 3.5 | 2 | -1 | 12 | B | This unit includes hills and mesas as well as some oil and gas development |
| 18B Coal Mine Basin | 2 | 3 | 0 | 1.5 | 2 | 1.5 | 0 | 10 | C | This unit includes the south foothills of Little Mountain and the transition between Little Mountain and the low desert. |
| 19 Dry Fork Community | 3.5 | 3.5 | 3 | 3.5 | 2 | 3 | -1 | 17.5 | B | The unit is north of Little Mountain and includes Dry Fork Valley and bluffs above. |
| 20 Buckskin Hills | 2.5 | 3 | 2.5 | 3.5 | 2 | 2.5 | 0 | 16 | B | This unit includes Brush Creek which supports riparian vegetation. |
| 21 Stewart Lake | 3.5 | 3 | 1.5 | 3 | 2.5 | 2.5 | 0 | 16 | B | This unit includes badlands and valleys with pinyon juniper, sage, and some riparian vegetation. |
| 23 Yampa Valley | 3.5 | 3.5 | 0.5 | 3 | 3.5 | 2.5 | 0 | 16.5 | B | This unit includes pinyon juniper slopes, rock outcrops and small creeks. |
| 23A Daniels Canyon | 3 | 3.5 | 0 | 2.5 | 4 | 2.5 | 0 | 15.5 | B | The unit includes rolling hills and rock outcrops with sparse pinyon juniper. |
| 24 Ruple Ridge | 1.5 | 1.5 | 0 | 1 | 1.5 | 1 | 0 | 6.5 | C | This unit includes rolling sage flats on elevated plateaus. |
| 25 Blue Mountain North | 4 | 3.5 | 0 | 4 | 4.5 | 3 | 0 | 19 | A | The unit consists of the north side of Blue Mountain, Burdette Draw and red steep faces north of the draw. |
| 25A Chew's Ranch | 4.5 | 4 | 1.5 | 4 | 4 | 4 | 0 | 22 | A | This unit includes a complex mix of canyons, hoodoos, and cliffs as well as diverse vegetation. |
| 26 Blue Mountain Valley | 2 | 2 | 0 | 2 | 4 | 1.5 | 0 | 11.5 | B | The unit is a rolling valley with isolated forms at the base of blue mountain, Sage/grassland with pinyon juniper is present on the landform slopes. |

**Table 1 Scenic Quality Rating Summary—by Unit (continued)**

Scenic Quality Rating Unit Summary — Vernal Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 26A Blue Mountain South Side | 4.5 | 3 | 0 | 3.5 | 0 | 3.5 | 0 | 14.5 | B | The unit includes a distinctive rocky mountain face and sloped pinyon juniper foothills. The complex geologic forms and colors that create interesting landscape features. |
| 26B Sand Spring Wash | 2.5 | 2 | 0 | 1.5 | 1 | 1 | 0 | 8 | C | This unit includes slightly uplifted mesas and flat valleys and some interesting erosional patterns. |
| 27 Walker Plateau West | 1.5 | 2 | 0 | 1.5 | 3 | 1 | 0 | 9 | C | The unit includes flat to subtly rolling uplands with numerous transmission poles and lines. |
| 27A Walker Plateau East | 3.5 | 2 | 0 | 3 | 4 | 3 | 0 | 15.5 | B | The unit is badland and rolling buttes with little vegetation. |
| 28 Vernal Valley | 1.5 | 1.5 | 2 | 2.5 | 3 | 1 | 0 | 11.5 | B | This unit includes the Vernal Valley, with urban, suburban, and agricultural areas. |
| 29 Asphalt Ridge | 3.5 | 3 | 0 | 3 | 3.5 | 2 | 0 | 15 | B | This is a well-known landform on the west edge of Vernal. The vegetation includes sage cover with scattered to clumped pinyon juniper. |
| 30 McCoy Flats | 2.5 | 2.5 | 0 | 2 | 2.5 | 1.5 | 0 | 11 | C | This unit includes rolling sage scrub, mesas, low hills, grassland and junipers. |
| 31 Pelican Lake | 1.5 | 3 | 4 | 3 | 2 | 3 | -1 | 15.5 | B | This unit includes Pelican Lake and the Green River. There is oil and gas development in the area. |
| 32 Horseshoe Bend - Green River | 3 | 3.5 | 4 | 3 | 1 | 3 | 0 | 17.5 | B | This unit includes a flat valley bottom along the Green River with steeply sloped valley walls. |
| 33 Deadman's Bench | 1.5 | 2.5 | 0 | 2 | 2 | 1 | -1.5 | 7.5 | C | The unit includes flat to rolling hills with dense sage and grass cover, and dense oil and gas development. |
| 33A Squaw Ridge | 3 | 3.5 | 0 | 2.5 | 3.5 | 1.5 | 0 | 14 | B | The unit includes a somewhat rolling hogback formation and adjacent drainages. |

**Table 1 Scenic Quality Rating Summary—by Unit (continued)**

Scenic Quality Rating Unit Summary — Vernal Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 Red Wash/Kennedy Wash/Devil's Playground | 4 | 2 | 1 | 4 | 2 | 3.5 | -1.5 | **15** | **B** | Flat to rolling drainage basins with high, multi-colored badland formations, and rock outcrops with little vegetation. |
| 35 Bonanza | 2 | 1.5 | 0 | 1.5 | 2 | 1.5 | -2 | **6.5** | **C** | Flat to rolling with soft trapezoidal forms and rocky escarpments |
| 36 White River | 4 | 4 | 4 | 3 | 1 | 4 | -1 | **19** | **A** | The unit is a flat valley and river unit with steep to vertical walls and buttes. |
| 37 Hell's Hole | 3.5 | 2 | 0 | 2.5 | 1 | 3 | 0 | **12** | **B** | The unit is a fairly narrow valley with steep to vertical walls. |
| 37A Weaver Canyon | 3.5 | 2.5 | 0 | 3.5 | 2 | 3 | 0 | **14.5** | **B** | This unit includes distinctive landform along the western edge of the field office and continues into Utah. The landform has exposed slopes and faces and is multi-colored with striations of grey, red, white, etc. |
| 39 East Bench | 1.5 | 2 | 0 | 1.5 | 2.5 | 1 | -1 | **7.5** | **C** | The unit includes flat to rolling landforms. |
| 39A East Bench South Transition | 2.5 | 2 | 0 | 3 | 2 | 2.5 | 0 | **12** | **B** | The landscape is transitional from East Bench down to the surrounding land and includes rock outcrops. |
| 40 Sand Wash | 2 | 2 | 0 | 2 | 0 | 1.5 | -0.5 | **7** | **C** | This unit is a broad valley with low rolling hills with even vegetation cover. |
| 41 Cottonwood Wash | 1.5 | 1.5 | 0 | 1.5 | 2 | 1 | -2 | **5.5** | **C** | This unit includes open, flat to gently rolling sage grassland with oil and gas development in some areas. |
| 41A Buck Canyon | 2.5 | 3 | 0 | 2.5 | 1 | 1.5 | 0 | **10.5** | **C** | This unit includes pinyon juniper hills and sage covered valleys with some rock outcrops. |
| 41B Lower Sand Wash | 3 | 3 | 0 | 2.5 | 0 | 1 | 0 | **9.5** | **C** | This unit includes flat to gently rolling valley with sage, grasses, and pinyon juniper. |

