Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
landon@suwa.org
hanna@suwa.org

*Attorneys for Plaintiffs Nine Mile Canyon Coalition and Southern Utah Wilderness Alliance*

Edward B. Zukoski (*pro hac vice pending*)
Wendy Park (*pro hac vice pending*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org
wpark@@biologicaldiversity.org

Oliver Wood (UT # 17474)
OLIVER WOOD LAW, PLLC
P.O. Box 581312
Salt Lake City, UT 84158
(206) 351-5320
ofinnwood@gmail.com

*Attorneys for Plaintiff Center for Biological Diversity*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

**NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE**, and **CENTER FOR BIOLOGICAL DIVERSITY**,

Plaintiffs,

v.

**GERALD KENCZKA**, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, **UNITED STATES BUREAU OF LAND MANAGEMENT**, and **UNITED STATES DEPARTMENT OF THE INTERIOR**,

Defendants.

**CORPORATE DISCLOSURE STATEMENT**

Case No. 2:26-cv-00932

Judge _____

This Corporate Disclosure Statement is filed on behalf of Plaintiffs SOUTHERN UTAH WILDERNESS ALLIANCE and NINE MILE CANYON COALITION. Pursuant to Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing parties each hereby declare as follows:**

No corporation owns 10% or more of its stock.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 6th day of October, 2026.

*/s/ Hanna Larsen*
Landon Newell
Hanna Larsen

*Attorneys for Plaintiffs Nine Mile Canyon Coalition and Southern Utah Wilderness Alliance*