AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff(s)*

v.

GERALD KENCZKA, in his official capacity, UNITED STATES BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR

*Defendant(s)*

Civil Action No. 2:26-cv-00932

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Todd Blanche, Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hanna Larsen & Landon Newell, Southern Utah Wilderness Alliance
425 East 100 South Salt Lake City, UT 84111

Edward Zukoski & Wendy Park, Center for Biological Diversity
1536 Wynkoop Street, Suite 421 Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States District Court
SUMMONS
District of Utah

Gary P Serdar
*CLERK OF COURT*

Date: 10/6/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-00932

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* __________ .

❐ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because __________ ; or

❐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset