Oliver Wood (UT # 17474)
OLIVER WOOD LAW, PLLC
P.O. Box 581312
Salt Lake City, UT 84158
(206) 351-5320
ofinnwood@gmail.com

*Attorney for Center for Biological Diversity*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| NINE-MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | **MOTION FOR *PRO HAC VICE* ADMISSION OF WENDY PARK**<br><br>Case No. 2:26-cv-00932<br><br>District Judge Howard C. Nielson, Jr. |

I, Oliver Wood, an attorney of record for plaintiffs Center for Biological Diversity in the above-captioned case, hereby move for the admission *pro hac vice*

of Wendy Park pursuant to Local Civil Rule 83-1.1(c). Ms. Park is an attorney regularly engaged in the practice of law and in good standing in California, pursuant to the rules of the highest appellate court in that jurisdiction.

I regularly engage in the practice of law in Utah and am in good standing with the United States District Court for the District of Utah. I am actively engaged in the conduct of this case; will sign all pleadings, documents, and briefs; and will be present at oral argument, if scheduled. I respectfully request the admission *pro hac vice* of Ms. Park to practice law in the United States District Court for the District of Utah for purposes of this case only.

Attached hereto is Ms. Park's pro hac vice application and a proposed order. I am paying the required $50.00 fee concurrent with the filing of this motion.

Respectfully submitted October 9, 2026.

*/s/ Oliver Wood*
Oliver Wood (Utah #17474)
OLIVER WOOD LAW, PLLC
P.O. Box 581312
Salt Lake City, UT 84158
(206) 351-5320
ofinnwood@gmail.com

*Attorney for Plaintiff Center for Biological Diversity*