**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

Local Counsel: Oliver Wood (UT # 17474)
Firm: OLIVER WOOD LAW, PLLC
Address: P.O. Box 581312
Salt Lake City, UT 84158

Telephone: (206) 351-5320
Email: ofinnwood@gmail.com

Pro Hac Vice Applicant: Wendy Park
Firm: Center for Biological Diversity
Address: 2100 Franklin St., Suite 375
Oakland, CA 94612

Telephone: 510.844.7138
Email: wpark@biologicaldiversity.org

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California State Bar | 237331 | 06/09/2005 |
| U.S. District Court for the Northern District of Illinois | | 12/09/2005 |
| U.S. District Court for the Eastern District of California | | 09/16/2008 |
| U.S. District Court for the Northern District of California | | 09/19/2008 |
| U.S. Court of Appeals for the Ninth Circuit | | 06/28/2011 |

| | | |
|---|---|---|
| U.S. District Court for the Central District of California | | 02/02/2021 |
| U.S. Court of Appeals for the D.C. Circuit | 63583 | 03/16/2022 |
| U.S. Court of Appeals for the Tenth Circuit | | 05/05/2022 |
| U.S. Supreme Court | 321370 | 03/25/2024 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? ☐ Yes ☒ No

If yes, please explain:

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☐ Yes<br>See attached. | ☒ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |

| | | |
|---|---|---|
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*/s/ Wendy Park*
Signature

10/07/2026
Date