**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| NINE-MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF WENDY PARK**<br><br>Case No. 2:26-cv-00932<br><br>District Judge Howard C. Nielson, Jr. |

Before the Court is local counsel Oliver Wood's motion for *pro hac vice* admission of Wendy Park. Based on the motion and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this __ day of October, 2026.

BY THE COURT:

______________________________
Howard C. Nielson, Jr.
United States District Judge