Oliver Wood (UT # 17474)
OLIVER WOOD LAW, PLLC
P.O. Box 581312
Salt Lake City, UT 84158
(206) 351-5320
ofinnwood@gmail.com

*Attorney for Center for Biological Diversity*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| NINE-MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | **NOTICE OF ERRATA**<br><br>Case No. 2:26-cv-00932<br><br>District Judge Howard C. Nielson, Jr. |

Plaintiffs Center for Biological Diversity hereby file this notice of errata to notify the Court that when filing the application for pro hac vice of Wendy Park,

Doc. 16, counsel erroneously omitted an attachment explaining Wendy Park's certification of good standing. That attachment is attached to this filing.

Respectfully submitted October 13, 2026.

*/s/ Oliver Wood*
Oliver Wood (Utah #17474)
OLIVER WOOD LAW, PLLC
P.O. Box 581312
Salt Lake City, UT 84158
(206) 351-5320
ofinnwood@gmail.com

*Attorney for Plaintiff Center for Biological Diversity*