Note re certification of membership status of all bars and courts to which I have been admitted –

I am a member in good standing of all bars and courts to which I am currently admitted. I was admitted to the District of Colorado on April 23, 2018 but am no longer a member of that court. In 2022, the District of Colorado began collecting biennial fees. At that time, I no longer had an active case in that court, and I did not pay the biennial fee. The court subsequently administratively removed me from the District's membership bar.