**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

**NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,**

**Plaintiffs,**

**v.**

**GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,**

**Defendants.**

**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION**

**Case No. 2:26-cv-00932-HCN-JCB**

**District Judge Howard C. Nielson, Jr.**

**Magistrate Judge Jared C. Bennett**

Before the court is Plaintiff Center for Biological Diversity's local counsel's motion for pro hac vice admission of Edward B. Zukoski.[1] Based upon the motion's compliance with DUCivR 83-1.1(c), the court GRANTS the motion.

SO ORDERED this 13th day of October 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

[1] ECF No. 15.