**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,**<br><br>**Defendants.** | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION**<br><br>**Case No. 2:26-cv-00932-HCN-JCB**<br><br>**District Judge Howard C. Nielson, Jr.**<br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is Plaintiff Center for Biological Diversity's local counsel's motion for pro hac vice admission of Wendy Park.[1] Based upon the motion's compliance with DUCivR 83-1.1(c), the court GRANTS the motion.

SO ORDERED this 13th day of October 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

[1] ECF No. 16.