ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JENNIFER R. LAKE
Trial Attorney
Natural Resources Section
Energy and Natural Resources Division
U.S. Department of Justice
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-826-7079
E-mail: Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*

---

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

---

| | |
|---|---|
| NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendants*. | **NOTICE OF GENERAL APPEARANCE OF COUNSEL UNDER DUCivR 83-1.3**<br><br>Case No. 2:26-cv-00932-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr<br><br>Magistrate Judge Jared C. Bennett |

I am admitted or otherwise authorized to practice in this court, and I hereby enter my general appearance in this case as counsel for Defendants. With a general appearance, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served on the undersigned.

Dated: October 22, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

*<u>/s/ Jennifer R. Lake</u>*
Jennifer R. Lake
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-826-7079
E-mail: Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*