AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:26-cv-00932 |
| GERALD KENCZKA, in his official capacity, UNITED STATES BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Gerald Kenczka, Assistant Field Manager for Lands & Minerals
Vernal Field Office
Bureau of Land Management
170 S 500 E
Vernal, UT 84078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hanna Larsen & Landon Newell, Southern Utah Wilderness Alliance
425 East 100 South Salt Lake City, UT 84111

Edward Zukoski & Wendy Park, Center for Biological Diversity
1536 Wynkoop Street, Suite 421 Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Gary P Serdar
*CLERK OF COURT*

Date: 10/6/2026

*Signature of Clerk or Deputy Clerk*

Case 2:26-cv-00932-HCN-JCB Document 8 Filed 10/06/26 PageID.391 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00932

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Gerald Kenczka, Asst Field Manager
was received by me on *(date)* 10/6/26 .

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because ____________________ ; or

☒ Other *(specify)*: FRCP 4(i)

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/6/26

[signature]
*Server's signature*

Hanna Larsen, Staff Attorney
*Printed name and title*

425 E 100 S
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff(s)*

v.

GERALD KENCZKA, in his official capacity, UNITED STATES BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR

*Defendant(s)*

Civil Action No. 2:26-cv-00932

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Bureau of Land Management
1849 C Street N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hanna Larsen & Landon Newell, Southern Utah Wilderness Alliance
425 East 100 South Salt Lake City, UT 84111

Edward Zukoski & Wendy Park, Center for Biological Diversity
1536 Wynkoop Street, Suite 421 Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 10/6/2026

[Seal: United States District Court — District of Utah — SUMMONS]

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00932

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Bureau of Land Management
was received by me on *(date)* 10/6/26 .

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________ ; or

☒ Other *(specify)*: FRCP (i)

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/6/26

[signature]
*Server's signature*

Hanna Larsen, Staff Attorney
*Printed name and title*

425 E 100 S
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY<br>*Plaintiff(s)*<br>v.<br>GERALD KENCZKA, in his official capacity, UNITED STATES BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR<br>*Defendant(s)* | Civil Action No. 2:26-cv-00932 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States Department of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hanna Larsen & Landon Newell, Southern Utah Wilderness Alliance
425 East 100 South Salt Lake City, UT 84111

Edward Zukoski & Wendy Park, Center for Biological Diversity
1536 Wynkoop Street, Suite 421 Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States District Court · SUMMONS · District of Utah

Gary P Serdar
*CLERK OF COURT*

Date: 10/6/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00932

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Department of the Interior
was received by me on *(date)* 10/6/26 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: FRCP 4(i)

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/6/26

[signature]
*Server's signature*

Hanna Larsen, Staff Attorney
*Printed name and title*

425 E 100 S
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# UNITED STATES DISTRICT COURT

for the

District of Utah

NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff(s)*

v.

GERALD KENCZKA, in his official capacity, UNITED STATES BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR

*Defendant(s)*

Civil Action No. 2:26-cv-00932

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Melissa Holyoak, United States Attorney
C/O Civil Process Clerk
U.S. Attorney's Office, District of Utah
111 South Main Street #1800
Salt Lake City, Utah 84111-2176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hanna Larsen & Landon Newell, Southern Utah Wilderness Alliance
425 East 100 South Salt Lake City, UT 84111

Edward Zukoski & Wendy Park, Center for Biological Diversity
1536 Wynkoop Street, Suite 421 Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 10/6/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00932

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Melissa Holyoak, US Attorney
was received by me on *(date)* 10/6/26 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: FRCP 4(i)

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/6/26

[signature] Hanna Larsen
*Server's signature*

Hanna Larsen, Staff Attorney
*Printed name and title*

425 S 100 S
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY<br>*Plaintiff(s)*<br>v.<br>GERALD KENCZKA, in his official capacity, UNITED STATES BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-00932 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Todd Blanche, Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hanna Larsen & Landon Newell, Southern Utah Wilderness Alliance
425 East 100 South Salt Lake City, UT 84111

Edward Zukoski & Wendy Park, Center for Biological Diversity
1536 Wynkoop Street, Suite 421 Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States District Court SUMMONS District of Utah

Gary P Serdar
*CLERK OF COURT*

Date: 10/6/2026

Taylor [signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00932

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Todd Blanche, Attorney General
was received by me on *(date)* 10/6/26 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*:
FRCP 4(i)

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/6/26

[signature]
*Server's signature*

Hanna Larsen, Staff Attorney
*Printed name and title*

429 E 100 S
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept of Interior
1849 C Street NW
Washington DC 20240

9590 9402 9908 5335 7094 86

2. Article Number (Transfer from service label)

9589 0710 5270 4494 2968 16

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name): G. Dodds
C. Date of Delivery: 10/21/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 4494 2968 16

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

Sent To: Dept of Interior
Street and Apt. No., or PO Box No.: 1849 C Street NW
City, State, ZIP+4®: Washington DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Melissa Holyoak, USAO
c/o Civil process clerk
111 S Main St #1800
Salt Lake City, UT 84111

9590 9402 9908 5335 7095 23

2. Article Number (Transfer from service label)

9589 0710 5270 4494 2968 54

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ko Veenstra
C. Date of Delivery: 10-8

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 4494 2968 54

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here
HARMONS CITY OCT -6 2026

Sent To: Melissa Holyoak, USAO
Street and Apt. No., or PO Box No.: 111 S Main St #1800
City, State, ZIP+4®: Salt Lake City, UT 84111

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BLM
1849 C Street NW
Washington DC 20240

9590 9402 9908 5335 7094 93

2. Article Number (Transfer from service label)

9589 0710 5270 4494 2968 23

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Yolanda Kuntz ☒ Agent ☐ Addressee

B. Received by (Printed Name): Yolanda Kuntz
C. Date of Delivery: 10/13/2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 4494 2968 23

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

Sent To: BLM
Street and Apt. No., or PO Box No.: 1849 C Street NW
City, State, ZIP+4®: Washington DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Gerald Kenczka
BLM
170 S 500 E
Vernal, UT 84078

9590 9402 9908 5335 7095 09

2. Article Number (Transfer from service label)
9589 0710 5270 4494 2968 30

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ingrid Emmett
☐ Age
☐ Add

B. Received by (Printed Name)
C. Date of D

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Exp
☐ Registered Mail
☐ Registered Mail Delivery
☐ Signature Confi
☐ Signature Confi Restricted Deliv

Domestic Return Receipt

9589 0710 5270 4494 2968 30

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Gerald Kenczka
Street and Apt. No., or PO Box No. 170 S 500 E
City, State, ZIP+4® Vernal, UT 84078

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instr

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Todd Blanche
Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530

9590 9402 9908 5335 7095 16

2. Article Number (Transfer from service label)
9589 0710 5270 4494 2968 47

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Evie Sassar
☐ Agen
☐ Addr

B. Received by (Printed Name) OCT 15 2026
C. Date of De

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

ACCEPTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Expre
☐ Registered Mail™
☐ Registered Mail Re Delivery
☐ Signature Confirm
☐ Signature Confirm Restricted Delivery

Domestic Return Receipt

9589 0710 5270 4494 2968 47

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Todd Blanche Attorney General
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instr