Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
landon@suwa.org
hanna@suwa.org

*Attorneys for Plaintiffs Nine Mile Canyon Coalition and Southern Utah Wilderness Alliance*

Edward B. Zukoski (*pro hac vice pending*)
Wendy Park (*pro hac vice pending*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org
wpark@@biologicaldiversity.org

Oliver Wood (UT # 17474)
OLIVER WOOD LAW, PLLC
P.O. Box 581312
Salt Lake City, UT 84158
(206) 351-5320
ofinnwood@gmail.com

*Attorneys for Plaintiff Center for Biological Diversity*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

---

NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiffs,

v.

GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants.

**JOINT MOTION FOR SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4**

Case No. 2:26-cv-00932-HCN-JCB

District Judge Howard C. Nielson, Jr
Magistrate Judge Jared C. Bennett

In this case, Plaintiffs Nine Mile Canyon Coalition, Southern Utah Wilderness Alliance, and Center for Biological Diversity challenge a decision by Gerald Kenczka, et al. ("Federal Defendants") to approve the realignment and paving of the Wells Draw Road in Gate Canyon in eastern Utah. Because the Court will review the Federal Defendants' decision based on the administrative record and under the Administrative Procedure Act's arbitrary and capricious standard of review, the case is governed by DUCivR 7-4. Pursuant to DUCivR 7-4(c)(1), Plaintiffs and Federal Defendants have conferred about the case schedule and hereby move the Court to approve the attached Proposed Scheduling Order.

*/s/ Landon Newell*
Landon Newell
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
landon@suwa.org
hanna@suwa.org

*Attorneys for Plaintiffs Nine Mile Canyon Coalition and Southern Utah Wilderness Alliance*

*/s/ Edward B. Zukoski* (with permission)
Edward B. Zukoski
Wendy Park
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
tzukoski@biologicaldiversity.org
wpark@@biologicaldiversity.org

Oliver Wood
OLIVER WOOD LAW, PLLC
P.O. Box 581312

*/s/ Jennifer R. Lake* (with permission)

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Jennifer R. Lake
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Jennifer.Lake2@usdoj.gov

*Counsel for Federal Defendants*

Salt Lake City, UT 84158
(206) 351-5320
ofinnwood@gmail.com

*Attorneys for Plaintiff*
*Center for Biological Diversity*