ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JENNIFER R. LAKE
Trial Attorney
Natural Resources Section
Energy and Natural Resources Division
U.S. Department of Justice
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-826-7079
E-mail: Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | **DEFENDANTS' RESPONSE TO COMPLAINT**<br><br>Case No. 2:26-cv-00932-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr<br><br>Magistrate Judge Jared C. Bennett |

In accordance with DUCivR 7-4(b)(2)(B), Defendants hereby respond to the Complaint for Declaratory and Injunctive Relief, ECF No. 1. In the Complaint, Plaintiffs challenge Defendants' decision to approve the realignment and paving of portions of Wells Draw Road in Gate Canyon, Utah. Plaintiffs assert claims under the Administrative Procedure Act ("APA"), 5

U.S.C. § 706, alleging violations of the National Environmental Policy Act ("NEPA"), the Federal Land Policy Management Act, ("FLPMA"), the National Historic Preservation Act ("NHPA"), and the Endangered Species Act ("ESA").

Defendants deny that their decision to approve the realignment and paving of portions of Wells Draw Road in Gate Canyon was arbitrary and capricious, not supported by substantial evidence, or otherwise contrary to law. Consequently, Defendants deny that Plaintiffs have stated a claim for relief on the merits and that Plaintiffs are entitled to any relief. Defendants present the following defenses and affirmative defenses:

1. Plaintiffs fail to state a claim upon which relief may be granted.
2. Plaintiffs lack standing to bring some or all of their claims.
3. Plaintiffs have failed to properly establish subject matter jurisdiction.
4. Some of Plaintiffs' claims are barred by waiver or failure to exhaust administrative remedies.

Dated: November 13, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*<u>/s/ Jennifer R. Lake</u>*

Jennifer R. Lake
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-826-7079
E-mail: Jennifer.Lake2@usdoj.gov

Counsel for Defendants