ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JENNIFER R. LAKE
Trial Attorney
Natural Resources Section
Energy and Natural Resources Division
U.S. Department of Justice
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-826-7079
E-mail: Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendants*. | **NOTICE OF LODGING OF ADMINISTRATIVE RECORD**<br><br>Case No. 2:26-cv-00932-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr<br><br>Magistrate Judge Jared C. Bennett |

In accordance with the parties' Proposed Scheduling Order, ECF No. 22-1 at 4, Defendants hereby notice the lodging of the Administrative Record. The Administrative Record is being filed and lodged with the Court on thumb drives through the Clerk of the Court, with delivery by mail. Copies of the Administrative Record are also being served on counsel of

record for Plaintiffs by overnight mail or electronic service, according to the preference of each counsel. A declaration certifying the Administrative Record is attached hereto.

Dated: November 13, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Jennifer R. Lake*
Jennifer R. Lake
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-826-7079
E-mail: Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*