**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,

*Defendants*.

**CERTIFICATION OF ADMINISTRATIVE RECORD**

Case No. 2:26-cv-00932-HCN-JCB

District Judge Howard C. Nielson, Jr

Magistrate Judge Jared C. Bennett

1. I, Molly Hocanson, am a Planning and Environmental Specialist with the U.S. Bureau of Land Management (BLM), in the Utah State Office. I have been employed by BLM since 2018.

2. As part of my official duties, I provided oversight for BLM's efforts in compiling the Administrative Record for BLM's appealed Wells Draw Road Amendment - Gate Canyon (DOI-BLM-UT-G010-2026-0076-EA) Decision. The complete Administrative Record and the index are contained on one external hard drive that is being filed with this Court.

3. To the best of my knowledge, information, and belief, the documents listed on the index and contained on the USB flash drive constitute a true, correct, and complete copy of the Administrative Record for the Wells Draw Road Amendment - Gate Canyon.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2026.

*/s/*

MOLLY HOCANSON

Digitally signed by MOLLY HOCANSON
Date: 2026.11.12 09:45:40 -07'00'