**Table 1 Scenic Quality Rating Summary—by Unit (continued)**

Scenic Quality Rating Unit Summary — Vernal Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 Tabaygo Canyon | 1.5 | 2 | 0 | 1.5 | 3 | 1 | -1 | **8** | **C** | This unit includes low rolling hills, buttes and mesa forms with even sage and grass cover. |
| 43 South Green River | 4 | 3 | 4 | 2.5 | 1.5 | 3.5 | 0 | **18.5** | **A** | This unit includes steep canyon walls with little vegetation. There is dense vegetation in the valley bottom along the river. |
| 44 Pariette Bench | 1 | 1 | 0 | 1.5 | 3.5 | 1 | -2 | **6** | **C** | The unit has flat to gently rolling landforms with multiple oil and gas facilities. |
| 45 Castle Peak Pinnacle | 2 | 1.5 | 1 | 2 | 2 | 2 | -2 | **8.5** | **C** | The unit includes lower, rocky drainage areas with some water and outcroppings and oil and gas development. |
| 46 Little Desert | 1.5 | 1.5 | 0 | 1.5 | 3.5 | 1 | -2 | **7** | **C** | This unit is within Myton Bench and is scattered with oil and gas facilities. |
| 47 Gilsonite Draw | 3 | 3 | 0 | 3 | 3 | 2.5 | 0 | **14.5** | **B** | The unit has high, rolling slopes and drainages, badland cliffs and some oil facilities. |
| 48 Wrinkles Road | 3 | 2 | 0 | 2.5 | 2.5 | 1.5 | 0 | **11.5** | **B** | The unit includes a flat plateau above Nine Mile Canyon with faces of badland cliffs. Note that this unit is the same as Price SQRU 51. |
| 48A Nine Mile Canyon VFO | 4.5 | 2.5 | 2 | 3 | 0.5 | 4 | 1 | **17.5** | **B** | The unit includes Nine Mile Canyon within the Vernal Field Office, Cultural modifications include farmsteads, trailers, and petroglyphs. |
| 48B Horse Bench | 1.5 | 3 | 0 | 2 | 3 | 1.5 | -0.5 | **10.5** | **C** | The unit is an upper plateau area with extensive sage cover in some areas and pinyon juniper cover in others. |
| 49 Argyle Creek | 4 | 4 | 3 | 3 | 2 | 3 | 0 | **19** | **A** | This unit includes the canyons of Argyle Creek, cliffs and outcroppings with diverse vegetation. |
| 49A Emma Park | 2 | 2 | 0 | 2.5 | 3.5 | 1.5 | 0.5 | **12** | **B** | This unit includes rolling sage and agriculture in a bench area that transitions between formations in the Book Cliffs. |

**Table 1 Scenic Quality Rating Summary—by Unit (continued)**

Scenic Quality Rating Unit Summary — Vernal Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 Big Pack Mountain | 3 | 2.5 | 0 | 2.5 | 3 | 2 | -0.5 | **12.5** | **B** | This unit includes a large mesa broken by drainage into multiple mesas and buttes. |
| 51 Johnson Draw | 2 | 2.5 | 0 | 2.5 | 3 | 2 | -0.5 | **11.5** | **B** | This unit consists of rolling hills and drainage ways draining north and northwest toward Bitter Creek and Hill Creek. |
| 51A North Willow Creek | 3.5 | 2.5 | 2 | 3 | 2 | 2 | -1 | **14** | **B** | This unit is a valley bottom with vertical walls and escarpments. |
| 52 Willow Creek Bench | 2.5 | 3 | 0 | 2.5 | 2.5 | 2 | 0 | **12.5** | **B** | This unit is a terraced bench on the west side of willow creek above the valley. |
| 53 Main Canyon Willow Creek | 4 | 4 | 3 | 3.5 | 0.5 | 3.5 | 0.5 | **19** | **A** | This unit includes a broad, rugged canyon with a narrow, flat valley bottom; Willow Creek; and historic ranches. |
| 53A Horse Ridge | 3 | 4 | 1 | 2 | 3 | 3 | 0 | **16** | **B** | Mesas, plateaus, and canyons; high variety of vegetation, subtle colors |
| 54 Winter Ridge | 1.5 | 3 | 0 | 2 | 1 | 2 | 0 | **9.5** | **C** | This unit includes rolling to steep hills with pinyon juniper, vegetation treatments and areas previously burned by fire. |
| 55 Sunday School Canyon | 3.5 | 3 | 0 | 3 | 1.5 | 3 | 0 | **14** | **B** | This unit includes canyons with pinyon juniper. |
| 56 Bitter Creek Canyon | 3.5 | 3.5 | 0.5 | 3 | 0 | 3 | 0 | **13.5** | **B** | The unit is a deep valley which is narrow at the north end and widens considerable towards the south. There are steeply sloped valley walls with sparse to scattered pinyon juniper and sage. |
| 57 East Seep Ridge | 2 | 3 | 0 | 2 | 2 | 1.5 | 0 | **10.5** | **C** | This unit includes abundant pinyon juniper and vegetation treatments with rolling hills. |
| 58 Upper Bitter Creek | 4 | 4.5 | 1 | 4 | 0 | 3.5 | 0 | **17** | **B** | The unit is a deep valley with steep to vertical valley walls. There is dense sage and greasewood in valley bottoms. |

**Table 1 Scenic Quality Rating Summary—by Unit (continued)**

Scenic Quality Rating Unit Summary — Vernal Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 Achee Uplands | 1.5 | 3.5 | 0 | 2.5 | 3 | 2 | 0 | **12.5** | **B** | The unit consists of rolling uplands with a few large burn areas and some oil and gas development. |
| 60 Long Draw | 2.5 | 4 | 0 | 3.5 | 1.5 | 3 | -0.5 | **14** | **B** | Rolling to moderately rugged landforms with some oil and gas development. |
| 61 Southam | 4 | 3.5 | 0 | 3 | 2 | 2.5 | 0 | **15** | **B** | This unit includes large buttes and canyons in a rugged landscape. |
| 62 Park Canyon | 3.5 | 3.5 | 1.5 | 4 | 0 | 3.5 | -0.5 | **15.5** | **B** | The unit includes flat to rolling valleys with steeply sloped walls. |
| 62A Education Creek | 2.5 | 3 | 0.5 | 2.5 | 3 | 2 | -0.5 | **13** | **B** | The landform of this unit is the irregular, broken, and expansive landscape south of Rangely. The topography is rolling with some rock outcroppings. |
| 64 Green River | 1 | 1 | 1 | 1 | 0 | 1 | 1 | **6** | **C** | River canyon with steep, angled walls; Data under revision |

Evaluators: CJohnson,JJames,KWharton,Dave,RSweeten,MMeyer,EGreen,VPfieffer,RDonnigan,SOlmstead,E Glen,APerry,Jwest,,BMcDonald

**Table 1 Scenic Quality Rating Summary—by Rating**

Scenic Quality Rating Unit Summary

Vernal Field Office November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 25A Chew's Ranch | 4.5 | 4 | 1.5 | 4 | 4 | 4 | 0 | **22** | **A** | This unit includes a complex mix of canyons, hoodoos, and cliffs as well as diverse vegetation. |
| 6 Brown's Park | 2 | 3.5 | 4 | 3 | 3.5 | 4 | 0 | **20** | **A** | This unit includes Brown Park valley and includes some residential development and John Jarvie historic ranch and the Green River. |
| 13 Red Mountain | 4 | 3 | 3 | 4 | 3 | 3.5 | -1 | **19.5** | **A** | This unit includes slopes and Red Fleet formation with domination red color and phosphate operations. |
| 10 Lower Diamond Gulch | 4.5 | 4 | 1.5 | 4 | 1 | 4 | 0 | **19** | **A** | Deeply incised canyon face at the east end of Diamond Mountain wtth prominent horizontal layering and rugged and blocky cliff faces. |
| 14 Ashley Gorge | 5 | 3 | 4 | 3 | 0 | 4 | 0 | **19** | **A** | This unit includes rugged cliffs and year-round water. |
| 15 Dry Fork Canyon | 4.5 | 4 | 3 | 3 | 0.5 | 4 | 0 | **19** | **A** | This unit includes Dry Creek canyon, riparian, sage, and alpine vegetation, and seasonal water. |
| 25 Blue Mountain North | 4 | 3.5 | 0 | 4 | 4.5 | 3 | 0 | **19** | **A** | The unit consists of the north side of Blue Mountain, Burdette Draw and red steep faces north of the draw. |
| 36 White River | 4 | 4 | 4 | 3 | 1 | 4 | -1 | **19** | **A** | The unit is a flat valley and river unit with steep to vertical walls and buttes. |
| 49 Argyle Creek | 4 | 4 | 3 | 3 | 2 | 3 | 0 | **19** | **A** | This unit includes the canyons of Argyle Creek, cliffs and outcroppings with diverse vegetation. |
| 53 Main Canyon Willow Creek | 4 | 4 | 3 | 3.5 | 0.5 | 3.5 | 0.5 | **19** | **A** | This unit includes a broad, rugged canyon with a narrow, flat valley bottom; Willow Creek; and historic ranches. |
| 5A Diamond Peak/Middle Mountain | 3 | 4 | 1.5 | 4 | 4 | 2 | 0 | **18.5** | **A** | This unit is distinctive because of the repeating vertical lines of white aspen trunks, sage, grass, pine, oak, and pinyon juniper. The unit includes the BLM Elk camp, Klines Hill, Middle Mountain, and Diamond Peak. |

**Table 2 Scenic Quality Rating Summary—by Rating (continued)**

Scenic Quality Rating Unit Summary

Vernal Field Office November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 Chicken Coop Draw | 3.5 | 3 | 3 | 4 | 2 | 3 | 0 | **18.5** | **A** | This unit includes a valley as well as the Red Fleet formation, vegetation treatments, and water features. |
| 43 South Green River | 4 | 3 | 4 | 2.5 | 1.5 | 3.5 | 0 | **18.5** | **A** | This unit includes steep canyon walls with little vegetation. There is dense vegetation in the valley bottom along the river. |
| 4 Home Mountains | 3.5 | 3.5 | 0.5 | 3 | 4 | 3 | 0 | **17.5** | **B** | The unit includes the Home Mountain range between Clay Basin and Brown's Peak and is well vegetated with pinyon juniper. |
| 19 Dry Fork Community | 3.5 | 3.5 | 3 | 3.5 | 2 | 3 | -1 | **17.5** | **B** | The unit is north of Little Mountain and includes Dry Fork Valley and bluffs above. |
| 32 Horseshoe Bend - Green River | 3 | 3.5 | 4 | 3 | 1 | 3 | 0 | **17.5** | **B** | This unit includes a flat valley bottom along the Green River with steeply sloped valley walls. |
| 48A Nine Mile Canyon VFO | 4.5 | 2.5 | 2 | 3 | 0.5 | 4 | 1 | **17.5** | **B** | The unit includes Nine Mile Canyon within the Vernal Field Office, Cultural modifications include farmsteads, trailers, and petroglyphs. |
| 58 Upper Bitter Creek | 4 | 4.5 | 1 | 4 | 0 | 3.5 | 0 | **17** | **B** | The unit is a deep valley with steep to vertical valley walls. There is dense sage and greasewood in valley bottoms. |
| 5 Three Corners | 3 | 3.5 | 0.5 | 2.5 | 4 | 3 | 0 | **16.5** | **B** | The unit includes rounded rolling mountain tops and sparse vegetation and red soils. |
| 7 East Uinta Mountains | 4 | 4 | 0.5 | 3 | 2 | 3 | 0 | **16.5** | **B** | This unit includes portions of the Uinta Mountains, landform variation and diverse vegetation. |
| 11 Diamond Mountain | 3.5 | 3 | 0 | 3 | 4.5 | 2.5 | 0 | **16.5** | **B** | This unit includes rolling slopes and exposed walls and washes with pinyon juniper and is adjacent to Dinosaur National Monument. |
| 23 Yampa Valley | 3.5 | 3.5 | 0.5 | 3 | 3.5 | 2.5 | 0 | **16.5** | **B** | This unit includes pinyon juniper slopes, rock outcrops and small creeks. |

**Table 2 Scenic Quality Rating Summary—by Rating (continued)**

Scenic Quality Rating Unit Summary

Vernal Field Office November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 Buckskin Hills | 2.5 | 3 | 2.5 | 3.5 | 2 | 2.5 | 0 | 16 | B | This unit includes Brush Creek which supports riparian vegetation. |
| 21 Stewart Lake | 3.5 | 3 | 1.5 | 3 | 2.5 | 2.5 | 0 | 16 | B | This unit includes badlands and valleys with pinyon juniper, sage, and some riparian vegetation. |
| 53A Horse Ridge | 3 | 4 | 1 | 2 | 3 | 3 | 0 | 16 | B | Mesas, plateaus, and canyons; high variety of vegetation, subtle colors |
| 23A Daniels Canyon | 3 | 3.5 | 0 | 2.5 | 4 | 2.5 | 0 | 15.5 | B | The unit includes rolling hills and rock outcrops with sparse pinyon juniper. |
| 27A Walker Plateau East | 3.5 | 2 | 0 | 3 | 4 | 3 | 0 | 15.5 | B | The unit is badland and rolling buttes with little vegetation. |
| 31 Pelican Lake | 1.5 | 3 | 4 | 3 | 2 | 3 | -1 | 15.5 | B | This unit includes Pelican Lake and the Green River. There is oil and gas development in the area. |
| 62 Park Canyon | 3.5 | 3.5 | 1.5 | 4 | 0 | 3.5 | -0.5 | 15.5 | B | The unit includes flat to rolling valleys with steeply sloped walls. |
| 4A Cold Spring Mountain South Slopes | 3.5 | 3 | 1 | 2.5 | 3 | 2 | 0 | 15 | B | This unit includes the south slopes of the Spring Mountain mesa formation. The vegetation is mostly pinyon juniper with patches of grass and sage, especially in the burned areas. |
| 29 Asphalt Ridge | 3.5 | 3 | 0 | 3 | 3.5 | 2 | 0 | 15 | B | This is a well-known landform on the west edge of Vernal. The vegetation includes sage cover with scattered to clumped pinyon juniper. |
| 34 Red Wash/Kennedy Wash/Devil's Playground | 4 | 2 | 1 | 4 | 2 | 3.5 | -1.5 | 15 | B | Flat to rolling drainage basins with high, multi-colored badland formations, and rock outcrops with little vegetation. |
| 61 Southam | 4 | 3.5 | 0 | 3 | 2 | 2.5 | 0 | 15 | B | This unit includes large buttes and canyons in a rugged landscape. |

**Table 2 Scenic Quality Rating Summary—by Rating (continued)**

Scenic Quality Rating Unit Summary

Vernal Field Office November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 26A Blue Mountain South Side | 4.5 | 3 | 0 | 3.5 | 0 | 3.5 | 0 | 14.5 | B | The unit includes a distinctive rocky mountain face and sloped pinyon juniper foothills. The complex geologic forms and colors that create interesting landscape features. |
| 37A Weaver Canyon | 3.5 | 2.5 | 0 | 3.5 | 2 | 3 | 0 | 14.5 | B | This unit includes distinctive landform along the western edge of the field office and continues into Utah. The landform has exposed slopes and faces and is multi-colored with striations of grey, red, white, etc. |
| 47 Gilsonite Draw | 3 | 3 | 0 | 3 | 3 | 2.5 | 0 | 14.5 | B | The unit has high, rolling slopes and drainages, badland cliffs and some oil facilities. |
| 33A Squaw Ridge | 3 | 3.5 | 0 | 2.5 | 3.5 | 1.5 | 0 | 14 | B | The unit includes a somewhat rolling hogback formation and adjacent drainages. |
| 51A North Willow Creek | 3.5 | 2.5 | 2 | 3 | 2 | 2 | -1 | 14 | B | This unit is a valley bottom with vertical walls and escarpments. |
| 55 Sunday School Canyon | 3.5 | 3 | 0 | 3 | 1.5 | 3 | 0 | 14 | B | This unit includes canyons with pinyon juniper. |
| 60 Long Draw | 2.5 | 4 | 0 | 3.5 | 1.5 | 3 | -0.5 | 14 | B | Rolling to moderately rugged landforms with some oil and gas development. |
| 8 Pot Creek | 1 | 2 | 3 | 2 | 3.5 | 2 | 0 | 13.5 | B | The unit includes the valley between the east Uinta Mountains and Diamond Mountain. |
| 56 Bitter Creek Canyon | 3.5 | 3.5 | 0.5 | 3 | 0 | 3 | 0 | 13.5 | B | The unit is a deep valley which is narrow at the north end and widens considerable towards the south. There are steeply sloped valley walls with sparse to scattered pinyon juniper and sage. |
| 17 Little Mountain | 2.5 | 3 | 0 | 2.5 | 3.5 | 1.5 | 0 | 13 | B | This unit includes a mountain landform, pinyon juniper and sage. |
| 62A Education Creek | 2.5 | 3 | 0.5 | 2.5 | 3 | 2 | -0.5 | 13 | B | The landform of this unit is the irregular, broken, and expansive landscape south of Rangely. The topography is rolling with some rock outcroppings. |

**Table 2 Scenic Quality Rating Summary—by Rating (continued)**

Scenic Quality Rating Unit Summary — Vernal Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Antelope Flat | 2.5 | 3 | 0 | 2 | 4 | 1 | 0 | **12.5** | **B** | This unit is east of Flaming Gorge and includes portions of Goslin Mountain, Antelope Flats, and the Glades. |
| 2 Tepee Mountains | 3 | 2 | 0 | 2 | 3 | 2.5 | 0 | **12.5** | **B** | This unit includes portions of the Tepee Mountains. |
| 50 Big Pack Mountain | 3 | 2.5 | 0 | 2.5 | 3 | 2 | -0.5 | **12.5** | **B** | This unit includes a large mesa broken by drainage into multiple mesas and buttes. |
| 52 Willow Creek Bench | 2.5 | 3 | 0 | 2.5 | 2.5 | 2 | 0 | **12.5** | **B** | This unit is a terraced bench on the west side of willow creek above the valley. |
| 59 Achee Uplands | 1.5 | 3.5 | 0 | 2.5 | 3 | 2 | 0 | **12.5** | **B** | The unit consists of rolling uplands with a few large burn areas and some oil and gas development. |
| 16A Moseby Creek | 2 | 2.5 | 0 | 2.5 | 3 | 2 | 0 | **12** | **B** | This unit includes foothills of Little mountain and some agriculture development |
| 18A Halfway Valley | 2.5 | 2.5 | 0 | 2.5 | 3.5 | 2 | -1 | **12** | **B** | This unit includes hills and mesas as well as some oil and gas development |
| 37 Hell's Hole | 3.5 | 2 | 0 | 2.5 | 1 | 3 | 0 | **12** | **B** | The unit is a fairly narrow valley with steep to vertical walls. |
| 39A East Bench South Transition | 2.5 | 2 | 0 | 3 | 2 | 2.5 | 0 | **12** | **B** | The landscape is transitional from East Bench down to the surrounding land and includes rock outcrops. |
| 49A Emma Park | 2 | 2 | 0 | 2.5 | 3.5 | 1.5 | 0.5 | **12** | **B** | This unit includes rolling sage and agriculture in a bench area that transitions between formations in the Book Cliffs. |
| 26 Blue Mountain Valley | 2 | 2 | 0 | 2 | 4 | 1.5 | 0 | **11.5** | **B** | The unit is a rolling valley with isolated forms at the base of blue mountain, Sage/grassland with pinyon juniper is present on the landform slopes. |

**Table 2 Scenic Quality Rating Summary—by Rating (continued)**

Scenic Quality Rating Unit Summary — Vernal Field Office, November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 Vernal Valley | 1.5 | 1.5 | 2 | 2.5 | 3 | 1 | 0 | **11.5** | **B** | This unit includes the Vernal Valley, with urban, suburban, and agricultural areas. |
| 48 Wrinkles Road | 3 | 2 | 0 | 2.5 | 2.5 | 1.5 | 0 | **11.5** | **B** | The unit includes a flat plateau above Nine Mile Canyon with faces of badland cliffs. Note that this unit is the same as Price SQRU 51. |
| 51 Johnson Draw | 2 | 2.5 | 0 | 2.5 | 3 | 2 | -0.5 | **11.5** | **B** | This unit consists of rolling hills and drainage ways draining north and northwest toward Bitter Creek and Hill Creek. |
| 30 McCoy Flats | 2.5 | 2.5 | 0 | 2 | 2.5 | 1.5 | 0 | **11** | **C** | This unit includes rolling sage scrub, mesas, low hills, grassland and junipers. |
| 41A Buck Canyon | 2.5 | 3 | 0 | 2.5 | 1 | 1.5 | 0 | **10.5** | **C** | This unit includes pinyon juniper hills and sage covered valleys with some rock outcrops. |
| 48B Horse Bench | 1.5 | 3 | 0 | 2 | 3 | 1.5 | -0.5 | **10.5** | **C** | The unit is an upper plateau area with extensive sage cover in some areas and pinyon juniper cover in others. |
| 57 East Seep Ridge | 2 | 3 | 0 | 2 | 2 | 1.5 | 0 | **10.5** | **C** | This unit includes abundant pinyon juniper and vegetation treatments with rolling hills. |
| 3 Clay Basin | 1 | 2 | 1 | 1.5 | 3.5 | 1.5 | -0.5 | **10** | **C** | This unit includes the valley floor between the Tepee Mountains and Howie/Goslin Mountains with some natural gas and residential development. |
| 9 Wild Mountain | 2 | 2 | 0 | 2 | 2.5 | 1.5 | 0 | **10** | **C** | This unit includes rolling hills and sage flats. |
| 18B Coal Mine Basin | 2 | 3 | 0 | 1.5 | 2 | 1.5 | 0 | **10** | **C** | This unit includes the south foothills of Little Mountain and the transition between Little Mountain and the low desert. |
| 18 12 Mile Bench | 1.5 | 2.5 | 0 | 2 | 2.5 | 1 | 0 | **9.5** | **C** | This unit includes rolling hills to flat landscape with grasses, sage, and greasewood. |

**Table 2 Scenic Quality Rating Summary—by Rating (continued)**

Scenic Quality Rating Unit Summary

Vernal Field Office
November 2011

| Unit Number and Name | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Modification | Score | Rating | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 41B Lower Sand Wash | 3 | 3 | 0 | 2.5 | 0 | 1 | 0 | 9.5 | C | This unit includes flat to gently rolling valley with sage, grasses, and pinyon juniper. |
| 54 Winter Ridge | 1.5 | 3 | 0 | 2 | 1 | 2 | 0 | 9.5 | C | This unit includes rolling to steep hills with pinyon juniper, vegetation treatments and areas previously burned by fire. |
| 16 Ouray Valley | 1.5 | 2 | 0 | 2 | 2 | 1.5 | 0 | 9 | C | The land is flat to gently rolling with widely scattered, low rock and mesa landforms. There are extensive grassy areas and rural development. |
| 27 Walker Plateau West | 1.5 | 2 | 0 | 1.5 | 3 | 1 | 0 | 9 | C | The unit includes flat to subtly rolling uplands with numerous transmission poles and lines. |
| 9A Diamond Mountain Plateau | 1.5 | 1.5 | 0.5 | 1.5 | 2 | 1.5 | 0 | 8.5 | C | This unit includes a high, broad plateau dominated by sage and grass, and includes the upper reach of Diamond Gulch. |
| 45 Castle Peak Pinnacle | 2 | 1.5 | 1 | 2 | 2 | 2 | -2 | 8.5 | C | The unit includes lower, rocky drainage areas with some water and outcroppings and oil and gas development. |
| 26B Sand Spring Wash | 2.5 | 2 | 0 | 1.5 | 1 | 1 | 0 | 8 | C | This unit includes slightly uplifted mesas and flat valleys and some interesting erosional patterns. |
| 42 Tabaygo Canyon | 1.5 | 2 | 0 | 1.5 | 3 | 1 | -1 | 8 | C | This unit includes low rolling hills, buttes and mesa forms with even sage and grass cover. |
| 33 Deadman's Bench | 1.5 | 2.5 | 0 | 2 | 2 | 1 | -1.5 | 7.5 | C | The unit includes flat to rolling hills with dense sage and grass cover, and dense oil and gas development. |
| 39 East Bench | 1.5 | 2 | 0 | 1.5 | 2.5 | 1 | -1 | 7.5 | C | The unit includes flat to rolling landforms. |
| 40 Sand Wash | 2 | 2 | 0 | 2 | 0 | 1.5 | -0.5 | 7 | C | This unit is a broad valley with low rolling hills with even vegetation cover. |
| 46 Little Desert | 1.5 | 1.5 | 0 | 1.5 | 3.5 | 1 | -2 | 7 | C | This unit is within Myton Bench and is scattered with oil and gas facilities. |
| 24 Ruple Ridge | 1.5 | 1.5 | 0 | 1 | 1.5 | 1 | 0 | 6.5 | C | This unit includes rolling sage flats on elevated plateaus. |
| 35 Bonanza | 2 | 1.5 | 0 | 1.5 | 2 | 1.5 | -2 | 6.5 | C | Flat to rolling with soft trapezoidal forms and rocky escarpments |
| 44 Pariette Bench | 1 | 1 | 0 | 1.5 | 3.5 | 1 | -2 | 6 | C | The unit has flat to gently rolling landforms with multiple oil and gas facilities. |
| 64 Green River | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 6 | C | River canyon with steep, angled walls; Data under revision |
| 41 Cottonwood Wash | 1.5 | 1.5 | 0 | 1.5 | 2 | 1 | -2 | 5.5 | C | This unit includes open, flat to gently rolling sage grassland with oil and gas development in some areas. |

Evaluators: CJohnson,JJames,KWharton,Dave,RSweeten,MMeyer,EGreen,VPfieffer,RDonnigan,SOlmstead,E Glen,APerry,Jwest,BMcDonald

*This Page Intentionally Left Blank*




**Figure 7 Key Factor Analysis—Landform**

*This Page Intentionally Left Blank*




**Figure 8 Key Factor Analysis—Vegetation**

*This Page Intentionally Left Blank*




**Figure 9 Key Factor Analysis—Water**

*This Page Intentionally Left Blank*




16 - Ouray Valley
16A - Moseby Creek
17 - Little Mountain
18 - 12 Mile Bench
18A - Halfway Valley
18B - Coal Mine Basin
19 - Dry Fork Community
20 - Buckskin Hills
21 - Stewart Lake
23 - Yampa Valley
23A - Daniels Canyon
24 - Ruple Ridge
25 - Blue Mountain North
25A - Chew's Ranch
26 - Blue Mountain Valley
26A - Blue Mountain South Side
26B - Sand Spring Wash
27 - Walker Plateau
27A - Walker Plateau East
28 - Vernal Valley
29 - Asphalt Ridge
30 - McCoy Flats
31 - Pelian Lake
32 - Horseshoe Bend - Green River
33 - Deadman's Bench
33A - Squaw Ridge
34 - Red Wash/Kennedy Wash
35 - Bonanza
36 - White River
37 - Hell's Hole
37A - Weaver Canyon
39 - East Bench
39A - East Bench South Transition
40 - Sand Wash
41 - Cottonwood Wash
41A - Buck Canyon
41B - Lower Sand Wash
42 - Tabaygo Canyon
43 - South Green River
44 - Pariette Bench
45 - Castle Peak Pinnacle
46 - Little Desert
47 - Gilsonite Draw
48 - Wrinkles Road
48A - Nine Mile Canyon VFO
48B - Horse Bench
49 - Argyle Creek
49A - Emma Park
50 - Big Pack Mountain
51 - Johnson Draw
51A - North Willow Creek
52 - Willow Creek Bench
53 - Main Canyon Willow Creek
53A - Horse Ridge
54 - Winter Ridge
55 - Sunday School Canyon
56 - Bitter Breek Canyon
57 - East Seep Ridge
58 - Upper Bitter Creek
59 - Achee Uplands
60 - Long Draw
61 - Southam
62 - Park Canyon
62A - Education Creek
64 - Green River

**Figure 10 Key Factor Analysis—Color**

*This Page Intentionally Left Blank*




**Figure 11 Key Factor Analysis—Adjacent Scenery**

*This Page Intentionally Left Blank*




**Figure 12 Key Factor Analysis—Scarcity**

*This Page Intentionally Left Blank*




**Figure 13 Key Factor Analysis—Cultural Modifications**

*This Page Intentionally Left Blank*




**Figure 14 Scenic Quality Rating Map**

*This Page Intentionally Left Blank*

### 3.1 Introduction

The evaluation of sensitivity levels in the VRM process provides a measure and an indication of the public's concern for scenic quality. In this part of the process, public lands are assigned high, moderate, or low sensitivity levels by analyzing certain factors that contribute to the public's overall concern of an area's scenic quality. These factors, as identified in BLM Manual H-8410-1 include the following:

- **Types of Users**—Visual sensitivity will vary with the type of users. Recreational sightseers may be highly sensitive to any changes in visual quality, whereas workers who pass through the area on a regular basis may not be as sensitive to change.
- **Amount of Use**—Areas seen and used by large numbers of people are potentially more sensitive. Protection of visual values usually becomes more important as the number of viewers increase.
- **Public Interest**—Visual quality of an area may be of concern to local, state, or national groups. Indicators of this concern are usually expressed in public meetings, letters, newspaper or magazine articles, newsletters, land-use plans, etc. Public controversy created in response to proposed activities that would change the landscape character should also be considered.
- **Adjacent Land Uses**—Interrelationship with land uses in adjacent lands can affect the visual sensitivity of an area. For example, an area within the viewshed of a residential area may be very sensitive, whereas an area surrounded by commercially developed lands may not be visually sensitive.
- **Special Areas**—Management objectives for special areas such as natural areas, wilderness areas or wilderness study areas, wild and scenic rivers, scenic areas, scenic roads or trails, and ACECs frequently require special consideration for the protection of the visual values. This does not necessarily mean that these areas are scenic but rather that one of the management objectives may be to preserve the natural landscape setting. The management objectives for these areas may be used as a basis for assigning sensitivity levels.
- **Other Factors**—Other information, such as research or studies, that includes indicators of visual sensitivity should also be considered when assigning sensitivity levels to an area

Determining the overall sensitivity level of an area is a subjective process that requires careful consideration of all of the above factors by BLM staff with the detailed knowledge of the use of public lands under in their field office. Both the rating of individual factors and the relationship between factors are analyzed in determining the overall rating of an area.

### 3.2 Sensitivity Level Rating Units

According to the VRM manual there are no standard procedures for delineating sensitivity level rating units (SLRUs) because the SLRU boundaries depend on the factors driving the sensitivity consideration at the time of the inventory. The most important aspect of preparing the units is a thorough review and understanding of the sensitivity factors described above. Rating units can be based on physical attributes along with a thorough understanding of the sensitivity factors. Distance zones can play an important role in identifying the SLRU boundaries because sensitivity to change in the visual landscape can be moderated by the level of detail or visibility of a potential change. SLRUs may have the same boundaries as SQRUs; however, they could differ since the factors used to determine visual sensitivity are not the same as the factors used to determine scenic quality.

For this inventory study, sensitivity level ratings were completed by multidisciplinary teams of BLM staff and management from the field office. After reviewing the sensitivity rating process, each team discussed the general use patterns and activities on public lands in the field office's affected area and then used that information to delineate the boundaries of the rating units on a map of the affected area. Once the preliminary unit boundaries were identified, the team evaluated each unit based on the sensitivity rating factors and assigned an overall rating to the units. Unit boundaries were modified as needed, if further discussion determined that an adjustment would be a better reflection of the use of public lands and the sensitivity to change in the visual setting of a particular area. The ratings for each unit were recorded on a Sensitivity Level Rating Sheet (Form 8400-6, BLM Manual H-8410-1), and the information was entered into the geodatabase for the project. A summary of the sensitivity rating factors for the field office is below. More information on the rating of specific units is contained in the individual rating sheets retained in the project record.

### 3.3 Sensitivity Level Rating Summary

Sensitivity levels in the Vernal Field Office analysis area are generally higher in the northern and southwestern portions of the analysis area (Figure 15). The northern area includes high and moderate levels of sensitivity in areas of increased variety of topography and vegetation because those areas are generally more heavily used for recreation activities and hunting and are located near Dinosaur National Monument. The southwestern area along the Green River also has higher recreation uses and increased levels of sensitivity to changes in the visual setting. Table 3 presents a summary of the sensitivity level ratings for the Vernal Field Office.

*This Page Intentionally Left Blank*




**Sensitivity Level Unit Number and Name**

1 - Dinosaur NM
2 -Desolation Canyon
3 - Green River Lower Segment
4 - John Jarvic Park/Brown's Park
5 - Fantasy Canyon
6 - Red Mountain/Dry Fork
7 - White River
8 - Nine Mile Canyon
9 - Pariette
10 - Bull Canyon WSA
11 - Winter Ridge
13 - Asphalt Wash
14 - Pelican Lake
15 - McCoy Flats
16 - Vernal and adjacent communities
17 - Book Cliffs
18 - Full-Field Development Area
19 - Hoy Mountain
20 - Clay Basin
21 - 3 Corners
22 - Eightmile Flat

**Figure 15 Sensitivity Level Rating Units Map**

*This Page Intentionally Left Blank*

**Table 2 Sensitivity Level Rating Summary Sheet, Form 8400-6**

Sensitivity Level Rating Unit Summary
Vernal Field Office
November 2011

| Unit Number | Type of Use | Amount of Use | Public Interest | Adjacent Land Uses | Special Areas | Other Factors | Overall Rating | Explanation |
|---|---|---|---|---|---|---|---|---|
| 1 Dinosaur NM | H | H | H | H | H | N/A | H | Adjacent to Dinosaur and important to visitors |
| 2 Desolation Canyon | H | H | H | H | H | N/A | H | High demand as a river running area |
| 3 Green River Lower Segment | H | L | L | L | H | H | H | Lower use because of isolation but sensitivity similar to Desolation Canyon for users |
| 4 John Jarvic Park/Brown's Park | H | H | H | L | H | N/A | H | Second highest use area in the Field Office. |
| 5 Fantasy Canyon | H | L | M | L | H | N/A | H | International geologic status--no room to alter anything without losing character. |
| 6 Red Mountain/Dry Fork | H | M | M | L | H | N/A | H | Area contains many special areas, activities and attractions |
| 7 White River | H | L | M | L | M | N/A | M | Mostly river runners and other water activities |
| 8 Nine Mile Canyon | H | M | H | L | H | H | H | Well known cultural/historic resource area that attracts wide range of visitors |
| 9 Pariette | M | L | L | L | M | H | H | Important for bird watching, wetlands and interpretive tourism |
| 10 Bull Canyon WSA | L | L | M | L | H | N/A | H | Unit is WSA that mostly sees hunting use in mostly undisturbed setting |
| 11 Winter Ridge | L | L | L | L | H | N/A | H | Unit includes WSA that sees mostly hunting use |
| 12 Flume Canyon (off map) | L | L | L | L | H | N/A | H | Unit includes WSA that mostly sees hunting use |
| 13 Asphalt Wash | L | M | L | H | H | H | H | Wilderness character/potential special designation |
| 14 Pelican Lake | H | M | L | M | H | N/A | M | Blue Ribbon Fish Hatchery attracts anglers from regional area |
| 15 McCoy Flats | H | M | L | L | H | N/A | M | Attracts recreation users from regional area |
| 16 Vernal and adjacent communities | M | H | M | L | M | L | M | Some concern from local residents but area is moderately developed with urban and agricultural uses |
| 17 Book Cliffs | M | L | M | L | L | M | M | Large area contains substantial oil and gas development as well as diverse landscapes of regional significance |

**Table 3 Sensitivity Level Rating Summary Sheet, Form 8400-6 (continued)**

Sensitivity Level Rating Unit Summary
Vernal Field Office
November 2011

| Unit Number | Type of Use | Amount of Use | Public Interest | Adjacent Land Uses | Special Areas | Other Factors | Overall Rating | Explanation |
|---|---|---|---|---|---|---|---|---|
| 18 Full-Field Development Area | L | H | L | L | L | N/A | L | Extensive oil and gas development in many areas |
| 19 Hoy Mountain | M | L | M | M | M | N/A | M | Area sees general recreation use but is mostly a pass through area for visitors to Dinosaur and Browns Park |
| 20 Clay Basin | L | H | L | L | L | L | L | High level of oil and gas development |
| 21 Three Corners | H | L | L | M | L | N/A | M | Primitive and remote, area does not attract much use. |
| 22 Eightmile Flat | M | L | L | M | N/A | N/A | N/A | Relatively non-descript area with oil and gas development |

*This Page Intentionally Left Blank*

## 4.1 Introduction

The analysis of distance zones in the VRM process considers the distance from which the area is generally viewed but does not take into account every possible viewing location. According to BLM Manual H-8410-1, landscape areas are generally subdivided into three distance zones based on their relative visibility from travel routes or other observation points:

- **Foreground-middleground (fm) zone**—Areas that are seen from major highways and other primary travelways, rivers, trails, or other viewing locations that are less than 3 to 5 miles away. Management activities and proposed projects may be viewed in more detail in this zone.
- **Background (bg) zone**—Areas that are seen beyond the foreground-middleground zone to a distance of about 15 miles away. Activities and changes to the landscape in this zone would be generally less visible.
- **Seldom-seen (ss) zone**—Areas that are beyond the background zone, more than about 15 miles away from the viewing locations. Seldom seen areas also may not visible within the foreground-middleground or background zones or are generally hidden from view from those distances.

Distance-zone delineations can provide valuable information during the visual sensitivity level analysis since landscape areas that are more visible (foreground-middleground zone) to the public are more noticeable and may precipitate the public's concern for visual quality. Boundaries of the distance zones may also assist in defining the boundaries of an area's SLRUs.

Distance-zone delineations can also be valuable during the resource management planning process when adjustments to VRM classes are made to resolve resource-allocation conflicts.

## 4.2 Mapping Methodology

Using a field-office base map similar to the SQRU and SLRU base maps, primary travel routes and other potentially sensitive viewpoints such as recreation areas and scenic roads, were identified based on locations from which the general landscape would most likely be seen. Using GIS, the distance zones were offset from the routes and points at the distances indicated above. To supplement the distance zones, a viewshed analysis was performed at key locations to identify what portions within each zone would be visible.

## 4.3 Distance Zones Summary

The majority of lands within the analysis area, approximately 57 percent, are in the foreground-middleground (Figure 16). The remaining lands are nearly equally split between the background and seldom seen distance zones. Approximately 23 percent of the Vernal Field Office falls within the seldom seen distance zone, which is almost entirely located in the northwestern portion of the field office in the Uinta Mountains. These areas are generally less developed and have far fewer primary travel routes from which areas could be viewed. The remaining lands, which fall in the background distance zone, occur as a border between the foreground-middleground and seldom seen distance zones as well as scattered throughout the foreground-middleground zone.

*This Page Intentionally Left Blank*




**Figure 16 Visual Distance Zones Map**

*This Page Intentionally Left Blank*

## 5.1 Introduction

The VRM system includes four VRI classes. Class I is assigned to all special areas where the current management situation requires maintaining a natural environment that is essentially unaltered by humans. Classes II, III, and IV are assigned according to combinations of scenic quality, sensitivity levels, and distance zones outlined in the BLM's visual resource inventory matrix (Figure 17).

The VRI classes were mapped by overlaying the scenic quality, sensitivity levels, and distance zones in ArcGIS. Figure 18 depicts the visual resource classes for the analysis area.

| | | **Visual Sensitivity Levels** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **High** | | | **Medium** | | | **Low** |
| **Special Areas** | | Class I | Class I | Class I | Class I | Class I | Class I | Class I |
| **Scenic Quality** | **A** | Class II | Class II | Class II | Class II | Class II | Class II | Class II |
| | **B** | Class II | Class III | Class III* / Class IV* | Class III | Class IV | Class IV | Class IV |
| | **C** | Class III | Class IV | Class IV | Class IV | Class IV | Class IV | Class IV |
| | | **f/m** | **b** | **s/s** | **f/m** | **b** | **s/s** | **s/s** |
| | | **Distance Zones** | | | | | | |

*Source*: BLM Manual H-8410-1, Illustration 11.

***** If adjacent area is Class II or lower, assign Class III; if higher, assign Class IV.

***** f/m = foreground/middleground, b = background, s/s = seldom seen.

**Figure 17 Visual Resource Inventory Class Matrix**

## 5.2 Vernal Field Office

VRI class designations were scattered throughout the field office. The VRI rating class with the greatest proportion of land is VRI Class IV with approximately 44 percent of the analysis area (Figure 18) and is found across large areas in the central portion of the area surveyed. VRI Class III accounts for approximately 31 percent of the analysis area while VRI Class II was designated in approximately 22 percent of the analysis area. The remaining approximately 2 percent of the field office is designated as VRI Class I, which is found in the largest concentration in the south but also occurs in small patches in the north and along the eastern field office boundary. These areas are either designated as wilderness or wilderness study areas and are therefore considered special areas. Due to the nature of the mapping and GIS overlay processing of the three elements which determine the VRI Classes (Scenic Quality, Sensitivity Levels, and Distance Zones) inconsistent overlaps and slivering may have occurred. For this reason, the final VRI Class boundaries may have been slightly modified to eliminate these inconsistencies and small VRI polygons based on the landscape and underlying management, to provide for a more functional and manageable result. The individual layers as represented in this document remain intact and unchanged.

*This Page Intentionally Left Blank*




**Figure 18 Visual Resource Inventory Map**

*This Page Intentionally Left Blank*

# 6.0 REFERENCES


Brown, D. E., ed. 1994. *Biotic Communities: Southwestern United States and Northwestern Mexico*. Salt Lake City, University of Utah Press.

US Army Corps of Engineers, Army Geospatial Center. *5.1.5 Colorado Plateau Physiographic Province*. http://www.agc.army.mil/publications/ifsar/lafinal08_01/five/5.1.5_frame.htm (accessed February 11, 2011).

US Department of the Interior. Bureau of Land Management. *Manual 8400 - Visual Resource Management. Bureau of Land Management*. http://www.blm.gov/nstc/VRM/8400.html (accessed September 14, 2011).

US Department of the Interior. Bureau of Land Management. Vernal Field Office website. http://www.blm.gov/ut/st/en/fo/vernal.html. Accessed September 12, 2011.

US Department of the Interior. Bureau of Land Management. Vernal Field Office Record of Decision and Approved Resource Management Plan. October 2008.

*This Page Intentionally Left Blank*

*This Page Intentionally Left Blank*

*This Page Intentionally Left Blank*

*This Page Intentionally Left Blank*